**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| WYNDHAM VACATION OWNERSHIP, INC., a Delaware corporation; WYNDHAM VACATION RESORTS, INC.; a Delaware corporation, WYNDHAM RESORT DEVELOPMENT CORPORATION, an Oregon Corporation; SHELL VACATIONS, LLC, an Arizona limited liability company; SVC-WEST, LLC, a California limited liability company; SVC-AMERICANA, LLC, an Arizona limited liability company; and SVC-HAWAII, LLC, a Hawaii limited liability company, <br><br>      Plaintiffs, <br><br>v. <br><br>CHARLES E. GALLAGHER, ESQ., an individual; WILLIAM P. STEWART JR/ a/k/a PAUL STEWART a/k/a BILL STEWART, an individual; GALLAGHER-CLIFTON, LLC a/k/a The Gallagher Firm, a Florida limited liability company; TIMESHARE OWNERS RELIEF, LLC, f/k/a Timeshare Solutions, LLC a Florida limited liability company; and RESORT LEGAL TEAM, INC., a Nevada corporation, <br><br>      Defendants. | CASE NO.: |

# **EXHIBIT 2**

PAGEVAULT®
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Timeshare Owners Relief |
| Capture URL: | http://web.archive.org/web/20180107205623/http://www.timeshareownersrelief.com/ |
| Captured site IP: | 207.241.233.214 |
| Page loaded at (UTC): | Mon, 18 Feb 2019 13:01:23 GMT |
| Capture timestamp (UTC): | Mon, 18 Feb 2019 13:01:43 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 2ef73b1e-a08e-4aa1-9f1e-b11bea5c65f8 |
| User: | sb-mwilson |

PDF REFERENCE #:   oonwYzrLBmUGhAsBt9DGGj



| HOME | SERVICES | FAQ'S | OUR GUARANTEE | TESTIMONIALS | CONTACT US |

Call : 1-800-971-8081
Email : info@timeshareownersrelief.com

# Welcome to Timeshare Owners Relief, LLC



We are a timeshare relief company that specializes in complete timeshare cancellations. We are not a listing company, nor a deed transfer company. We are not going to sell your timeshare; we are going to cancel it, removing you entirely from the deed, so you will never have to pay another maintenance fee, mortgage payment or special assessment ever again!

Our service not only cancels all future payments and maintenance fees, but also cancels all existing payments and fees. Whether you still owe thousands of dollars on a mortgage, or you just got hit with another increase in maintenance fees, we will cancel those debts and relieve you and your family of any future financial obligations.

Our system will provide you with a cancellation letter directly from your timeshare company confirming that you are no longer responsible for the contractual obligations.

Our system is the easiest and most affordable way to get rid of your timeshare. We have created a risk-free solution to all of your timeshare troubles,

http://www.timeshareownersrelief.com/    Go    OCT JAN MAR
20 captures                                      2016 2018 2019
1 May 2015 - 7 Aug 2018

About this capture

maintenance fee, mortgage payment or special assessment ever again!

Our service not only cancels all future payments and maintenance fees, but also cancels all existing payments and fees. Whether you still owe thousands of dollars on a mortgage, or you just got hit with another increase in maintenance fees, we will cancel those debts and relieve you and your family of any future financial obligations.

Our system will provide you with a cancellation letter directly from your timeshare company confirming that you are no longer responsible for the contractual obligations.

Our system is the easiest and most affordable way to get rid of your timeshare. We have created a risk-free solution to all of your timeshare troubles, backed by our 100% money-back guarantee. Cancelling your timeshare shouldn't be difficult, it shouldn't be expensive, and it shouldn't be risky.

We know what you are going through and we are here to provide you with a guaranteed solution to your timeshare problem. Let us assist you with the cancellation of your timeshare and we will show you why we are the best in the industry.


*We Are Here When You Need Us*


*No More Timeshare Stress*


*Don't Wait, Call Today*





### Services
- Timeshare Contract Cancellation
- Mortgage Relief
- Past Fee Recovery
- Maintenance Fee Projections

### FAQ's
- Who does Timeshare Owners Relief, LLC provide Timeshare Relief for?
- What does Timeshare Owners Relief, LLC do?

### Testimonials
"Your service was prompt, effective and got the job done – thanks very much!"

- R. Livingston, Nashville, TN

### Contact Us
Timeshare Owners Relief, LLC
122 Seascape Drive , Suite 1607
Destin, FL 32550
Toll Free: 1-800-971-8081
Email :
info@timeshareownersrelief.com

Home | Services | FAQ's | Our Guarantee | Testimonials | Contact Us
Copyright © 2015 Timeshare Owners Relief, LLC All Rights Reserved | Sitemap | Website Design By Triad Web Design

### MENU
- Home
- Services
- FAQ's
- Our Guarantee
- Testimonials
- Contact Us

Document title: Timeshare Owners Relief
Capture URL: http://web.archive.org/web/20180107205623/http://www.timeshareownersrelief.com/
Capture timestamp (UTC): Mon, 18 Feb 2019 13:01:43 GMT                                        Page 2 of 2