**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| WYNDHAM VACATION OWNERSHIP, INC., a Delaware corporation; WYNDHAM VACATION RESORTS, INC.; a Delaware corporation, WYNDHAM RESORT DEVELOPMENT CORPORATION, an Oregon Corporation; SHELL VACATIONS, LLC, an Arizona limited liability company; SVC-WEST, LLC, a California limited liability company; SVC-AMERICANA, LLC, an Arizona limited liability company; and SVC-HAWAII, LLC, a Hawaii limited liability company,<br><br>    Plaintiffs,<br><br>v.<br><br>CHARLES E. GALLAGHER, ESQ., an individual; WILLIAM P. STEWART JR/ a/k/a PAUL STEWART a/k/a BILL STEWART, an individual; GALLAGHER-CLIFTON, LLC a/k/a The Gallagher Firm, a Florida limited liability company; TIMESHARE OWNERS RELIEF, LLC, f/k/a Timeshare Solutions, LLC a Florida limited liability company; and RESORT LEGAL TEAM, INC., a Nevada corporation,<br><br>    Defendants. | CASE NO.: |

**EXHIBIT 3**

PAGEVAULT®
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Our Guarantee : Timeshare Owners Relief |
| Capture URL: | http://web.archive.org/web/20180109095346/http:// www.timeshareownersrelief.com/our-guarantee/ |
| Captured site IP: | 207.241.233.214 |
| Page loaded at (UTC): | Thu, 21 Feb 2019 20:10:05 GMT |
| Capture timestamp (UTC): | Thu, 21 Feb 2019 20:10:51 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 693e4a4b-9f98-4ec4-8bbe-c0112871dc7a |
| User: | sb-dgeary |

PDF REFERENCE #:          22BtDCacRNAjypJjNlk3Sy

Call : 1-800-971-8081
Email : info@timeshareownersrelief.com

**Timeshare**
Owners Relief, LLC

HOME   SERVICES   FAQ'S   **OUR GUARANTEE**   TESTIMONIALS   CONTACT US

GET OUT OF YOUR TIMESHARE NOW
**GUARANTEED!**

Click For
CONSULTATION

## Our Guarantee

Providing transparency in our services is something we take great pride in. When you become our client, you will be assigned a dedicated case manager who will keep you updated throughout every step of the process.

### Payment For Our Services:

Here at Timeshare Owners Relief, LLC we only accept payment from our clients **AFTER** our transfer agreement has been reviewed and signed by both parties. Never allow any company to charge you money prior to you having a written and endorsed agreement in your possession that you clearly understand and you can verify their verbal promises are in writing. As an extra layer of security, we recommend always paying for any type of service-type product with a major credit card as you may have additional protections from your credit card if the company does not perform as promised in writing. Timeshare Owners Relief, LLC only accepts payment by credit card – giving you the peace of mind that you may have extra layers of protection on top of our **100% Money Back Guarantee**.

### We offer a 100% Money Back Guarantee on all our timeshare ownership transfers:

100% Money Back Guarantee

Document title: Our Guarantee : Timeshare Owners Relief
Capture URL: http://web.archive.org/web/20180109095346/http://www.timeshareownersrelief.com/our-guarantee/
Capture timestamp (UTC): Thu, 21 Feb 2019 20:10:51 GMT

## Payment For Our Services:

Here at Timeshare Owners Relief, LLC we only accept payment from our clients **AFTER** our transfer agreement has been reviewed and signed by both parties. Never allow any company to charge you money prior to you having a written and endorsed agreement in your possession that you clearly understand and you can verify their verbal promises are in writing. As an extra layer of security, we recommend always paying for any type of service-type product with a major credit card as you may have additional protections from your credit card if the company does not perform as promised in writing. Timeshare Owners Relief, LLC only accepts payment by credit card – giving you the peace of mind that you may have extra layers of protection on top of our **100% Money Back Guarantee.**

## We offer a 100% Money Back Guarantee on all our timeshare ownership transfers:

100% Money Back Guarantee

## Legal and Permanent Transfer of Ownership:

We guarantee that your timeshare property will be legally and permanently recorded from your name of ownership. If for any reason your legal obligations to the property are not terminated by our office within the timeframe outlined in our Transfer Agreement – you are entitled to 100% of your money back. You will receive a full refund within 10 business days..

100% Money Back Guarantee

## No Future Fees:

We guarantee that once our transfer service has been completed, you will be obligated for no future fees on your previous timeshare ownership. If for any reason you receive an invoice for fees associated with your formerly held property that you are financially obligated for – you are entitled to 100% of your money back. You will receive a full refund.

Our dual-layered guarantee provides a complete protection that very few companies provide. Our clients enjoy the comforts of knowing that their investment in our office is protected by the industry's strongest timeshare transfer guarantee.

## Full Details of These Guarantees are Available in Writing Prior to Any Agreements for Service

### Services

» Timeshare Contract Cancellation

» Mortgage Relief

» Past Fee Recovery

» Maintenance Fee Projections

### FAQ's

» Who does Timeshare Owners Relief, LLC provide Timeshare Relief for?

» What does Timeshare Owners Relief, LLC do?

### Testimonials

"Your service was prompt, effective and got the job done – thanks very much!"

- R. Livingston, Nashville, TN

### Contact Us

Timeshare Owners Relief, LLC
122 Seascape Drive , Suite 1607
Destin, FL 32550
Toll Free:1-800-971-8081
Email :
info@timeshareownersrelief.com

Copyright © 2015 Timeshare Owners Relief, LLC All Rights Reserved | Sitemap | Website Design By Triad Web Design

**MENU**

- Home
- Services
- FAQ's
- Our Guarantee
- Testimonials
- Contact Us

Document title: Our Guarantee : Timeshare Owners Relief
Capture URL: http://web.archive.org/web/20180109095346/http://www.timeshareownersrelief.com/our-guarantee/
Capture timestamp (UTC): Thu, 21 Feb 2019 20:10:51 GMT