**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| WYNDHAM VACATION OWNERSHIP, INC., a Delaware corporation; WYNDHAM VACATION RESORTS, INC.; a Delaware corporation, WYNDHAM RESORT DEVELOPMENT CORPORATION, an Oregon Corporation; SHELL VACATIONS, LLC, an Arizona limited liability company; SVC-WEST, LLC, a California limited liability company; SVC-AMERICANA, LLC, an Arizona limited liability company; and SVC-HAWAII, LLC, a Hawaii limited liability company, | CASE NO.: |

　　　　Plaintiffs,

v.

CHARLES E. GALLAGHER, ESQ., an individual; WILLIAM P. STEWART JR/ a/k/a PAUL STEWART a/k/a BILL STEWART, an individual; GALLAGHER-CLIFTON, LLC a/k/a The Gallagher Firm, a Florida limited liability company; TIMESHARE OWNERS RELIEF, LLC, f/k/a Timeshare Solutions, LLC a Florida limited liability company; and RESORT LEGAL TEAM, INC., a Nevada corporation,

　　　　Defendants.

# EXHIBIT 4

L1400018d6996

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP      ☐ WAIT      ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____     Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



700267501107

12/30/14--01002--008   **25.00

FILED
14 DEC 30 AM 9:39
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

JAN 14 2015
J. BRUCE

EFFECTIVE DATE 01/01/15

# COVER LETTER

**TO:**    **Registration Section**
      **Division of Corporations**

**SUBJECT:** _TIMESHARE SOLUTIONS, LLC_
      Name of Limited Liability Company

The enclosed Articles of Amendment and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

_William P. STEWART_
Name of Person

_TIMESHARE Owners RELIEF_
Firm/Company

_122 SEASCAPE DR. Unit 1607_
Address

_MIRAMAR BEACH FL 32550_
City/State and Zip Code

_PAULSTEWARTDESTIN @ gmail.com_
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

_PAUL STEWART_      at (_850_) _974-1312_
Name of Person       Area Code   Daytime Telephone Number

Enclosed is a check for the following amount:

[X] $25.00 Filing Fee   [ ] $30.00 Filing Fee &   [ ] $55.00 Filing Fee &   [ ] $60.00 Filing Fee,
              Certificate of Status      Certified Copy         Certificate of Status &
                          (additional copy is enclosed)      Certified Copy
                                       (additional copy is enclosed)

**MAILING ADDRESS:**              **STREET/COURIER ADDRESS:**
Registration Section              Registration Section
Division of Corporations             Division of Corporations
P.O. Box 6327                Clifton Building
Tallahassee, FL 32314             2661 Executive Center Circle
                     Tallahassee, FL 32301

# ARTICLES OF AMENDMENT
## TO
## ARTICLES OF ORGANIZATION
## OF

*TIMESHARE SOLUTIONS, LLC*

(Name of the Limited Liability Company as it now appears on our records.)
(A Florida Limited Liability Company)

The Articles of Organization for this Limited Liability Company were filed on *12/8/14* and assigned

Florida document number *L14000186696*

This amendment is submitted to amend the following:

**A. If amending name, enter the new name of the limited liability company here:**

*TIMESHARE OWNERS RELIEF, LLC*

The new name must be distinguishable and end with the words "Limited Liability Company," the designation "LLC" or the abbreviation "L.L.C."

**Enter new principal offices address, if applicable:**

*(Principal office address MUST BE A STREET ADDRESS)*

FILED
'14 DEC 30 AM 9:39

**Enter new mailing address, if applicable:**

*(Mailing address MAY BE A POST OFFICE BOX)*

**B.   If amending the registered agent and/or registered office address on our records, enter the name of the new registered agent and/or the new registered office address here:**

Name of New Registered Agent: _____

New Registered Office Address: _____

Enter Florida street address

_____, **Florida** _____

City                                              Zip Code

**New Registered Agent's Signature, if changing Registered Agent:**

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 605, F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change.*

_____

If Changing Registered Agent, Signature of New Registered Agent

**Page 1 of 3**

EFFECTIVE DATE *01/01/15*

**If amending the Managers or Authorized Member on our records, <u>enter the title, name, and address of each Manager or Authorized Member being added or removed from our records</u>:**

MGR = Manager
AMBR = Authorized Member

| <u>Title</u> | <u>Name</u> | <u>Address</u> | <u>Type of Action</u> |
|---|---|---|---|
| _____ | _____ | _____ | ☐ Add |
|  |  | _____ | ☐ Remove |
|  |  | _____ |  |
| _____ | _____ | _____ | ☐ Add |
|  |  | _____ | ☐ Remove |
|  |  | _____ |  |
| _____ | _____ | _____ | ☐ Add |
|  |  | _____ | ☐ Remove |
|  |  | _____ |  |
| _____ | _____ | _____ | ☐ Add |
|  |  | _____ | ☐ Remove |
|  |  | _____ |  |
| _____ | _____ | _____ | ☐ Add |
|  |  | _____ | ☐ Remove |
|  |  | _____ |  |
| _____ | _____ | _____ | ☐ Add |
|  |  | _____ | ☐ Remove |
|  |  | _____ |  |

FILED 2014 DEC 30 AM 9:39

**D. If amending any other information, enter change(s) here:** *(Attach additional sheets, if necessary.)*

_____

_____

_____

_____

_____

**E. Effective date, if other than the date of filing:** _____ 1 / 1 / 15 _____ **(optional)**
(The effective date must be specific, cannot be prior to date of receipt or filed date and cannot be more than 90 days after
the date this document is filed by the Florida Department of State)

Dated _____ *DECEMBER 19, 2014* .

_____
Signature of a member or authorized representative of a member

*William P. Stewart*
Typed or printed name of signee



Page 3 of 3

Filing Fee: $25.00