**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| WYNDHAM VACATION OWNERSHIP, INC., a Delaware corporation; WYNDHAM VACATION RESORTS, INC.; a Delaware corporation, WYNDHAM RESORT DEVELOPMENT CORPORATION, an Oregon Corporation; SHELL VACATIONS, LLC, an Arizona limited liability company; SVC-WEST, LLC, a California limited liability company; SVC-AMERICANA, LLC, an Arizona limited liability company; and SVC-HAWAII, LLC, a Hawaii limited liability company,<br><br>     Plaintiffs,<br><br>v.<br><br>CHARLES E. GALLAGHER, ESQ., an individual; WILLIAM P. STEWART JR/ a/k/a PAUL STEWART a/k/a BILL STEWART, an individual; GALLAGHER-CLIFTON, LLC a/k/a The Gallagher Firm, a Florida limited liability company; TIMESHARE OWNERS RELIEF, LLC, f/k/a Timeshare Solutions, LLC a Florida limited liability company; and RESORT LEGAL TEAM, INC., a Nevada corporation,<br><br>     Defendants. | CASE NO.: |

# **EXHIBIT 7**

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Resort Legal Team |
| Capture URL: | http://www.resortlegalteam.com/ |
| Captured site IP: | 132.148.22.15 |
| Page loaded at (UTC): | Mon, 11 Feb 2019 22:22:38 GMT |
| Capture timestamp (UTC): | Mon, 11 Feb 2019 22:23:11 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 6 |
| Capture ID: | 35fdbe4c-16e9-4347-81f5-79ffb4fb3598 |
| User: | sb-dgeary |

PDF REFERENCE #:     3Tu1Msk76vQnAniV6v4JZw



📞 (702) 505-9151   ✉ office@resortlegalteam.com

**Resort Legal Team** — Cancellation Experts

Home | About Us | Videos | FAQ | Contact Us

Free Consultation

Timeshare Fraud Specialists
With Access to a
Network of Attorneys







100% Risk Free
Timeshare Cancellation or your Money Back!
Protect AND Fix Your Credit!
Call us for a FREE CONSULTATION

GET A FREE CONSULTATION



Please leave us a message

- ☑ Was your presentation longer than the time promised?
- ☑ Were you told that you must buy today because the price will be more tomorrow?
- ☑ Were you not given the time to review the timeshare contract before signing?
- ☑ Were you not told the full extent of the debt you were incurring with interest charges?
- ☑ Were you told your timeshare is a great investment and would increase in value and could be sold for profit?
- ☑ Do you feel trapped in your timeshare because the resort will not take it back or you can't sell it?

*If you answered **yes** to **ANY** of the above questions, you may be a victim of fraud and deceptive sales practices.*



## Timeline of Timeshare Fraud



### BEFORE PRESENTATION

Win a vacation, a sports car, season tickets and even a cruise! Sound familiar?

You pretty much have a 0% chance of winning anything. These deceptive methods are to get your information and or presence at their presentation.

Sit through a "short" presentation for the "free" getaway or tickets to a major show or event.

Gifts, trips, tickets, cruises and even gift cards are all tactics used by timeshare developers to get you to a table so they can sell you.



### DURING PRESENTATION

The presentation was longer than the promised time.

Please leave us a message



RESORT LEGAL TEAM INC
CANCELLATION EXPERTS

Home   About Us   Videos   FAQ   Contact Us

Free Consultation

## DURING PRESENTATION

The presentation was longer than the promised time.

No breaks for research, rest or private discussion to make a good decision.

They said:

- it was going to be a great investment
- sell it for profit later
- pass it down to your kids
- travel anywhere and anytime
- be a tax write-off
- a once in a lifetime deal that had to be done right now or else it's gone forever.



## AFTER PRESENTATION

- Maintenance fees keep going up.
- High interest on mortgage payments.
- Not able to use the timeshare as promised.
- Your purchased unit isn't the same from presentation.
- You feel trapped
- You find you cannot sell it – resellers try to scam you. You can't even sell on eBay for $1!
- No one wants to take it and be stuck with the maintenance fees.
- You realize you need to take legal action.



Please leave us a message



## Timeline to Freedom



### 1. The Experts
- No Risk/Free Consultation with Specialist
- You retain an Attorney with years of experience specializing in Timeshare Law
- 100% Success or your Money Back by Resort Legal Team



### 2. The Case
- Details about your experience with the timeshare are gathered.
- Documents, notices & contracts are collected.
- Your attorney builds your case and is there for any questions along the way.



### 3. The Process
- Cease and Desist is sent to the Timeshare Developer.
- Timeshare developer can NO LONGER contact you!
- Demand letters sent for cancellation & any possible money back.



### 4. Freedom
- Contract is cancelled!
- Full Release from ANY OBLIGATION to the Timeshare developer.
- No more maintenance fees or debt.

- Demand letters sent for cancellation & any possible money back.

### 4. Freedom

- Contract is cancelled!
- Full Release from ANY OBLIGATION to the Timeshare developer.
- No more maintenance fees or debt.



| | |
|---|---|
| Document title: | About Us \| Resort Legal Team |
| Capture URL: | http://www.resortlegalteam.com/about/ |
| Captured site IP: | 132.148.22.15 |
| Page loaded at (UTC): | Mon, 11 Feb 2019 22:23:28 GMT |
| Capture timestamp (UTC): | Mon, 11 Feb 2019 22:23:41 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | b7f43979-6e85-4f9a-97c3-4bca435ca8ca |
| User: | sb-dgeary |

PDF REFERENCE #:     u3t3WkG5K1HjSu6fW7sp33



## WHO WE ARE

Our specialists are well informed in all aspects of the industry and are legally bound to give you honest information about your particular situation and to show you what your best options are, including matching you with an attorney who will be retained on your behalf.

The attorneys specialize in timeshare law and have successfully released thousands of timeshare owners from unwanted timeshare contracts.

## WHAT WE DO

Our specialists ascertain exactly the best approach for you to build the case, collecting information about your own personal experience with the timeshare purchase, starting from when you first were sold the timeshare, through how often they tried to upgrade you, to the actual availability and quality of the timeshare itself and whether or not you felt lied to in any part of the process.

The attorneys work hard to not only attain a legal binding agreement signed by the timeshare developer, but also to get any money back paid toward the timeshare when possible. ALL of our cases end with a FULL and TOTAL REMOVAL of the timeshare from your records ~ with a settlement agreement that releases you from any tax obligations regarding the timeshare via proper tax treatment!

## WHY IT MATTERS

With all of the scams in the industry, ranging from companies that promise to resell your timeshare for you, the timeshare developers themselves trying to upgrade your timeshare to "help" you fix your attitude about the timeshare, the hidden fees and processes and constantly increasing maintenance costs, the fact that travel today is the cheapest it has ever been and there are ways to rent a week anywhere in the world for pennies compared to the cost of the timeshare, to companies offering to "get you out of your timeshare" without any legal representation or GUA... VERY necessary to go with a TEAM you co...

Please leave us a message



constantly increasing maintenance costs, the fact that travel today is the cheapest it has ever been and there are ways to rent a week anywhere in the world for pennies compared to the cost of the timeshare, to companies offering to "get you out of your timeshare" without any legal representation or GUARANTEED success rate, it is VERY necessary to go with a TEAM you could trust who offers a 100% RISK FREE MONEY BACK GUARANTEE!

Everyone has fallen for some lie or scam at one point in their life. Don't add insult to injury by falling for one again. Let us help you to stop the timeshare madness and free you from the contract. Call or fill out the contact form below and have a FREE CONSULTATION with us TODAY.

| | |
|---|---|
| Document title: | Videos \| Resort Legal Team |
| Capture URL: | http://www.resortlegalteam.com/videos/ |
| Captured site IP: | 132.148.22.15 |
| Page loaded at (UTC): | Mon, 11 Feb 2019 22:23:52 GMT |
| Capture timestamp (UTC): | Mon, 11 Feb 2019 22:24:23 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 6 |
| Capture ID: | 8beee937-3c6a-4f6d-a797-13b1e3b5d3b3 |
| User: | sb-dgeary |

PDF REFERENCE #: jnnME287GLFwhJjCpeMnyf



Home   About Us   Videos   FAQ   Contact Us

Free Consultation



## Videos of Timeshare Reseller Fraud



Subscribe to our channel

1 / 7   Next »



The BBB issues warnings about timeshare scams - Resort Legal Team



Timeshare fraud reported in Wisconsin - Resort Legal Team



Please leave us a message

---

Document title: Videos | Resort Legal Team
Capture URL: http://www.resortlegalteam.com/videos/
Capture timestamp (UTC): Mon, 11 Feb 2019 22:24:23 GMT

Page 1 of 5


The BBB issues warnings about timeshare scams - Resort Legal Team


Timeshare fraud reported in Wisconsin - Resort Legal Team


Nationwide timeshare reseller scam - Resort Legal Team

Orange County timeshare reseller fraud arrest - Resort Legal Team

Timeshare fraud ring preying on elderly - Resort Legal Team

Timeshare reseller scam - watch out - Resort Legal Team

1 / 7    Next »

## Videos of Timeshare Fraud



1 / 4    Next »

1 / 4    Next »








1 / 4    Next »








Vacation Club Scam -- How To Spot Them and Protect Yourself


Free Plane Tickets From Travel Club Scam Exposed - Resort Legal Team


Travel Clubs Are Not The Way To Go - Resort Legal Team


Postcard free cruise scam for travel club - Resort Legal Team


Scam Promising To Take On Timeshare Fees If They Buy Another Travel Package - Resort Legal Team


20/20 Investigates Royal Holiday Vacation Club Fraud - Resort Legal Team












PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | FAQ \| Resort Legal Team |
| Capture URL: | http://www.resortlegalteam.com/faq/ |
| Captured site IP: | 132.148.22.15 |
| Page loaded at (UTC): | Mon, 11 Feb 2019 22:24:30 GMT |
| Capture timestamp (UTC): | Mon, 11 Feb 2019 22:27:24 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 18 |
| Capture ID: | 5825563d-8640-402a-b910-372ffd97a550 |
| User: | sb-dgeary |

PDF REFERENCE #:    wqtWRD9rpnFNMxcNd54aTc





## The Free Consultation

**How long is a consultation?**

30-60 minutes depending on how many questions you might have, whether or not you are prepared with the contract ready to review, and whether or not you hire our legal team to represent you.

**Do I have to meet with you in person?**

No. We realize that all information can be conveyed over the phone or skype and at a greater convenience to you.

**What if I want to meet you in person?**

If you live in Las Vegas, we can shedule an in-home or an in-office appointment. If you live *outside of the area,* and feel to drive in, we can schedule an in-office appointment and we will give you a $100 voucher toward gas if you are coming from Arizona or California or any of the other surrounding states should you hire our attorneys. If you want come to Vegas via plane, we will give you a $250 voucher toward your flight should you hire our attorneys. (Please bring proof of travel to get this discount.) All appointments need to be made in advance. We do not have appointments on a walk-in basis.

**Can we use Skype or Facetime?**

Yes! We love using Skype especially because several people can be sitting in front of the camera speaking into the microphone at the same time, so that all who are on the contract



Please leave us a message



Home    About Us    Videos    FAQ    Contact Us

**Free Consultation**

sitting in front of the camera speaking into the microphone at the same time, so that all who are on the contract can get together for this consultation. However, It is important to state this preference when making the appointment for the consultation so that the Skype ID or Facetime information can be exchanged in advance.

### Does everyone who is on the contract have to be available for the phone or in-person consultation or can it just be me? If so, why? 

All parties should be available so that all questions can be answered clearly and to avoid any possible miscommunication or misinformation passed along to the other parties later. In addition, one party may have valuable insight, experience, opinions, or information that could help build the case that another might not have and thereby assisting all parties to come to a clear decision about what step to take.

### What kind of information will you need from me? 

Your contract will contain much of the needed information and we will ask you questions regarding your experience in purchasing and using your timeshare and why you want to get out of it. So all you need is your contract and a time slot when you won't be distracted and can focus.

### What if I don't know where my contract is? 

You can contact the timeshare developer and get all the following pertinent information necessary for the consultation: payoff (if hasn't already been paid off), maintenance fees, date of purchase, maturity date of active mortgage (if you have one), interest rate of mortgage, points (if you have them,) type of contract (annual, biennial, or triennial). This would help us in the consultation, however you will need the contract for the attorneys, so it would be best to call the timeshare developer and ask them to mail you another copy. (Of course, we suggest not saying that you need this information because you are considering hiring an attorney.)

Please leave us a message

📞 (702) 505-9151   ✉ office@resortlegalteam.com   f

**RESORT LEGAL TEAM** INC
CANCELLATION EXPERTS

Home   About Us   Videos   FAQ   Contact Us

**Free Consultation**

you are considering hiring an attorney.)

### I have researched and read through your website. Do I need a consultation to just go ahead and hire your attorneys? Or could I just do this though email?

We do need to still have a consultation with you. This way we could answer any questions that might still come up and also gather information from you as well. This process would generally take only 15-30 minutes.

## The Qualification

### What qualifies for fraud or deceptive sales practices?

☐ Was your presentation longer than the time promised?
☐ Were you told that you must buy today because the price will be more tomorrow?
☐ Were you not given the time to review the timeshare contract before signing?
☐ Were you not told the full extent of the debt you were incurring with interest charges?
☐ Were you told your timeshare is a great investment and would increase in value and could be sold for profit?
☐ Do you feel trapped in your timeshare because the resort will not take it back or you can't sell it?

If you answered yes to ANY of the above questions, you may be a victim of fraud and deceptive sales practices.

### What if I have never used the timeshare?

If you have never used the timeshare, you not only have the 100% guarantee that we will obtain full cancellation of your contract, but you also have a better chance of getting some money back.

### What if I got the timeshare a lor

Please leave us a message