## What if I got the timeshare a long time ago?

It doesn't matter when you bought the timeshare, whether it was this year or years ago.

## What if I have upgraded my timeshare since it was originally purchased?

Of course. It doesn't matter if the timeshare has been upgraded. Please have the most recent active contract available for the consultation.

## What if I have more than one timeshare? Would that "prove" that it was not fraud because I bought several?

No, having more than one timeshare doesn't suggest that you weren't lied to or otherwise deceived.

## What if I have more than one timeshare and I want to get out of all of them at the same time. Would I be able to get a discount?

Yes. We can take care of all of the timeshares at the same time and depending on certain factors such as how many different timeshare developers are involved, we might be able to give you a discount for putting them all together in the same package.

## What if I have more than one timeshare and I only want to cancel one of them at this time?

We are able to cancel one timeshare contract and keep the others active if you wanted to just work on one.

## What if I have used my timeshare a lot? Can I still qualify to get out of it?

Of course. How much or little a timeshare was used doesn't affect our ability to get the contract canceled.

Please leave us a message

**RESORT LEGAL TEAM** INC
CANCELLATION EXPERTS

(702) 505-9151   office@resortlegalteam.com

Home   About Us   Videos   FAQ   Contact Us

**Free Consultation**

Of course. How much or little a timeshare was used doesn't affect our ability to get the contract canceled.

### What if the only reason I want out of my timeshare is because I am too disabled or busy or otherwise incapable of using it? 

We have been able to cancel contracts for many clients who found themselves incapable of using the timeshare. You will find there are common experiences of high pressure sales tactics and other promises made when you purchased it that helps your case as well.

### What if I am broke, have horrible credit, and am behind on payments and the timeshare developer is threatening foreclosure? 

If you are so far behind on payments that the timeshare developer is threatening foreclosure, the only way we can help (if it hasn't gone INTO foreclosure,) is if you contact the developer and make an arrangement to give them something that they will accept to postpone any foreclosure action and then hire us to cancel the contract. If you have good or great credit, but no money, we can offer you a payment plan with no money down. However, if your credit is not that good, we would need some money upfront to start the legal process with and the rest can be spread out over several months. If you feel you don't have any money to even put down, you will likely have to accept the foreclosure on your credit. Keep in mind that the foreclosure will negatively affect your credit. We can protect your credit if you hire us, from having the timeshare negatively affect it, but you would need to act fast and have enough money to put toward the case.

### What if I inherited a timeshare or it was given to me as a gift? 

While you might not have experienced directly the fraud or deceptive sales practices, the person who bought it may have and transferred it to you without you knowing that you might be "stuck with" maintenance fees and a timeshare that is difficult to resell if not give away yourself.

Please leave us a message

**RESORT LEGAL TEAM** INC
CANCELLATION EXPERTS

Home    About Us    Videos    FAQ    Contact Us

Free Consultation

away yourself.

### What if I am not the original owner? 

Whether you bought it on eBay for $1 or were talked into buying it off of someone else for more than $1, we can help.  You do not need to be the original owner to experience 100% successful cancellation of your timeshare contract.

### What if I switched to the points system? 

Whether you have a weeks based timeshare or points based timeshare purchase, we can definitely cancel the contract. There actually is no difference in the process.

### What if my timeshare has been or is being taken over by another company or timeshare developer? 

Not only can we help no matter who your timeshare developer is, but this happens to be the scariest time for timeshare owners.  Changes are made.  Maintenance fees may go up.  Quality of timeshares can change.  Many of our clients found this was the last straw for them and decided they wanted out.

### Can you cancel travel club memberships? 

Yes we can. Along with timeshares and campground memberships we can definitely cancel your travel club membership.

### Are there any timeshare contracts with any timeshare developers that you cannot help me cancel? 

No.  There are no timeshare contracts with any timeshare developers we can't 100% guarantee release from.  As long as your contract hasn't gone into foreclosure, we can help!

Please leave us a message

# The Contract

### What if the other person on the contract is my soon-to-be ex-husband or ex-wife or a relative who I have had a falling out with? What if we are not on good speaking terms and so they would not likely be cooperative?



Unfortunately, if you cannot communicate and agree to hire our legal team, we cannot help you. Everyone who is on the contract needs to be able to sign the contract with us to work on your case and get you out of your timeshare contract. If the situation is a pending divorce, you may have to put what you want to do with regard to the timeshare in the settlement, so that one of you could act on behalf of the timeshare contract instead of both of you. We could give you the paperwork to take to the divorce proceeding so you could both sign it there as well. But, there has to be both signatures or something in writing stating why only one is needed.

### What if I have been married, divorced or for another reason changed my name legally and now it is different than the one on the contract?



We would need a copy of the marriage, divorce or name change certificate to prove that you are the person on the contract.

### What if the other person whose name is on the timeshare contract has passed away?

We are sorry for your loss. We would need a copy of the death certificate.

### What if I already hired another lawyer to help me get out of this timeshare? Can I still hire you as well?



We cannot simultaneously work on any case t

Please leave us a message

![Resort Legal Team Inc - Cancellation Experts]

Home    About Us    Videos    FAQ    Contact Us

**Free Consultation**

hire you as well?

We cannot simultaneously work on any case that is already being actively worked on by another attorney. You would have to stop working with that lawyer to hire us.

### What if I want to stop working with another lawyer to help get me out of this timeshare? 

We would need a written statement showing that they are no longer actively working on your case. It is the only legal way our attorneys can work on your case.

### What if I am not on the contract but I am concerned about my mother or other person who is? 

You can call us and set up an appointment for a free consultation, but your mother or other person NEEDS to be present for the call. Everyone who is on the contract must be. If they need you on the call for assistance or support, that is totally acceptable to us. But we cannot discuss their situation or contract without them present.

## The Location

### What if I don't live in the same state or country as your office is located? 

We are available to work with you no matter where you live and can meet with you virtually using cell, skype, facetime, or our free conference call application. All paperwork can be handled through regular mail, if you prefer, but can also very effectively done through email or fax. Even if you do live in our area, but are out of the country when you book your phone consultation, no worries. You will need access to the information on your contract however for the call and the case, but you can easily obtain that information by contacting the timeshare developer. For what information y

Please leave us a message

the case, but you can easily obtain that information by contacting the timeshare developer.  For what information you need, please see the question above called "What if I don't know where my contract is?"

### What if I don't live in the same state or country that the timeshare is located within? 

Most people don't live in the same state and sometimes country that the timeshare is located within.

### What if I do live in the same state or country that the timeshare is located within? Shouldn't I just hire a local attorney? 

An attorney or firm being local to where the timeshare resides doesn't necessarily mean that they are experienced enough with that timeshare specifically and timeshare law.  They tend also to need much more in terms of payment and time to accomplish what our lawyers have become experts in and have created a process that allows for no error.  They also cannot guarantee results.  Unless you know for sure that they know what they are doing, can protect your credit in the process and can make sure that the timeshare developer reports to the IRS that no taxes are owed and is reported as a loss, and you are sure that they will also be able to do all of this within a reasonable time period and for a reasonable amount of money, then it is not recommended to hire someone so inexperienced with the cancellation of your timeshare contract.

### What if I live in the United States but my timeshare is located outside of the US? 

It doesn't matter where your timeshare is located.  The fact that you reside in the United States makes you eligible for our services.

### What if I live in another country and my timeshare is located in the United States? 

As long as you OR your timeshare resides within the United States, our attorneys can take your case.

Please leave us a message

**RESORT LEGAL TEAM** INC
CANCELLATION EXPERTS

Home    About Us    Videos    FAQ    Contact Us

Free Consultation

As long as you or your timeshare resides within the United States, our attorneys can take your case.

## The Legal Process

### How soon would the attorneys start to work on the case? 

After submitting your attorney engagement agreement, an appointment will be set for the processing department to contact you so that they can gather facts about your case including requesting a copy of your timeshare contract for review.  After all the necessary documents are received it, it will be sent over to the legal department.  A paralegal and lead attorney will be assigned to immediately work on your case.

### Will I have to meet with the lawyers in person? 

No.  There isn't necessary to meet with your lawyer in person.  You can contact your attorney and paralegal as the case is under process at any time to ask any pertinent questions specifically regarding your case.  They will give you updates via email monthly about any changes in your case as well.

### Can you stop the timeshare company from harassing me? They are constantly calling me! 

Yes!  The very first thing the attorney does is send out a cease and desist letter, letting the timeshare developer know you now have legal representation and that all correspondence needs to now go through the law office.  They are not allowed by law to contact you after that.

### Will I have to go to court? 

No.  It is rare that any case goes to litigation a

Please leave us a message

### Will I have to go to court?

No. It is rare that any case goes to litigation and if it does you will not be required to appear in court.

### Am I going to have to spend a lot of time and energy on this, going back and forth with the lawyer?

Absolutely not! We have so fine tuned this process that we will only need certain information from you, mainly upfront and then periodically connect for updates. That is it. EASY and 100% successful – guaranteed!

### I have pictures of the timeshare in disarray or with non or poorly working appliances, would that help my case?

Absolutely! When the processing department is gathering facts about your case, please have all of those available in a way that can be sent digitally. (Attached to an email would be fine.) The more facts the better.

## Why Our Legal Team

### Why not just hire a real estate lawyer or a local lawyer? Why hire you? Why can't I just use my own family attorney?

A real estate lawyer doesn't specialize in timeshare law unless specifically stated by that attorney. And an attorney or firm being local to you or even one your family or business has used for years for general matters doesn't necessarily mean that they are experienced enough with your timeshare specifically and timeshare law either. They all tend to need much more in terms of payment and a considerable amount of time to accomplish what our lawyers have become experts in and have created a proces error. They also cannot guarantee results. U



RESORT LEGAL TEAM INC
CANCELLATION EXPERTS

Home    About Us    Videos    FAQ    Contact Us

Free Consultation

considerable amount of time to accomplish what our lawyers have become experts in and have created a process that allows for no error. They also cannot guarantee results. Unless you know for sure that they know what they are doing, can protect your credit in the process and can make sure that the timeshare developer reports to the IRS that no taxes are owed and is reported as a loss, and you are sure that they will also be able to do all of this within a reasonable time period and for a reasonable amount of money, then it is not recommended to hire someone so inexperienced with the cancellation of your timeshare contract.

### What if you don't succeed?

Written into our contract is a 100% Money Back Guarantee. This means that in the event your assigned attorneys were unable to successfully get an offer of cancellation from the resort in 18 months, you will receive a full refund for the cost of the services. Using our assigned attorneys that specialize in timeshare contracts law, you can be assured that they will accomplish a successful cancellation for your case.

## Financial Questions

### I want to stop making payments on the timeshare. How do I do that? Do I contact my bank or credit card?

We are not legally allowed to suggest stopping making payments. It is in entirely your choice. During the consultation, we will discuss in details about that. If you are set up on automatic payments, we suggest trying to contact the timeshare developer first to cancel those auto payments. Do not mention you are hiring a law firm to cancel the contract, just let them know you want to pay manually. If they do not cooperate, then contact your bank or credit card company to have stop payments placed for future transactions from that timeshare developer. They typically work with their customers and at least let you know the protocol to accomplish it. If the



Please leave us a message

**RESORT LEGAL TEAM** INC
CANCELLATION EXPERTS

(702) 505-9151  office@resortlegalteam.com

Home   About Us   Videos   FAQ   Contact Us

**Free Consultation**

developer. They typically work with their customers and at least let you know the protocol to accomplish it. If the bank or credit card company can't stop it, we suggest writing a certified letter to the timeshare developer that you are no longer authorizing payment be drawn from listed specific account effective immediately. Keep a copy of the letter and receipt acknowledging they received it and signed for it. Give a copy to your bank or credit card company to ensure no more transactions take place.

.

### How much does this cost? 

Every case has too many factors to have a one set attorney fee for all clients. Once we have the consultation you will be given the total cost and options in place to get the process started with details about our written 100% money back guarantee.

### I am concerned about my credit. What can you guys do about that? 

We have credit protection for each one of our clients.  We will be able to block any derogatory remarks on your credit from the timeshare developer and any third party financial institution or companies associated with this purchase of the timeshare.  If you have existing derogatory remarks on your credit, we will be able to get those removed as well.  After the cancellation process is completed and if any remarks show up on your credit relating to this timeshare contract, we will get those removed as well.  You will be in good hands knowing we have a unique process in place to completely protect your credit.

### What if I haven't paid several times? What if I am in default?

You will have to confirm that you still have an active contract with your timeshare developer before we could take your case. Timeshare developers will foreclose on your timeshare for several months of non-payment and it could directly affect the credit of everyone listed on that contract. It will appear on your credit foreclosure, drop your credit score approxim:

Please leave us a message

non-payment and it could directly affect the credit of everyone listed on that contract. It will appear on your credit report like a home foreclosure, drop your credit score approximately 300 points immediately and be there for 7 to 10 years. If you get to close to that point or at that point, we cannot help you. We have to catch this before this happens.

## What if it has been paid off? 

We can cancel your contract whether you have a loan balance or not. The overall attorney fees will be lower if you have your timeshare contract paid off.

## What if I paid it off with a loan from a bank or with my credit card? And now, I am just paying the bank or credit company? 

We can only take legal action against the timeshare developer and not a third party finance company like a bank or credit card. Those financial institutions did nothing wrong therefore we cannot cancel that debt owed to them.

## What if I am behind on maintenance fees, but I am paid up on the timeshare itself? 

Chances are that if you are behind on maintenance fees, you couldn't get access to the resort to use it if you wanted to. You can be behind on maintenance fees or the financed loan from the timeshare developer. This does not affect your case as long as you are not going into foreclosure.

## Can I refinance the timeshare through a bank or credit union? Isn't it like owning property like a house? It is called a "deed" after all. 

You actually own a deeded interest not an actual deed to a property. Banks do not loan money for timeshares at all. If you were to default on a loan from a bank, they could not repossess anything. A car or house they could take back and resell to recoup cost if you defaulted. Seeing how there is no value to timeshares or

Please leave us a message