

(702) 505-9151   office@resortlegalteam.com

Home    About Us    Videos    FAQ    Contact Us

**Free Consultation**

house they could take back and resell to recoup cost if you defaulted. Seeing how there is no value to timeshares on the resale market whatsoever also adds to the list of reasons they banks will not refinance this purchase.

## What if I just want to give it back to (return it to) the timeshare developer?

Most timeshare developers will not take back a timeshare even if you want to cut your losses and give it back to them. You signed a lifetime contract and most of the time they will tell you to sell it to get out of it. Which has absolutely no resale value whatsoever and therefore may end up sitting on the resale market for a lifetime as well. Your best choice to legally cancel this contract is to use our attorneys to represent you.

## What if I just want to give it or leave it to my children?

Most timeshare contracts come with an "in perpetuity" clause. What this means is that once you pass, the executor of your estate (typically your children) will inherit the timeshare contract by default anyways. If your children do not want to pay the constant rising cost of the maintenance fees or if there is still debt owed, then it will affect their credit as a foreclosure. I would be sure this is what they want before deciding to hold on to is and pass it down to them.

## What if I want to leave it in my will?

You have that option, but keep in mind that there is cost associated with keeping this contract and whomever you will it to will have to pay those costs forever. Also written into the majority of these contracts is a timeshare first right of refusal. Which means that the timeshare developer can refuse the contract to be willed to a specific organization, person, etc without full permission from the timeshare developer. If it was a specific family member, most likely it will be approved but if it was to be will be back to the timeshare developer, most likely it will not be approved. It will then default to the executor of your estate which is usually one of your children.

Please leave us a message

### Can I just sell it on eBay?

You will find a flooded market of timeshare owners who are unable to successfully sell their timeshares. Even listed as low as $.01 (one penny) to try to give it away with no luck. Only through it being foreclosed on for non-payment of all associated dues and fees to the contract or through our legal representation are you able to truly cancel this contract.





### Can I just sell it on eBay?

You will find a flooded market of timeshare owners who are unable to successfully sell their timeshares. Even listed as low as $.01 (one penny) to try to give it away with no luck. Only through it being foreclosed on for non-payment of all associated dues and fees to the contract or through our legal representation are you able to truly cancel this contract.

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Contact Us \| Resort Legal Team |
| Capture URL: | http://www.resortlegalteam.com/contact-us/ |
| Captured site IP: | 132.148.22.15 |
| Page loaded at (UTC): | Mon, 11 Feb 2019 22:28:10 GMT |
| Capture timestamp (UTC): | Mon, 11 Feb 2019 22:28:26 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 8667d05f-356e-407d-9995-c84796747ce4 |
| User: | sb-dgeary |

PDF REFERENCE #:   oTUPgnnvhvCSLS3isMqVdh



# We are here to help

There is absolutely **NO obligation** to contacting us in any method listed below. We are here to answer your questions regarding your timeshare or vacation ownership contracts and to assist you in knowing what your legal rights are and what choices you have at your disposal. We CARE about the victims of Timeshare fraud and deceptive sales practices and have worked for years, helping people just like you find TRUE FREEDOM. Contact us today to set up a **FREE CONSULTATION** and take your first steps toward a real SOLUTION.



702.505.9151
*(text or call)*



office@resortlegalteam.com



9340 West Martin Ave, *Suite 201* Las Vegas, NV 89148
*(walk-in hours 9-5 pm m-f)*



Live Chat

Contact us for a FREE consultation

Please leave us a message



Home   About Us   Videos   FAQ   Contact Us

Free Consultation

here to answer your questions regarding your timeshare or vacation ownership contracts and to assist you in knowing what your legal rights are and what choices you have at your disposal.  We CARE about the victims of Timeshare fraud and deceptive sales practices and have worked for years, helping people just like you find TRUE FREEDOM.   Contact us today to set up a **FREE CONSULTATION** and take your first steps toward a real SOLUTION.



702.505.9151
*(text or call)*



office@resortlegalteam.com



9340 West Martin Ave, *Suite 201* Las Vegas, NV 89148

*(walk-in hours 9-5 pm m-f)*



Live Chat



Contact us for a FREE consultation

- Name
- Email Address
- Contact Number
- Best Day & Time to Call (Please
- Tell us about your situation

Submit

© The Resort Legal Team. 2016

Please leave us a message

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Contact Us \| Resort Legal Team |
| Capture URL: | http://www.resortlegalteam.com/contact-us/ |
| Captured site IP: | 132.148.22.15 |
| Page loaded at (UTC): | Mon, 11 Feb 2019 22:28:33 GMT |
| Capture timestamp (UTC): | Mon, 11 Feb 2019 22:28:47 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 812937d6-b6cf-4086-a1c4-7f21b57b3788 |
| User: | sb-dgeary |



# We are here to help

There is absolutely **NO obligation** to contacting us in any method listed below. We are here to answer your questions regarding your timeshare or vacation ownership contracts and to assist you in knowing what your legal rights are and what choices you have at your disposal. We CARE about the victims of Timeshare fraud and deceptive sales practices and have worked for years, helping people just like you find TRUE FREEDOM. Contact us today to set up a **FREE CONSULTATION** and take your first steps toward a real SOLUTION.


702.505.9151
*(text or call)*


office@resortlegalteam.com


9340 West Martin Ave, *Suite 201* Las Vegas, NV 89148
*(walk-in hours 9-5 pm m-f)*


Live Chat



Contact us for a FREE consultation



Home   About Us   Videos   FAQ   Contact Us

Free Consultation

here to answer your questions regarding your timeshare or vacation ownership contracts and to assist you in knowing what your legal rights are and what choices you have at your disposal. We CARE about the victims of Timeshare fraud and deceptive sales practices and have worked for years, helping people just like you find TRUE FREEDOM. Contact us today to set up a **FREE CONSULTATION** and take your first steps toward a real SOLUTION.






702.505.9151
*(text or call)*

office@resortlegalteam.com

9340 West Martin Ave, *Suite 201* Las Vegas, NV 89148
*(walk-in hours 9-5 pm m-f)*

Live Chat

