**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

WYNDHAM VACATION OWNERSHIP, INC., a Delaware corporation; WYNDHAM VACATION RESORTS, INC.; a Delaware corporation, WYNDHAM RESORT DEVELOPMENT CORPORATION, an Oregon Corporation; SHELL VACATIONS, LLC, an Arizona limited liability company; SVC-WEST, LLC, a California limited liability company; SVC-AMERICANA, LLC, an Arizona limited liability company; and SVC-HAWAII, LLC, a Hawaii limited liability company,

    Plaintiffs,

v.

CHARLES E. GALLAGHER, ESQ., an individual; WILLIAM P. STEWART JR/ a/k/a PAUL STEWART a/k/a BILL STEWART, an individual; GALLAGHER-CLIFTON, LLC a/k/a The Gallagher Firm, a Florida limited liability company; TIMESHARE OWNERS RELIEF, LLC, f/k/a Timeshare Solutions, LLC a Florida limited liability company; and RESORT LEGAL TEAM, INC., a Nevada corporation,

    Defendants.

CASE NO.:

# **EXHIBIT 8**



9340 W. Martin Ave, Ste 201
Las Vegas, Nevada 89148



Mon-Fri  5am – 5pm PST
Account # 505809292

# REDACTED

## *Do you need out of your timeshare contract?*

- ✓ Do You Believe You Were A Victim Of Fraud or Deceptive Sales Practices When You Purchased It?
- ✓ Can't Afford The Cost of Ownership or Travel Anymore?
- ✓ Do You Have Any Health or Medical Reasons Prohibiting You From Traveling or Using Your Timeshare?
- ✓ Do Not Want to Pass Down the Financial Burden to Your Children?
- ✓ Are You Feeling Trapped or Even Pressured Into Keeping the Contract?
- ✓ Was the Timeshare *Not Exactly* What Was Promised When You Purchased It?
- ✓ Have the Developers Threatened To or Already Foreclosed and Ruined Your Credit?
- ✓ Were You Told It Would Increase in Value & That You Could Resell It - Only To Fall Victim To Fraudulent "Resell" Companies?

## *We Can Help!*

Don't fall for scams with companies who say that they can resell or get you out of your timeshare without the help of an attorney!  With our expert staff and services, we have been able to assist timeshare owners gain a better understanding of what they own and discuss their options for cancellation using attorneys assigned to their case.  Immediately, we will protect your credit from *ANY* negative remarks and even fix existing issues related to the timeshare!

- **Protect AND Fix Your Credit!**
- **No More  Increasing Maintenance Fees!**
- **Cancel Your Timeshare Contract!**
- **100% Success or Your Money Back!**



*Take the first step to timeshare freedom by
speaking to a Resort Legal Team Cancellation Specialist.*

### CALL NOW FOR A FREE CONSULTATION (702) 505-9151

Visit us at www.ResortLegalTeam.com
9340 W. Martin Avenue, Suite 201, Las Vegas, NV 89148    Main: 702.505.9151