**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

WYNDHAM VACATION OWNERSHIP, INC., a Delaware corporation; WYNDHAM VACATION RESORTS, INC.; a Delaware corporation, WYNDHAM RESORT DEVELOPMENT CORPORATION, an Oregon Corporation; SHELL VACATIONS, LLC, an Arizona limited liability company; SVC-WEST, LLC, a California limited liability company; SVC-AMERICANA, LLC, an Arizona limited liability company; and SVC-HAWAII, LLC, a Hawaii limited liability company,

    Plaintiffs,

v.

CHARLES E. GALLAGHER, ESQ., an individual; WILLIAM P. STEWART JR/ a/k/a PAUL STEWART a/k/a BILL STEWART, an individual; GALLAGHER-CLIFTON, LLC a/k/a The Gallagher Firm, a Florida limited liability company; TIMESHARE OWNERS RELIEF, LLC, f/k/a Timeshare Solutions, LLC a Florida limited liability company; and RESORT LEGAL TEAM, INC., a Nevada corporation,

    Defendants.

CASE NO.:

# **EXHIBIT 9**

PAGEVAULT®
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Timeshare Owners Relief \| Better Business Bureau® Profile |
| Capture URL: | https://www.bbb.org/us/fl/miramar-beach/profile/timeshare-advocates/timeshare-owners-relief-0683-90031720 |
| Captured site IP: | 216.52.119.101 |
| Page loaded at (UTC): | Mon, 18 Feb 2019 13:02:36 GMT |
| Capture timestamp (UTC): | Mon, 18 Feb 2019 13:02:58 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 5 |
| Capture ID: | 521c6587-2bca-433e-a8eb-89a0fcc12930 |
| User: | sb-mwilson |

PDF REFERENCE #:   cLarfAX4RJt6CX1B9Z6sMr



# Timeshare Owners Relief
Timeshare Advocates

122 Seascape Dr Unit 1607
Miramar Beach, FL 32550-8658

http://www.timeshareownersrelief.com/

(800) 971-8081

**Accredited**

This business is not BBB Accredited

Years in Business: 4

**BBB Rating**



- 9 complaints filed against business

More Reasons for BBB Rating

**Customer Reviews**



Average of 4 Customer Reviews

Leave a Review

**Customer Complaints**

9 complaints closed in last 3 years

4 complaints closed in last 12 months

View Complaints Summary

File a Complaint



Are you the business owner of Timeshare Owners Relief? Claim your listing.

## Products & Services

This company offers timeshare relief that specializes in complete timeshare cancellations

## Customer Complaints

9 Customer Complaints

**Need to file a complaint?**
BBB is here to help. We'll

# Better Business Bureau

| | | | | |
|---|---|---|---|---|
| Join/A... | News & Events | Business Login | Accredited USA | |

**Find** What are you looking for? ✕   **Near** Chicago, IL  USA ✕   **Search**

## Business Details

**BBB File Opened:** 10/16/2015
**Years in Business:** 4
**Business Started:** 1/1/2015
**Business Started Locally:** 1/1/2015
**Business Incorporated:** 1/1/2015 in FL
**Type of Entity:** Limited Liability Company (LLC)

**Alternate Business Name**
Timeshare Owners Relief, LLC

**Business Management**
Mr. William Paul Stewart, Managing Member

**Additional Contact Information**
Fax Numbers
(954) 337-3242

**Addresses**
✉ Email this Business

**Products and Services**
This company offers timeshare relief that specializes in complete timeshare cancellations

**Business Categories**
Timeshare Advocates

---

**Need to file a complaint?**
BBB is here to help. We'll guide you through the process. How BBB Processes Complaints and Reviews

**File a Complaint**

**Most Recent Customer Complaint**
**Complaint Type:** Problems with Product/Service

**Status:** Unanswered ⓘ



05/23/2018

They guaranteed that I would be out of my timeshare in a year or my money back. It has been 2 years and I still have my timeshare. I was contacted by an individual that stated that he was representing a company called Timeshare Owners Relief and that they were able to get me out of my timeshare that I own. The guy stated that the company would get me out of the timeshare in less than a year or pay me back my money. This is also stated on the contract that if they were unable to get my out of my contract that all monies would be refunded in 10 busi... Read More

Read 8 More Complaints

## Customer Reviews
4 Customer Reviews

**What do you think? Share your review.**
How BBB Processes Complaints and Reviews

**Leave a Review**

**Most Recent Customer Review**



Daniel Lane
 ★★★☆☆                    12/28/2018

We paid Timeshsre Owners Relief $3700 to relieve our timeshare May 4, 2016. We have been given the run around by the owner Paul *******. By phone in December he told me not to pay the maintenance fee of $700.00. I did not pay it trusting that ******* was honest and would solve the matter on our behalf as he promised in the contract. At the end of 2017 the time share dent us a bill for $2100.00 to cover the fee for two years









Document title: Timeshare Owners Relief | Better Business Bureau® Profile
Capture URL: https://www.bbb.org/us/fl/miramar-beach/profile/timeshare-advocates/timeshare-owners-relief-0683-90031720
Capture timestamp (UTC): Mon, 18 Feb 2019 13:02:58 GMT

# Better Business Bureau

Join/A... | News & Events | Business Login | Change USA

**Find** What are you looking for?   **Near** Chicago, IL   USA   **Search**

contract. At the end of 2017 the time share dent us a bill for $2100.00 to cover the fee for two years including a late fee. We paid it. Now for the year 2019 we have bill due on. January 1, 2019 for $1100.00 plus. We have been unsble... Read More

Read 3 More Customer Reviews

## Business Categories

Timeshare Advocates

## Local BBB

BBB of Northwest Florida

More Info on Local BBB

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. Information in this BBB Business Profile is believed reliable, but not guaranteed as to accuracy.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.

As a matter of policy, BBB does not endorse any product, service or business.



**For Consumers**
File a Complaint
BBB Scam Tracker
File an Auto Warranty Complaint
BBB Ad Truth

**For Businesses**
Become Accredited
BBB EU Privacy Shield

**About BBB**
BBB Directory
Give.org
BBB Institute for Marketplace Trust
BBB Programs
Council of Better Business Bureaus
Contact
BBB Business Partner Code
Mission & Vision



Terms of Use | Privacy Policy | Your Ad Choices | Trademarks

© 2019, Council of Better Business Bureaus, Inc., separately incorporated Better Business Bureau organizations in the US, Canada and Mexico, and BBB Institute for Marketplace Trust. All Rights Reserved.