**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| WYNDHAM VACATION OWNERSHIP, INC., a Delaware corporation; WYNDHAM VACATION RESORTS, INC.; a Delaware corporation, WYNDHAM RESORT DEVELOPMENT CORPORATION, an Oregon Corporation; SHELL VACATIONS, LLC, an Arizona limited liability company; SVC-WEST, LLC, a California limited liability company; SVC-AMERICANA, LLC, an Arizona limited liability company; and SVC-HAWAII, LLC, a Hawaii limited liability company, | CASE NO.: |

       Plaintiffs,

v.

CHARLES E. GALLAGHER, ESQ., an individual; WILLIAM P. STEWART JR/ a/k/a PAUL STEWART a/k/a BILL STEWART, an individual; GALLAGHER-CLIFTON, LLC a/k/a The Gallagher Firm, a Florida limited liability company; TIMESHARE OWNERS RELIEF, LLC, f/k/a Timeshare Solutions, LLC a Florida limited liability company; and RESORT LEGAL TEAM, INC., a Nevada corporation,

       Defendants.

**EXHIBIT 10**

## DECLARATION OF NATHAN JAY KOLB

1.      My name is Nathan Jay Kolb.  I am over eighteen (18) years of age and I am authorized and competent to make the statements contained in this declaration, which I am making based upon my own personal knowledge.

2.      My wife, Susan Kolb, and I have happily owned a Wyndham timeshare for several years.

3.      We have enjoyed our Wyndham timeshare over the years, and overall we have been happy with using it.

4.      Since our Wyndham timeshare ownership began, we have received various letters or "mailers" advertising timeshare services, including mailers from companies offering to get timeshare owners out of their existing timeshare contracts.

5.      My wife and I experienced an unexpected decrease in our income in 2017 which made it financially difficult to continue our Wyndham timeshare ownership.

6.      We initially contacted Wyndham Customer Service to inquire if we could cancel our timeshare contract, but we were told we could not at that time, which I believe was due to the fact that we still had a balance on our timeshare mortgage.

7.      Due to our financial issue, we began researching some of these companies offering to get us out of our timeshare contract, including RESORT LEGAL TEAM, a company that says they are based out of Las Vegas, who had sent us a mailer advertising timeshare exit services. A true and accurate copy of this mailer is attached as Exhibit "1," and is referenced hereafter as the "Mailer."

8.      The Mailer contained several things that made me believe that an attorney would be involved with RESORT LEGAL TEAM's services, including the name ("RESORT LEGAL

TEAM"), the scales of justice at the top left of the mailer, the warning to not "fall for scams" of companies who say they can get you out of your timeshare "without the help of an attorney!" and the representation in the next sentence that "attorneys" would be "assigned to [our] case." *See Exhibit "1."*

9.      The Mailer also advertised RESORT LEGAL TEAM's services as being "100% RISK FREE" and offering "100% Success or Your Money Back" in both cancelling our timeshare contract and would "Protect AND Fix [our] Credit!" *See Exhibit "1."*

10.     Based on RESORT LEGAL TEAM's representations in the Mailer, we believed it would be prudent to have an attorney assist us with trying to cancel our Wyndham timeshare ownership.

11.     I attempted to further research this entity and found that it had no complaints on the Better Business Bureau and had a good rating. When I looked at their website (www. resortlegalteam.com/about/), I saw that RESORT LEGAL TEAM advertised working with a network of attorneys to "not only attain a legal binding agreement signed by the timeshare developer, but also to get any money back paid toward the timeshare when possible." A true and accurate copy of this website is attached hereto as Exhibit "2."

12.     Based on the representations in the Mailer and on RESORT LEGAL TEAM's website, I believed that RESORT LEGAL TEAM was offering a legal service whereby attorneys would assist me in cancelling my timeshare ownership with Wyndham which was 100% guaranteed or we would receive a refund. Because of this, I called RESORT LEGAL TEAM at (702) 505-9151 a few days before February 28, 2018, and spoke with Adam Brown who identified himself as a representative of RESORT LEGAL TEAM.

13.   Adam Brown convinced us that it was necessary to take legal action against Wyndham in order to cancel our Wyndham timeshare ownership, which cost $6,000, payable to RESORT LEGAL TEAM.

14.   I believed this $6,000 was to be paid to RESORT LEGAL TEAM in order to retain an attorney on our behalf, based upon the Mailer, RESORT LEGAL TEAM's website, and Adam Brown's representations.

15.   Adam Brown sent us a **SERVICE AGREEMENT** for RESORT LEGAL TEAM, which my wife and I executed on February 26, 2018. A true and accurate copy of this agreement is attached hereto as Exhibit "3" and is referred to hereafter as the "Agreement."

16.   On the same day, we also arranged for payment of the $6,000 to RESORT LEGAL TEAM with our debit card.

17.   Shortly after executing the Agreement we spoke with Adam Brown about whether we needed to continue paying the mortgage and maintenance fees during this process, and Adam Brown told us that "We can't tell you *not* to pay Wyndham but not paying them will help move your cancellation along faster."

18.   Adam Brown also instructed us to discontinue speaking with Wyndham altogether.

19.   Adam Brown advised us that a small portion of the $6,000 fee would go to a credit repair company called Trade Bloc which would monitor our credit and let us know if any negative reporting occurred, at which point Trade Bloc would help us remove such negative information.

20.     Several weeks after signing the Agreement, we received a phone call from Paul Stewart who identified himself as a representative of the "Gallagher-Clifton" law firm. Paul Stewart indicated that he would be representing us in our legal action against Wyndham.

21.     We assumed that Paul Stewart was an attorney with Gallagher-Clifton, and that Gallagher-Clifton was a law firm in Florida based upon our discussion with Paul Stewart.

22.     Based upon the Mailer, RESORT LEGAL TEAM's website, our conversation with Adam Brown, and our conversation with Paul Stewart of Gallagher-Clifton, we naturally assumed that we were being represented by an attorney named Paul Stewart who worked at a Florida law firm called Gallagher-Clifton.

23.     We never received any letters from Gallagher-Clifton, nor were we copied on any letters from Gallagher-Clifton to Wyndham.  We were never even informed that Gallagher-Clifton was sending letters to Wyndham, on our behalf or otherwise.

24.     I called both Adam Brown with RESORT LEGAL TEAM and Paul Stewart with Gallagher-Clifton several times over the ensuing months and while we talked at length about what was going on and what may be causing the delays with cancelling our timeshare ownership, nothing either of them said ever seemed to make complete sense or explain the delays.

25.     I have since been made aware of a letter dated May 16, 2018, purporting to be from Charles E. Gallagher with letterhead bearing "Gallagher-Clifton" and indicating an address of 4641 Gulfstarr Drive, Ste 102, Destin, FL 32541, which purported to "reiterate our client's [my wife and I] desire to terminate" our Wyndham timeshare ownership for a "small transfer fee." A true and accurate representation of what I understand to be this letter is attached hereto as Exhibit "D" and is referenced hereafter as the "Representation Letter."

- 4 -

26.     Neither Adam Brown nor Paul Stewart ever spoke to me about nor warned me of any additional fees such as the "small transfer fee" offered in the Representation Letter.

27.     In early 2019, my wife and I found out that Wyndham had instituted legal action against us regarding our timeshare ownership. I called Adam Brown upon finding out about this, and he said "They're not supposed to do that when you're represented."

28.     I contacted the credit monitoring firm, Trade Bloc, to find out if any negative information had been reported to the credit bureaus. I spoke to a woman named "Dee," who indicated they would check into it. I never heard back from Trade Bloc.

29.     Next I called Gallagher-Clifton, but I had to leave a voicemail (which I did).

30.     I received a phone call back from a man named Charles Gallagher identifying himself as a representative of Gallagher-Clifton, who told me "I can't represent you because I'm not licensed in Nevada so I can only give you advice."

31.     Charles Gallagher spoke to me at length, but ultimately offered no useful advice, nor was he able to explain how this process starting with RESORT LEGAL TEAM and culminating with Gallagher-Clifton resulted in a lawsuit being filed against my wife and I.

32.     Ultimately, after my fourth or fifth conversation with Charles Gallagher and Paul Stewart of Gallagher-Clifton, my wife and I began to realize we had probably been scammed and deceived by RESORT LEGAL TEAM and Gallagher-Clifton.

33.     Frustrated with these events, I contacted the attorney representing Wyndham in the legal action regarding my timeshare ownership, Christopher Connelly, Esq. of Fort Smith, AR.

34.     Once Mr. Connelly understood we were not represented, he was very nice, and took the time to listen to our story described above. He indicated he would speak with Wyndham to help us resolve our financial and legal issues.

35.     Both Mr. Connelly and Wyndham have been very understanding and helpful throughout this process.

36.     I should have known better than to throw away $6,000 that I cannot afford to lose, but the representations by RESORT LEGAL TEAM within its Mailer, website, and my conversations with Adam Brown made me believe it was the only way to get out of my timeshare contract.

37.     I have not received my money back from RESORT LEGAL TEAM as guaranteed on their Mailer and website, and I am most certainly not 100% satisfied with their services which appear to have amounted to nothing more than several telephone calls with me and a letter being sent on my behalf (without my knowledge) in exchange for my $6,000.

38.     I believe RESORT LEGAL TEAM is a scam, and I was deceived by their misleading representations and advertisements into throwing away $6,000 for what amounted to nothing.

{REMAINDER OF PAGE LEFT INTENTIONALLY BLANK}

- 6 -

PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

FURTHER DECLARANT SAYETH NAUGHT.

Executed: ___2-20___, 2019.

NATHAN JAY KOLB

- 7 -



9340 W. Martin Ave, Ste 201
Las Vegas, Nevada 89148



**RESORT LEGAL TEAM**INC
CANCELLATION EXPERTS

Mon-Fri  5am – 5pm PST
Account #  488474777

Nathan Jay Kolb
Susan Kay Kolb
20 Ruckle Ln
Benton, PA 17814-7951

### *Do you need out of your timeshare contract?*

✓ Do You Believe You Were A Victim Of Fraud or Deceptive Sales Practices When You Purchased It?
✓ Can't Afford The Cost of Ownership or Travel Anymore?
✓ Do You Have Any Health or Medical Reasons Prohibiting You From Traveling or Using Your Timeshare?
✓ Do Not Want to Pass Down the Financial Burden to Your Children?
✓ Are You Feeling Trapped or Even Pressured Into Keeping the Contract?
✓ Was the Timeshare *Not Exactly* What Was Promised When You Purchased It?
✓ Have the Developers Threatened To or Already Foreclosed and Ruined Your Credit?
✓ Were You Told It Would Increase in Value & That You Could Resell It - Only To Fall Victim To Fraudulent "Resell" Companies?

### *We Can Help!*

Don't fall for scams with companies who say that they can resell or get you out of your timeshare without the help of an attorney!  With our expert staff and services, we have been able to assist timeshare owners gain a better understanding of what they own and discuss their options for cancellation using attorneys assigned to their case.  Immediately, we will protect your credit from *ANY* negative remarks and even fix existing issues related to the timeshare!

- **Protect AND Fix Your Credit!**

- **No More  Increasing Maintenance Fees!**

- **Cancel Your Timeshare Contract!**

- **100% Success or Your Money Back!**



*Take the first step to timeshare freedom by
speaking to a Resort Legal Team Cancellation Specialist.*

## CALL NOW FOR A FREE CONSULTATION (702) 505-9151

Visit us at www.ResortLegalTeam.com
9340 W. Martin Avenue, Suite 201, Las Vegas, NV 89148   Main: 702.505.9151

## EXHIBIT 1

📞 **(702) 505-9151**    ✉ **office@resortlegalteam.com**    **f**





9 of 18

**EXHIBIT 2**

# WHO
# WE ARE

Our specialists are well informed in all aspects of the industry and are legally bound to give you honest information about your particular situation and to show you what your best options are, including matching you with an attorney who will be retained on your behalf.

The attorneys specialize in timeshare law and have successfully released thousands of timeshare owners from unwanted timeshare contracts.

Our specialists ascertain exactly the best approach for you to build the case, collecting information about your own personal experience with the timeshare purchase, starting from when you first were sold the timeshare, through how often they tried to upgrade you, to the actual availability and quality of the timeshare itself and whether or not you felt lied to in any part of the process.

The attorneys work hard to not only attain a legal binding agreement signed by the timeshare developer, but also to get any money back paid toward the timeshare when possible.  ALL of our cases end with a FULL and TOTAL REMOVAL of the timeshare from your records ~ with a settlement agreement that  releases you from any tax obligations regarding the timeshare via proper tax treatment!



With all of the scams in the industry, ranging from companies that promise to resell your timeshare for you, the timeshare developers themselves trying to upgrade your timeshare to "help" you fix your attitude about the timeshare, the hidden fees and processes and constantly increasing maintenance costs, the fact that travel today is the cheapest it has ever been and there are ways to rent a week anywhere in the world for pennies compared to the cost of the timeshare, to companies offering to "get you out of your timeshare" without any legal representation or GUARANTEED success rate, it is VERY necessary to go with a TEAM you could trust who offers a 100% RISK FREE MONEY BACK GUARANTEE!

Everyone has fallen for some lie or scam at one point in their life.  Don't add insult to injury by falling for one again.  Let us help you to stop the

timeshare madness and free you from the contract.  Call or fill out the contact form below and have a FREE CONSULTATION with us TODAY.

## WHO WE ARE

Our specialists are well informed in all aspects of the industry and are legally bound to give you honest information about your particular situation and to show you what your best options are, including matching you with an attorney who will be retained on your behalf.

The attorneys specialize in timeshare law and have successfully released thousands of timeshare owners from unwanted timeshare contracts.

# WHAT WE DO

**Our specialists ascertain exactly the best approach for you to build the case, collecting information about your own personal experience with the timeshare purchase, starting from when you first were sold the timeshare, through how often they tried to upgrade you, to the actual availability and quality of the timeshare itself and whether or not you felt lied to in any part of the process.**

**The attorneys work hard to not only attain a legal binding agreement signed by the timeshare developer, but also to get any money back paid toward the timeshare when possible.  ALL of our cases end with a FULL and TOTAL REMOVAL of the timeshare from your records ~ with a settlement agreement that  releases you from any tax obligations regarding the timeshare via proper tax treatment!**

# WHY IT MATTERS

**With all of the scams in the industry, ranging from companies that promise to resell your timeshare for you, the timeshare developers themselves trying to upgrade your timeshare to "help" you fix your attitude about the timeshare, the hidden fees and processes and constantly increasing maintenance costs, the fact that travel today is the cheapest it has ever been and there are ways to rent a week anywhere in the world for pennies compared to the cost of the timeshare, to companies offering to "get you out of your timeshare" without any legal representation or GUARANTEED success rate, it is VERY necessary to go with a TEAM you could trust who offers a 100% RISK FREE MONEY BACK GUARANTEE!**

**Everyone has fallen for some lie or scam at one point in their life.  Don't add insult to injury by falling for one again.  Let us help you to stop the**

Case 6:19-cv-00476-GAP-EJK   Document 1-13   Filed 03/11/19   Page 15 of 19 PageID 142

**timeshare madness and free you from the contract.  Call or fill out the contact form below and have a FREE CONSULTATION with us TODAY.**

## Contact us for a FREE consultation

**Name**                                                  **Email Address**

**Contact Number**                                  **Best Day & Time to Call (Please inclu**

**Tell us about your situation**

Submit

About Us | Resort Legal Team

https://www.resortlegalteam.com/about/



© The Resort Legal Team. 2016

2/15/2019, 11:12 AM



## SERVICE AGREEMENT

**THIS SERVICE AGREEMENT** ("the "Agreement") is entered into on  02/26/2018  , between Resort Legal Team, Inc whose address is 9340 W Martin Ave, Suite 201, Las Vegas, Nevada 89148 (the "Company"), and
<u>Susan Kay Kolb & Nathan Jay Kolb</u>
(individually and collectively referred to as "Client") whose address is

<u>20 Ruckle Ln, Benton, PA 17814-7951</u>.


**Whereas,** Client has entered into one or more agreements (the "Timeshare Agreement") to purchase a timeshare, vacation ownership and/or vacation club membership with <u>Wyndham Vacation Resorts</u> (the "Developer"), and Client now desires to cancel or otherwise terminate the Timeshare Agreement.

**Whereas,** Client desires to hire the Company to facilitate the cancellation of the Timeshare Agreement.

**NOW, THEREFORE**, in consideration of the mutual promises set forth herein, the parties agree as follows:

1.      **TERM:**  This Agreement shall commence on the date the Company receives the Fee (as defined below) and will terminate at such point Client receives a bona fide offer to terminate the Timeshare Agreement(s), or in the event that the Client does not uphold their obligations to the Company as outlined in this Service Agreement.

2.      **FEE:** Client agrees to pay a fee equal to <u>$6000</u>.  Client understands that no services will be performed and this Agreement will not be valid until the Fee has been paid in full, unless otherwise stated and agreed to in a financial agreement addendum.

3.      **GUARANTEE:**  Company guarantees that in the event that the following conditions have not occurred: 1) Client's Timeshare Agreement(s) are cancelled or otherwise terminated, or  2) Client has received an offer from the Developer to terminate the Timeshare Agreement(s), and the Client has not failed to perform their obligations to the process as outlined in this service agreement, at the end of the 18 months from the date this agreement was signed, Client can request, in writing to Company, within five business days, either a refund of fees paid to Company or an extension to the Agreement. If no written request is received, the Agreement will automatically extend for an additional six months.

4.      **CLIENT RESPONSIBILITIES:**

a)   Client agrees that all information provided to Company is true, accurate, and complete.
b)   Client agrees to deliver upon request any and all copies of all documents that are in client's control or reasonably available to them, correspondence, notes, and memos that in any way relate to the Timeshare Agreement (s) and/or Developer, which must be submitted in full before Company can begin work on behalf of Client.
c)   Client agrees not to engage in any activity, communication, or interaction with Developer or any person associated with Developer without first obtaining Company's approval.

## EXHIBIT 3

DocuSign Envelope ID: 7D8AD656-93F9-42D5-9468-A1272DAC3E73

d)  Client agrees not to engage in any activity, communication, or interaction for the purpose of terminating or amending the Timeshare Agreement(s).

e)  Client warrants and represents that Client is not presently, and was not ever in the past, an employee, agent, or representative of any person or entity associated with the timeshare industry.

f)  Client understands that the services rendered by Company do not cover or release Client from financial obligations or monies transferred to any third party financial institutions as a result of Client's timeshare purchase.  All third party financial transfers or amounts transferred to a credit card or other method of payment are the liability of the Client and must be disputed directly with the financial institution.

g)  Client understands that there may be a small document processing fee to complete the transfer of ownership out of client's name through the negotiations for cancellation.  This is not covered by the fee paid to the Company as described in number 2 above.

h)  Client agrees that Company has in no way directed Client to stop making payments to the timeshare developer.  The decision to make or to not make payments is the sole choice of the Client.

5.      **POWER OF ATTORNEY:** Client, being of legal age, with residence and postal address as stated herein above, do/does hereby APPOINT Company as my/our true and legal representative to act for and in my/our name and stead with full power of attorney to take any and all actions necessary to affect the full and irrevocable cancellation of my/our Timeshare Agreement(s) with the Developer.  This power of attorney hereby grants unto our representative the full power and authority to execute and perform every act necessary to render the Contracts null and void, as though I/we have so personally performed it, and HEREBY APPROVING ALL that the Company may do by virtue hereof.

**CLIENT:**

Name  Susan Kay Kolb

Signature  *Susan Kay Kolb*
567A9B5B457A433...

Date   02/26/2018

Name  Nathan Jay Kolb

Signature  *Nathan Jay Kolb*
567A9B5B457A433...

Date   02/26/2018

**COMPANY:**

Name   Adam Brown

Signature  *Adam Brown*
121C34215F15460...

Date   02/26/2018

# GALLAGHER-CLIFTON

Charles E. Gallagher
4641 Gulfstarr Drive, Suite 102
Destin, FL 32541

Office:   (800) 509-9141
Fax:      (954) 337-3242

May 16, 2018

Wyndham Vacation Resorts
6277 Sea Harbor Drive
Orlando, FL 32821

**RE: Nathan and Susan Kolb**            **ACCOUNT: # 000411622202**

Dear Sir/Madame:

This letter is to reiterate our client's desire to terminate the above referenced obligation with your timeshare company. This includes the mortgage and promissory note, if applicable.

We are willing to entertain a small transfer fee, and respectfully ask (on the client's behalf) that you consider their request.

We would request that you have your loss mitigation department or sales office contact our office at your earliest convenience. Or, provide us with the appropriate contact information so that we may initiate additional contact to resolve this matter, and avoid unnecessary time and expense.

Please call my office if you have any questions or comments. We look forward to hearing from you within the next 10 days regarding settlement of this matter.

Sincerely yours,

Charles E. Gallagher

**American Bar Association Center for Professional Responsibility Rule 2.4:** Lawyer Serving as Third-Party Neutral; (a) A lawyer serves as a third-party neutral when the lawyer assists two or more persons who are not clients of the lawyer to reach a resolution of a dispute or other matter that has arisen between them. Service as a third-party neutral may include service as an arbitrator, a mediator or in such other capacity as will enable the lawyer to assist the parties to resolve the matter; **(b) A lawyer serving as a third-party neutral shall inform unrepresented parties that the lawyer is not representing them.** When the lawyer knows or reasonably should know that a party does not understand the lawyer's role in the matter, the lawyer shall explain the difference between the lawyer's role as a third-party neutral and a lawyer's role as one who represents a client.

**EXHIBIT D**