# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

|  |  |
|---|---|
| WYNDHAM VACATION OWNERSHIP, INC., a Delaware corporation; WYNDHAM VACATION RESORTS, INC.; a Delaware corporation, WYNDHAM RESORT DEVELOPMENT CORPORATION, an Oregon Corporation; SHELL VACATIONS, LLC, an Arizona limited liability company; SVC-WEST, LLC, a California limited liability company; SVC-AMERICANA, LLC, an Arizona limited liability company; and SVC-HAWAII, LLC, a Hawaii limited liability company, | CASE NO.: |

     Plaintiffs,

v.

CHARLES E. GALLAGHER, ESQ., an individual; WILLIAM P. STEWART JR/ a/k/a PAUL STEWART a/k/a BILL STEWART, an individual; GALLAGHER-CLIFTON, LLC a/k/a The Gallagher Firm, a Florida limited liability company; TIMESHARE OWNERS RELIEF, LLC, f/k/a Timeshare Solutions, LLC a Florida limited liability company; and RESORT LEGAL TEAM, INC., a Nevada corporation,

    Defendants.

## COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

Wyndham Vacation Ownership, Inc. ("WVO"); Wyndham Vacation Resorts, Inc. ("WVR"); Wyndham Resort Development Corporation ("WRDC"); Shell Vacations, LLC ("SV"); SVC-West, LLC ("SVC-West"); SVC-Americana, LLC ("SVC-Americana"); and SVC-Hawaii, LLC ("SVC-Hawaii") (collectively, "Wyndham"), by and through the undersigned counsel, and pursuant to the Federal Rules of Civil Procedure, hereby sue Defendants Charles E.

Gallagher, Esq. ("Gallagher"), William P. Stewart Jr. a/k/a Paul Stewart a/k/a Bill Stewart ("Stewart"), Gallagher-Clifton, LLC a/k/a The Gallagher Firm, ("Gallagher-Clifton"), Timeshare Owners Relief, LLC f/k/a Timeshare Solutions, LLC ("Timeshare Owners Relief"), and Resort Legal Team, Inc. ("Resort Legal Team")(collectively, the "Defendants"), and state:

A.      **Introduction**

1.      Wyndham is a global leader in the development of timeshare properties.

2.      Wyndham has valid and binding contracts (the "Timeshare Contracts") with individuals who purchased timeshare interests from Wyndham (the "Wyndham Owners"). These Timeshare Contracts control the benefits and obligations of timeshare ownership.

3.      Defendants are a group of individuals and related companies that conspire together to harm Wyndham Owners and Wyndham. Stewart, Timeshare Owner Relief, and Resort Legal Team have recruited lawyers – Gallagher – and formed a fake law firm – Gallagher-Clifton – in order to carry out their scheme that is detailed more fully herein. An organizational chart showing the interrelatedness of the various defendants is annexed hereto as Exhibit 1.

4.      Defendants are not parties to the Timeshare Contracts. Yet, despite this, they falsely advertise "timeshare cancellation services" that purports to "cancel their timeshare and any outstanding timeshare mortgage as well." The following is a representative advertisement by Timeshare Owners Relief for illustrative purposes:[1]

---

[1] http://web.archive.org/web/20180107205623/http://www.timeshareownersrelief.com/ (last accessed Feb. 18, 2019)(highlighting supplied). A full copy of this website is annexed hereto as Exhibit 2.

WPBDOCS 9871662 3





We are a timeshare relief company that specializes in complete timeshare cancellations. We are not a listing company, nor a deed transfer company. We are not going to sell your timeshare; we are going to cancel it, removing you entirely from the deed, so you will never have to pay another maintenance fee, mortgage payment or special assessment ever again!

Our service not only cancels all future payments and maintenance fees, but also cancels all existing payments and fees. Whether you still owe thousands of dollars on a mortgage, or you just got hit with another increase in maintenance fees, we will cancel those debts and relieve you and your family of any future financial obligations.

Our system will provide you with a cancellation letter directly from your timeshare company confirming that you are no longer responsible for the contractual obligations.

5.    Defendants solicit Wyndham Owners through a multitude of advertisements that misrepresent the nature of Defendants' "timeshare cancellation service."  Examples of these advertisements are set forth in greater detail hereinbelow.

6.    Defendants misleadingly advertise a "100% money back guarantee" that Defendants can "cancel" the Timeshare Contracts, including Wyndham Owners' Timeshare Contracts.  An example of the '100% guarantee' allegedly offered by Timeshare Owners Relief is included below:[2]



Providing transparency in our services is something we take great pride in. When you become our client, you will be assigned a dedicated case manager who will keep you updated throughout every step of the process.

**Payment For Our Services:**

Here at Timeshare Owners Relief, LLC we only accept payment from our clients **AFTER** our transfer agreement has been reviewed and signed by both parties. Never allow any company to charge you money prior to you having a written and endorsed agreement in your possession that you clearly understand and you can verify their verbal promises are in writing. As an extra layer of security, we recommend always paying for any type of service-type product with a major credit card as you may have additional protections from your credit card if the company does not perform as promised in writing. Timeshare Owners Relief, LLC only accepts payment by credit card – giving you the peace of mind that you may have extra layers of protection on top of our **100% Money Back Guarantee**.

7.    However, Defendants' "timeshare cancellation service" provides no legal means

---

[2] http://web.archive.org/web/20180109095346/http://www.timeshareownersrelief.com/our-guarantee/ (last accessed Feb. 21, 2019).  A full copy of this website is annexed hereto as Exhibit 3.

WPBDOCS 9871662 3

of cancellation and is instead designed to cause the Wyndham Owners to stop fulfilling their payment obligations under the Timeshare Contracts, resulting in breach, default, and damaged credit.

8.     In order to solicit Wyndham Owners, Defendants' online advertisements and website content create a false narrative that Defendants' "timeshare cancellation service" is equivalent to legal representation or that Defendants are operating a law firm, when in fact they are not.

9.     In fact, while Gallagher is indeed a lawyer, admitted the Bar of the State of Georgia, Gallagher-Clifton is not a law firm and Gallagher denies representing any consumers in the role of a lawyer, despite the representations and implications made by Timeshare Owner Relief and/or Resort Legal Team.

**B.     Parties, Jurisdiction, and Venue**

      **i.     The Plaintiffs**

10.     WVO is a corporation organized and existing under the laws of the State of Delaware with a principal place of business located at 6277 Sea Harbor Drive, Orlando, Florida 32821.

11.     WVR is a corporation organized and existing under the laws of the State of Delaware with a principal place of business located at 6277 Sea Harbor Drive, Orlando, Florida 32821.

12.     WRDC is a corporation organized and existing under the laws of the State of Oregon with a principal place of business located at 6277 Sea Harbor Drive, Orlando, Florida 32821.

- 4 -

13.     SV is a limited liability company organized and existing under the laws of the state of Arizona with a principal place of business located at 6277 Sea Harbor Drive, Orlando, Florida 32821.

14.     Plaintiff SVC-West, LLC is a limited liability company organized and existing under the laws of the state of California with a principal place of business located at 6277 Sea Harbor Drive, Orlando, Florida 32821.

15.     Plaintiff SVC-Americana, LLC is a limited liability company organized and existing under the laws of the state of Arizona with a principal place of business located at 6277 Sea Harbor Drive, Orlando, Florida 32821.

16.     Plaintiff SVC-Hawaii, LLC is a limited liability company organized and existing under the laws of the state of Hawaii with a principal place of business located at 6277 Sea Harbor Drive, Orlando, Florida 32821.

17.     WVO is the parent company or ultimate parent company of WVR, WRDC, and SV, which conducts timeshare sales and development activities throughout the United States.

### ii.     **The Defendants**

18.     Gallagher is an individual and member of the Bar of the State of Georgia. Gallagher resides in Destin, Florida and can be located at 4742 Amhurst Circle, Destin, Florida 32541.

19.     Stewart is an individual and resident of the State of Florida. Stewart is a former employee of WVR. Stewart can be located at 122 Seascape Drive, Unit 1670, Miramar Beach, Florida 32250. Stewart is not an attorney.

- 5 -

20.     Gallagher-Clifton is a limited liability company organized and existing under the laws of the State of Florida with a principal address at 4641 Gulfstarr[sic] Drive, Suite 102, Destin, Florida 32541. Stewart is the registered agent of Gallagher-Clifton.

21.     Gallagher-Clifton is not a law firm.

22.     Timeshare Owners Relief f/k/a Timeshare Solutions, LLC is a limited liability company organized and existing under the laws of the State of Florida. Timeshare Solutions changed its name to Timeshare Owners Relief on or about December 30, 2014; a copy of the relevant Florida Secretary of State records is annexed hereto as Exhibit 4. Stewart is the registered agent of Timeshare Owners Relief and can be located at 122 Seascape Drive, Unit 1670, Miramar Beach, Florida 32250.

23.     Resort Legal Team is a corporation organized and existing under the laws of the State of Nevada. The registered agent of Resort Legal Team is United States Corporation Agents, Inc. located at 500 North Rainbow Boulevard, Suite 300A, Las Vegas, Nevada 89107.

### iii.     **Subject Matter Jurisdiction**

24.     This Court has subject matter jurisdiction over the claims sounding in the Lanham Act alleged herein pursuant to 28 U.S.C. §§ 1331 and 1338. This Court has subject matter jurisdiction over the claims sounding in state law alleged herein pursuant to 28 U.S.C. § 1367 as the state law claims are so related to the Lanham Act claims that they form part of the same case or controversy.

### iv.     **Personal Jurisdiction**

25.     This Court has personal jurisdiction over the Defendants pursuant §48.193(1)(a) and §48.193(3), Fla. Stat., as Defendants are engaged in substantial and not isolated activity

within Florida, operate a business and have an office in Florida, and have committed a tortious act within this state.

26.     More specifically, with regard to Gallagher and Stewart, they are residents of the State of Florida.

27.     With respect to Gallagher-Clifton and Timeshare Owners Relief, they are both limited liability companies organized and existing under the laws of the State of Florida and actually operating in the State of Florida.

28.     With respect to Resort Legal Team, Resort Legal Team conspires with the other Defendants to execute its scheme and, as part of this conspiracy, Resort Legal Team forwards unsuspecting and unwitting consumers to Gallagher, Stewart, and Gallagher-Clifton in the State of Florida and therefore has systemic contacts with the State of Florida.

29.     Moreover, Resort Legal Team operates a website that is accessible to residents of the State of Florida and involves the repeated transmission of electronic files and information into and out of the State of Florida on a regular and systemic – and not limited – basis.

30.     Finally, Resort Legal Team's activities with respect to Wyndham are directed at Wyndham, which is located in the State of Florida, and designed to interfere in, and cause the breach of, contracts with payment obligations, where the payments are made to Wyndham in the State of Florida.

31.     The Court's exercise of personal jurisdiction over Resort Legal Team would not offend the traditional notions of fair play and substantial justice.  Therefore, the Court has personal jurisdiction over Resort Legal Team.

WPBDOCS 9871662 3

### v.    Venue

32.    Venue is proper in the Middle District of Florida pursuant to 28 U.S.C. §1391 because, as described herein, a substantial part of the events giving rise to Plaintiffs' claims occurred in Florida, and a portion of Defendants' conduct giving rise to the claims set forth herein (specifically, both their marketing activities and their repeated sending of letters to Wyndham in Orlando, Florida) occurred in this District.  Moreover, in non-patent cases,[3] 28 U.S.C. § 1391(d) states that in multi-district states (such as Florida), a corporate defendant "shall be deemed to reside in any district in that State within which its contacts would be sufficient to subject it to personal jurisdiction…"  Because Defendants direct substantial activity into the Middle District of Florida, they would be subject to personal jurisdiction in this district, and venue is proper.

### vi.    Conditions Precedent, Attorney's Fees

33.    All conditions precedent to the bringing and maintenance of this action have been performed, were waived, would be futile if attempted, or have otherwise been satisfied or occurred.

34.    Wyndham has retained the services of the undersigned lawyers to represent it in this matter and have obligated themselves to pay reasonable attorneys' fees, which fees are recoverable against Defendants pursuant to 15 U.S.C. § 1117 and Fla. Stat. § 501.2105.

### C.    Wyndham's Timeshare Business

35.    Wyndham devotes substantial resources to advertising and other marketing promotions in an effort to maintain and enhance the value of their established and famous brands.

---

[3] That is, cases where 28 U.S.C. § 1400 is inapplicable.

36.     As part of its business, WVR, WRDC and SV enter into valid and binding Timeshare Contracts with Wyndham Owners.  At the time that Wyndham Owners purchase timeshares from WVR, WRDC, and/or SV, the Wyndham Owners execute Contracts for Purchase and Sale wherein the Wyndham Owners agree to pay an amount certain for the timeshare interest, as well as maintenance and/or annual fees to Wyndham for the upkeep of the timeshare units and common areas of the timeshare properties. In addition, Wyndham Owners agree to pay a pro-rated share of the property taxes to Wyndham, which is then submitted by Wyndham to the appropriate local tax collectors.  Often, if a purchaser desires mortgage financing, they may apply for a mortgage, and after approval, may execute a Promissory Note and Mortgage, which are referenced and incorporated in the Purchase Agreement.  These Timeshare Contracts are legally binding contracts and, after the passage of a statutory rescission period, cannot be unilaterally rescinded without Wyndham's express agreement.

37.     Recognizing that some Wyndham Owners may desire to gracefully exit their timeshare obligations, or may have a need to do so, Wyndham has created the Ovation program, which allows Wyndham Owners to terminate their Timeshare Contracts if they meet certain conditions.

### D.     **Defendants' Scheme**

38.     Defendants falsely and misleadingly advertise a 'guaranteed' ability to 'terminate' or 'cancel' timeshare contracts, including the Timeshare Contracts, on behalf of consumers, including Wyndham Owners.

39.     Defendants possess no such ability.

40.     Instead, what Defendants do is take large, up-front fees from consumers and then do little or nothing on their behalf other than directing the consumer to stop making payments to

- 9 -

their timeshare developers, eventually causing the consumer to default on their timeshare obligations, resulting in foreclosure and substantial harm to by the consumer and the timeshare developer.

41.    Defendants can be broken into three discreet groups: (1) the marketing companies that solicit the consumers and refer them to (2) the fake law firms; and (3) the individuals who oversee and control the overall scheme.

### i.    The Marketing Companies

42.    In this particular scheme, Timeshare Owners Relief and Resort Legal Team are the marketing companies that engage in false and/or misleading advertising designed to lure customers into the scheme.   Timeshare Owners Relief and Resort Legal Team engage in substantive deceptive and/or misleading marketing activity and then demand substantial, up-front payments from consumers, including Wyndham Owners.

### a.    Timeshare Owners Relief

43.    As part of the 'services' Timeshare Owners Relief allegedly provides, Timeshare Owners Relief instructs Wyndham Owners to cease making payments under their Timeshare Contracts to Wyndham.

44.    Timeshare Owners Relief has no legitimate basis for instructing Wyndham Owners to cease making payments under the Timeshare Contracts.   Timeshare Owners Relief instructs or implies to Wyndham Owners to stop making payment under their Timeshare Contracts with the purpose of causing the Wyndham Owners to default on their Timeshare Contracts, which will cause a foreclosure of the Timeshare Contracts.   Timeshare Owners Relief will then tell the Wyndham Owner that Timeshare Owners Relief was "successful" in "cancelling" the Timeshare Contract when, in reality, the interest was foreclosed upon, a result

- 10 -

any consumer could obtain for free by simply refusing to make payments due under the Timeshare Contract.

45. Additionally, directing Wyndham Owners to cease making payments to Wyndham serves two additional goals: (1) it diverts the stream of payments owed to Wyndham from Wyndham to Timeshare Owners Relief, and (2) Timeshare Owners Relief justifies its fees by telling Wyndham Owners they are saving money by not having to pay Wyndham.

46. Timeshare Owners Relief also instructs the Wyndham Owners to have no contact with Wyndham, falsely stating that doing so will facilitate the "exit" process. In reality, Timeshare Owners Relief instructs Wyndham Owners to have no contact with Wyndham to prevent the Wyndham Owner from learning the truth about the status of their account (i.e., that it is going into foreclosure).

        **b.**     **Resort Legal Team**

47. As part of the 'services' Resort Legal Team allegedly provides, Resort Legal Team instructs Wyndham Owners to cease making payments under their Timeshare Contracts to Wyndham.

48. Resort Legal Team has no legitimate basis for instructing Wyndham Owners to cease making payments under the Timeshare Contracts. Resort Legal Team instructs or implies to Wyndham Owners to stop making payment under their Timeshare Contracts with the purpose of causing the Wyndham Owners to default on their Timeshare Contracts, which will cause a foreclosure of the Timeshare Contracts. Resort Legal Team will then tell the Wyndham Owner that Resort Legal Team was "successful" in "cancelling" the Timeshare Contract when, in reality, the interest was foreclosed upon, a result any consumer could obtain for free by simply refusing to make payments due under the Timeshare Contract.

- 11 -

49.     Additionally, directing Wyndham Owners to cease making payments to Wyndham serves two additional goals: (1) it diverts the stream of payments owed to Wyndham from Wyndham to Resort Legal Team, and (2) Resort Legal Team justifies its fees by telling Wyndham Owners they are saving money by not having to pay Wyndham.

50.     Resort Legal Team also instructs the Wyndham Owners to have no contact with Wyndham, falsely stating that doing so will facilitate the "exit" process. In reality, Resort Legal Team instructs Wyndham Owners to have no contact with Wyndham to prevent the Wyndham Owner from learning the truth about the status of their account (i.e., that it is going into foreclosure).

### ii.     The Fake Law Firm

51.     Timeshare Owners Relief and Resort Legal Team then refer or otherwise forward the Wyndham Owners to Gallagher-Clifton. A list of Wyndham Owners that have been forwarded to Gallagher-Clifton from Timeshare Owners Relief and/or Resort Legal Team (and/or potentially other, as yet unknown third-parties) is annexed hereto as Exhibit 5.

52.     Gallagher-Clifton is an integral part of Defendants' scheme without which the scheme would not function. Because Timeshare Owners Relief and Resort Legal Team advertise "legal" solutions and the involvement of lawyers, Timeshare Owners Relief and Resort Legal Team need a law firm, or a company that appears to be a law firm, in order to carry out their scheme. Gallagher-Clifton fulfills that role.

53.     Gallagher-Clifton is not actually a law firm; it is a limited liability company that is owned, at least in part, by non-lawyers, including Stewart.

54.     While Gallagher is a lawyer, he is not licensed to practice law in the State of Florida, the location of Gallagher-Clifton. While Gallagher claims to have his own law firm –

The Gallagher Firm – there is no such company registered to do business with the State of Florida and 'The Gallagher Firm' shares an address (4641 Gulfstarr Drive, Suite 102, Destin, Florida) and a facsimile number (954-337-3242) with Gallagher-Clifton. Therefore, 'The Gallagher Firm' is in reality nothing more than an alternative name for Gallagher-Clifton.

55.     Gallagher-Clifton fulfills a critical role in Defendants scheme for two reasons. First, it furthers the lies of Timeshare Owners Relief and Resort Legal Team that they are providing 'legal' solutions and that there are 'lawyers' working on behalf of consumers, including Wyndham Owners.

56.     Second, Gallagher-Clifton completes the isolation of the Wyndham Owner from Wyndham to prevent the Wyndham Owner from discovering the truth of what is happening to them. Gallagher-Clifton refers to Wyndham Owners as "clients" and directing Wyndham to contact Gallagher-Clifton, and not the Wyndham Owner, going forward. Thus, Wyndham is prohibited from communicating directly with the Wyndham Owner, and the Wyndham Owner has been told not to communicate with Wyndham, effectively prohibiting the Wyndham Owner from learning the truth that their account is going into foreclosure. In fact, Resort Legal Team specifically advertises this as part of its "process":

## 3. The Process
- Cease and Desist is sent to the Timeshare Developer.
- Timeshare developer can NO LONGER contact you!
- Demand letters sent for cancellation & any possible money back. [4]

---

[4] http://www.resortlegalteam.com/ (last accessed Feb. 18, 2019).

### iii. The Individuals

57.     The overall scheme is directed by two individuals: Stewart and Gallagher.

58.     Stewart directs the activities of Timeshare Owners Relief and Gallagher-Clifton and directly participates in those activities, including, without limitation, solicitation of Wyndham Owners, as demonstrated in greater detail hereinbelow.

59.     Gallagher directly participates in and directs the activities of Gallagher-Clifton, including, without limitation, the signing of the letters sent by Gallagher-Clifton to Wyndham which, as set forth hereinabove, are necessary for Defendants to execute their scheme. Representative samples of these letters are annexed hereto as Composite Exhibit 6.

### E.     Defendants' False and Misleading Advertising

60.     Defendants' scheme is predicated upon false and/or misleading advertisement that is designed to lure consumers, including Wyndham Customers, into Defendants' scheme.

### i.     Timeshare Owners Relief's Advertisements

61.     Timeshare Owners Relief primarily advertises through its website (www.timeshareownersrelief.com), which has been deactivated. Copies of archived portions of this website are previously annexed hereto as Exhibit 2 and 3.

62.     Timeshare Owners Relief makes the following false and/or misleading advertisements on its website:

a)

» Low Cost, Flat Rate, No Haggle Fees
» Children Won't Inherit
» Guaranteed Low Prices
» 100% Money Back Guarantee
» Stop Annual Fees
» Cancel Timeshare Mortgages Too

- 14 -

Case 6:19-cv-00476-GAP-TBS Document 1 Filed 03/13/19 Page 15 of 31 PageID 15

This advertisement is false and/or misleading because the "100% Money Back Guarantee" is illusory as Timeshare Owners Relief considers a foreclosure to be a form of "exit" and will refuse to refund money to consumers who have been foreclosed upon.

b)

Our system is the easiest and most affordable way to get rid of your timeshare. We have created a risk-free solution to all of your timeshare troubles, backed by our 100% money-back guarantee. Cancelling your timeshare shouldn't be difficult, it shouldn't be expensive, and it shouldn't be risky.

This advertisement is false and/or misleading because Timeshare Owners Relief does not have a "system" and their actions – causing defaults of contracts – is not "risk-free". This advertisement also repeats the "100% money-back guarantee" statement, which is false and/or misleading as set forth hereinabove.

WPBDOCS 9871662 3

c)

**1. Who does Timeshare Owners Relief, LLC provide Timeshare Relief for?**

Our program is for timeshare owners who:

» Are unable to use their timeshare

» Who are concerned about their inability to sell their timeshare through a listing company

» Have been overwhelmed by unexpected increasing Maintenance Fees and Special Assessments

» Are worried about their loved ones inheriting their timeshare and all the fees that go along with it.

» Have become increasingly frustrated with Exchange Companies

» Are looking for more affordable vacation options

» Are widowed, divorced, or simply can no longer travel with their loved ones

» Don't use their timeshare as much as they had originally intended

» No longer able to travel

» Searching for a way out for any reason

This advertisement is false and/or misleading because it states a variety of bases that are not valid grounds for cancellation of a contract such as a Timeshare Contract, for example, "[s]earching for a way out *for any reason*" (emphasis supplied) is not a valid legal argument for termination of a valid and binding contract.

d)

**3. Can Timeshare Owners Relief, LLC help me?**

Timeshare Owners Relief, LLC offers solutions designed to help timeshare owners who no longer use their timeshare, or are interested in eliminating the financial burden of ever increasing fees. Our solutions are also meant to help those who would like to avoid passing ownership of their timeshare, and it's financial burden, on to their children. Whether you currently own your timeshare, or have a mortgage on the property, Timeshare Owners Relief, LLC can help you. To find out how, please call one of our Timeshare Relief experts at 1-800-971-8081 and they can assess your individual situation and help find the best solution for you and your family.

- 16 -

This advertisement is false and/or misleading for the same reasons set forth in subparagraph c, *supra*.

e)

**8. How does Timeshare Owners Relief, LLC help me get rid of my timeshare?**

Timeshare Owners Relief, LLC works with professionally licensed, bonded and insured title agencies to remove your name from the timeshare deed. Depending on the specific property, the title may be transferred via a deed, club membership, lease, assignment, or as required by the covenants, conditions, or restrictions listed in documents governing the resort ownership program.

This advertisement is false and/or misleading because not only is this *not* how Timeshare Owners Relief conducted business, but, even if they did use "professional licensed, bonded and insured title agents", doing so would have no impact on a timeshare mortgage while Timeshare Owners Relief specifically advertises that they work with consumers with mortgages.

63.     The advertisements set forth in Paragraphs 4, 6, and 62, and Exhibit 6, will hereinafter be referred to as the "Timeshare Owners Relief False And Misleading Advertisements".

**ii.     Resort Legal Team's Advertisements**

64.     Resort Legal Team advertises both through its website (www.resortlegalteam.com) and through direct-to-consumer mailers. A copy of the Resort Legal Team website is annexed hereto as Exhibit 7 while a copy of one of their direct-to-consumer mailers is annexed hereto as Exhibit 8.

65.     Resort Legal Team makes the following false and/or misleading advertisements on its website:

- 17 -

a)

**Our specialists are well informed in all aspects of the industry and are legally bound to give you honest information about your particular situation and to show you what your best options are, including matching you with an attorney who will be retained on your behalf.**

**The attorneys specialize in timeshare law and have successfully released thousands of timeshare owners from unwanted timeshare contracts.**

This advertisement is false and/or misleading because, while Resort Legal Team may, in some instances, refer a Wyndham Owner to an attorney, that attorney is not actually acting as the attorney for the Wyndham Owner.

b)

**Our specialists ascertain exactly the best approach for you to build the case, collecting information about your own personal experience with the timeshare purchase, starting from when you first were sold the timeshare, through how often they tried to upgrade you, to the actual availability and quality of the timeshare itself and whether or not you felt lied to in any part of the process.**

This advertisement is false and/or misleading because Resort Legal Team engages in form work, simply using the same strategy (forcing a foreclosure and hoping Wyndham will negotiate along the way) for all Wyndham Owners.

c)



☑ Was your presentation longer than the time promised?

☑ Were you told that you must buy today because the price will be more tomorrow?

☑ Were you not given the time to review the timeshare contract before signing?

☑ Were you not told the full extent of the debt you were incurring with interest charges?

☑ Were you told your timeshare is a great investment and would increase in value and could be sold for profit?

☑ Do you feel trapped in your timeshare because the resort will not take it back or you can't sell it?

*If you answered yes to ANY of the above questions, you may be a victim of fraud and deceptive sales practices.*

- 18 -

## The Qualification

**What qualifies for fraud or deceptive sales practices?** ⊖

❑ Was your presentation longer than the time promised?

❑ Were you told that you must buy today because the price will be more tomorrow?

❑ Were you not given the time to review the timeshare contract before signing?

❑ Were you not told the full extent of the debt you were incurring with interest charges?

❑ Were you told your timeshare is a great investment and would increase in value and could be sold for profit?

❑ Do you feel trapped in your timeshare because the resort will not take it back or you can't sell it?

If you answered yes to ANY of the above questions, you may be a victim of fraud and deceptive sales practices.

These advertisements are false and/or misleading because "feel[ing] trapped in your timeshare" is a subjective feeling and certainly does not rise to the level of "be[ing] a victim of fraud and deceptive sales practices" and is not a valid basis for terminating a legally binding and enforceable contract.

d)

## 1. The Experts

- No Risk/Free Consultation with Specialist
- You retain an Attorney with years of experience specializing in Timeshare Law
- 100% Success or your Money Back by Resort Legal Team

This advertisement is false and/or misleading as Resort Legal Team does not actually refund any monies to consumers as it considers a foreclosure to be a "success".

e)

## 2. The Case

- Details about your experience with the timeshare are gathered.
- Documents, notices & contracts are collected.
- Your attorney builds your case and is there for any questions along the way.

- 19 -

WPBDOCS 9871662 3

This advertisement is false and/or misleading as Resort Legal Team forwards "cases" to non-lawyers whom it passes off as lawyers, such as Stewart.

f)

**Are there any timeshare contracts with any timeshare developers that you cannot help me cancel?** 

No.  There are no timeshare contracts with any timeshare developers we can't 100% guarantee release from.  As long as your contract hasn't gone into foreclosure, we can help!

This advertisement is false and/or misleading because Resort Legal Team "100% guarantee[s]" it can obtain a "release from" *any* timeshare contract from *any* developer, which is an impossibility as Resort Legal Team has caused Wyndham Owners to go into foreclosure.

66.     The advertisements set forth in Paragraphs 64, and Exhibits 7 and 8, will hereinafter be referred to as the "Resort Legal Team False And Misleading Advertisements".

### iii.     The False and Misleading Advertisements Deceive Consumers

67.     The various advertisements set forth hereinabove have the capacity to deceive, and indeed have deceived the consuming public, including Wyndham Owners.

68.     The Timeshare Owners Relief False And Misleading Advertisements have actually deceived Wyndham Owners, as shown in the consumer complaints annexed hereto as Exhibit 9.

69.     The Resort Legal Team False And Misleading Advertisements have actually deceived Wyndham Owners, as shown in the declaration annexed hereto as Exhibit 10.

### COUNT I
**Violation of the Lanham Act, 15 U.S.C. § 1125(a)(1)**
(Against Timeshare Owners Relief and Stewart)

70.     Wyndham adopts and realleges paragraphs 1 through 46, 57 through 63, and 67 through 69 as if fully set forth herein.

- 20 -

71.     This is an action for violation of the Lanham Act, 15 U.S.C. § 1125(a)(1).

72.     Timeshare Owners Relief willfully, deliberately, and egregiously made false or misleading statements of fact in its commercial advertisements and intended to mislead consumers.  The statements described above and incorporated herein, more specifically the Timeshare Owners Relief False and Misleading Advertisements, were literally false, either on their face or by necessary implication, as set forth hereinabove.

73.     Stewart directed and controlled the Timeshare Owners Relief False and Misleading Advertisements.

74.     The Timeshare Owners Relief False and Misleading Advertisements were commercial speech made by a defendant acting in competition to Wyndham by trying to interfere with Wyndham's business relationships for Timeshare Owners Relief's and Stewart's own financial gain, for the purpose of influencing consumers to retain their services, and were disseminated sufficiently to the timeshare owning public to constitute advertising or promotion within the timeshare industry

75.     Defendants' false or misleading statements either deceived or had the capacity to deceive a substantial segment of the consuming public.

76.     Defendants' deception is material, in that it is likely to influence the consumers' decisions whether to retain Defendants' services or to cease making payments to Wyndham or utilize the Ovation Program, which is available to assist Wyndham Owners who may wish to legitimately terminate their timeshare ownership with Wyndham

77.     Defendants' advertised services affect interstate commerce.

78.     Defendants are operating as competitors to Wyndham.  Once a Wyndham Owner enters into an agreement with Timeshare Owners Relief, the sole purpose of that agreement is to

cause that Wyndham Owner to withdraw his or her business from Wyndham, effectively converting that individual from a Wyndham Owner to a customer of Timeshare Owners Relief and Stewart.

79.     Wyndham has been and continues to be injured as a result of Defendants' false and misleading statements.

80.     Pursuant to 15 U.S.C. § 1117, Wyndham is entitled to recover (i) its actual damages sustained as a result of the false advertising, (ii) Defendants' profits resulting from their false advertising to Wyndham Owners, and (iii) the costs of the action.

81.     Pursuant to 15 U.S.C. § 1116, Wyndham seeks an injunction upon such terms as the Court may deem reasonable, to prevent further violations by Defendants of 15 U.S.C. 1125(a).

## COUNT II
### Violation of the Lanham Act, 15 U.S.C. § 1125(a)(1)
(Against Resort Legal Team)

82.     Wyndham adopts and realleges paragraphs 1 through 42, 47 through 50, 60, and 64 through 69 as if fully set forth herein.

83.     This is an action for violation of the Lanham Act, 15 U.S.C. § 1125(a)(1).

84.     Resort Legal Team willfully, deliberately, and egregiously made false or misleading statements of fact in its commercial advertisements and intended to mislead consumers. The statements described above and incorporated herein, more specifically the Resort Legal Team False and Misleading Advertisements, were literally false, either on their face or by necessary implication, as set forth hereinabove.

85.     The Resort Legal Team False and Misleading Advertisements were commercial speech made by a defendant acting in competition to Wyndham by trying to interfere with Wyndham's business relationships for Resort Legal Team's own financial gain, for the purpose

of influencing consumers to retain their services, and were disseminated sufficiently to the timeshare owning public to constitute advertising or promotion within the timeshare industry

86.    Defendant's false or misleading statements either deceived or had the capacity to deceive a substantial segment of the consuming public.

87.    Defendant's deception is material, in that it is likely to influence the consumers' decisions whether to retain Defendant's services or to cease making payments to Wyndham or utilize the Ovation Program, which is available to assist Wyndham Owners who may wish to legitimately terminate their timeshare ownership with Wyndham

88.    Defendant's advertised services affect interstate commerce.

89.    Defendant is operating as a competitor to Wyndham.  Once a Wyndham Owner enters into an agreement with Resort Legal Team, the sole purpose of that agreement is to cause that Wyndham Owner to withdraw his or her business from Wyndham, effectively converting that individual from a Wyndham Owner to a customer of Resort Legal Team.

90.    Wyndham has been and continues to be injured as a result of Defendant's false and misleading statements.

91.    Pursuant to 15 U.S.C. § 1117, Wyndham is entitled to recover (i) its actual damages sustained as a result of the false advertising, (ii) Defendant's profits resulting from their false advertising to Wyndham Owners, and (iii) the costs of the action.

92.    Pursuant to 15 U.S.C. § 1116, Wyndham seeks an injunction upon such terms as the Court may deem reasonable, to prevent further violations by Defendant of 15 U.S.C. 1125(a).

## COUNT III
### Contributory False Advertising in Violation of 15 U.S.C. § 1125(a)(1)
(Against Gallagher, Stewart, and Gallagher-Clifton)

WPBDOCS 9871662 3

93.     Wyndham adopts and realleges paragraphs 1 through 69, 71 through 79, and 83 through 90 as if fully set forth herein.

94.     This is an action for a contributory violation of the Lanham Act, 15 U.S.C. § 1125(a)(1).

95.     Timeshare Owners Relief, Resort Legal Team, and Stewart willfully, deliberately, and egregiously made false or misleading statements of fact in their commercial advertisements and intended to mislead consumers.  The statements described above and incorporated herein were literally false, either on their face or by necessary implication, as set forth hereinabove.

96.     Wyndham has been and continues to be injured as a result of these false and misleading statements.

97.     Gallagher, Stewart, and Gallagher-Clifton have contributed and continue to contribute to this false advertising by knowingly inducing or causing the conduct, or by materially participating in it by providing a necessary element of the false and misleading advertising.

98.     Gallagher, Stewart, and Gallagher-Clifton explicitly or implicitly encourage the false advertising because they permit Defendants to advertise "legal services" and promote Gallagher, Stewart, and Gallagher-Clifton as providing these "legal services" to Wyndham Owners, who are deceived into believing that they are receiving legal representation when they are, in fact, not.

99.     The Timeshare Owners Relief False And Misleading Advertisements, and the Resort Legal Team False And Misleading Advertisements (collectively the "False Advertisements") are public, serious, and widespread, and Gallagher, Stewart, and Gallagher-Clifton have full knowledge of such advertising and condone it, enable it, and participate in it.

- 24 -

100.     Gallagher, Stewart, and Gallagher-Clifton financially benefit from the False Advertisements in the form of client referrals and fee splitting with Timeshare Owners Relief and Resort Legal Team, which each pass a portion of the fees they take from Wyndham Owners to Gallagher, Stewart, and Gallagher-Clifton.

101.     The revenue generated by Gallagher, Stewart, and Gallagher-Clifton from Wyndham Owners is derived entirely through their reliance on the False Advertisements.

102.     Pursuant to 15 U.S.C. § 1117, Wyndham is entitled to recover (i) its actual damages sustained as a result of the False Advertisements, (ii) Defendants' profits resulting from the false advertising to Wyndham Owners, and (iii) the costs of the action.

103.     Pursuant to 15 U.S.C. § 1116, Wyndham seeks an injunction upon such terms as the Court may deem reasonable, to prevent further contributory violations by Defendants of 15 U.S.C. 1125(a).

## COUNT IV
### Tortious Interference with Contractual Relations
(Against All Defendants)

104.     Wyndham adopts and realleges paragraphs 1 through 69 as if fully set forth herein.

105.     This is a cause of action for tortious interference with contractual relations against Defendants.

106.     Wyndham has contractual relationships with Wyndham Owners through the Timeshare Contracts.

107.     Defendants have actual, constructive, and/or specific knowledge of the contractual relationships between Wyndham and the Wyndham Owners. The very fact that Wyndham have a business relationship with the Wyndham Owners is the basis upon which

- 25 -

Defendants sought to establish a relationship with the Wyndham Owners. Indeed, if it were not for the existence of the contractual relationships between Wyndham and the Wyndham Owners, Defendants would have no reason to market their "timeshare cancellation service".

108.    Defendants, through various inter-related entities as described hereinabove, have successfully solicited Wyndham Owners and caused or induced them to breach and/or terminate their contractual relationships with WVR, WRDC, and/or SV.

109.    In particular, Defendants have intentionally procured the breach of Wyndham's contractual relationships by soliciting Wyndham Owners and persuading them to hire Defendants to help "cancel" (in reality, breach) their Timeshare Contracts. Defendants also procure breaches by directly instructing Wyndham Owners to stop paying their timeshare loans and maintenance fees and/or engaging in improper transfers.

110.    If Wyndham Owners knew the truth about Defendants' illusory services or about how Defendants' actions would adversely impact them, they would not pay exorbitant fees to Defendants nor unlawfully terminate (through breach resulting in foreclosure) their timeshare interests.

111.    Defendants have utilized improper and/or illegal means to interfere with Plaintiffs' contractual relations.

112.    Defendants' actions were done with an improper motive and not made in good faith, but rather were made with the knowledge and predominant purpose to injure Wyndham or with reckless disregard for the attendant consequences naturally, directly, and proximately resulting from Defendants' actions and without reasonable grounds for Defendants to believe that their actions were justified and proper.

- 26 -

113.     As a direct and proximate result of Defendants' intentional misconduct, Wyndham Owners have terminated, or have baselessly sought to terminate, their contractual relationships with Plaintiffs and, more specifically, WVR, WRDC, and/or SV, before the expiration of the terms of those contracts.  These terminations, and attempted terminations, also interfere with Wyndham's ability to enter into subsequent transactions with those same Wyndham Owners.

114.     Defendants did not and do not have any justification or privilege in procuring the breach of such contractual relationships, as Defendants are strangers to the contractual relationships between Wyndham and its Owners, and their interference with Wyndham's business is willful and malicious.

115.     Furthermore, Defendants profits greatly by advertising their "timeshare cancellation service" as legal representation and thereby receiving significant "fees" from Wyndham Owners.

116.     As a direct and proximate result of the foregoing, Plaintiffs suffered economic damages arising from Wyndham Owners' default of their payment obligations under the Timeshare Contracts.

117.     Plaintiffs are entitled to damages against all Defendants jointly and severally.

118.     Defendants' ongoing conduct has caused and, if not permanently enjoined, will continue to cause irreparable harm to Wyndham in the disruption of customer and other contractual relations; therefore, Wyndham does not have an adequate remedy at law.

119.     Defendants' conduct is intentional and willful and entitles Plaintiffs to an award of punitive damages

## <u>COUNT V</u>
**Civil Conspiracy to Commit Tortious Interference with Contractual Relations**
(Against All Defendants)

- 27 -

120.     Wyndham adopts and realleges paragraphs 1 through 69 as if fully set forth herein.

121.     This is a cause of action for civil conspiracy, wherein Defendants have acted in concert to tortiously interfere with Wyndham's contractual relationships with Wyndham Owners.

122.     Defendants are parties to this civil conspiracy.  Defendants have a common design to interfere with Wyndham's contractual relationships with Wyndham Owners, each Defendant having the intent, and knowledge of the others' intent, to accomplish by concerted action unlawful purposes and/or lawful purposes by unlawful means.

123.     Defendants have committed various overt acts in furtherance of their conspiracy, including but not limited to, wrongfully soliciting Wyndham Owners through false statements and misrepresentations regarding Defendants' "timeshare cancellation service", misleading Wyndham Owners about the nature of their timeshare interest, soliciting Wyndham Owners to terminate or cancel their Timeshare Contracts with Wyndham, and inducing Wyndham Owners to stop making payments related to their timeshare interest.

124.     Defendants have made agreements to perform separate aspects of this conspiracy in concert, and then divide the compensation generated from this scheme among the Defendants.

125.     Defendants' civil conspiracy has a particularly powerful and coercive effect in that Stewart, who is not a lawyer, Gallagher, who is a lawyer but is not actually representing Wyndham Owners as an attorney, and Gallagher-Clifton, which is not a law firm, directly and indirectly (through Timeshare Owners Relief and Resort Legal Team) solicit Wyndham Owners by stating they are providing legal services when they are in fact not.

- 28 -

126.    Defendants thus operate under the imprimatur of a law firm, while unlawfully evading ethical standards and Rules Regulating the Florida Bar which would limit the direct solicitation of Wyndham Owners as well as preclude the sharing of legal fees with non-lawyers.

127.    As a direct and proximate result of Defendants' acts, Wyndham has suffered economic losses, including damages arising from defaults under the Timeshare Contracts to which Defendants have interfered.  Wyndham has suffered these losses in the past, and will continue to suffer such losses in the future.

### COUNT VI
**Violation of Florida's Deceptive and Unfair Trade Practices Act – Injunctive Relief Only**
(Against All Defendants)

128.    Wyndham adopts and realleges paragraphs 1 through 69 and 100 as if fully set forth herein.

129.    This is a cause of action for violation of §501.201 et seq., Florida's Deceptive and Unfair Trade Practices Act ("FDUPTA").

130.    Timeshare Owners Relief and Resort Legal Team, by advertising, soliciting, offering, and providing its timeshare cancellation scheme to timeshare customers, are engaged in "trade or commerce" as defined under §501.203(8), Fla. Stat

131.    Timeshare Owners Relief and Resort Legal Team have intentionally engaged in deceptive and unfair trade practices in violation of §501.204(1), Fla. Stat. by soliciting Wyndham Owners through false and misleading advertising and marketing materials, including but not limited to, the False Advertisements.

132.    Gallagher-Clifton has participated in the deceptive and unfair trade practices by enabling and participating in the activities of Timeshare Owners Relief and Resort Legal Team.

- 29 -

133.     Stewart and Gallagher are vicariously liable for the actions and/or omissions of their employees and agents in engaging in these unfair and deceptive trade practices

134.     Defendants have willfully engaged in said practices for their own commercial advantage when they knew that such practices were unfair, misleading, false, and/or deceptive to Wyndham and Wyndham's Owners.

135.     As a direct and proximate result of Defendants' unfair and deceptive trade practices, Wyndham has suffered economic losses.

136.     Wyndham's losses will increase unless Defendants are permanently enjoined from continuing their deceptive and unfair business practices.

137.     Wyndham is entitled to recover its attorney's fees and costs from Defendants under Sections 501.2105 and 501.211, Fla. Stat.

**Prayer for Relief**

Wherefore, Wyndham respectfully requests the Court enter Final Judgment in its favor and against the Defendants, jointly and severally, for the following:

a)   preliminary injunctive relief as to Counts I through VI;

b)   permanent injunctive relief as to Counts I through VI;

c)   actual damages as to Counts I through V, including, without limitation, disgorgement of profits;

d)   corrective advertising;

e)   treble damages as to Counts I through III;

f)   attorneys' fees;

g)   costs;

h)   pre- and post- judgment interest; and

- 30 -

i)   such other and further relief as the Court deems appropriate.

Dated: March 11, 2019

<div style="margin-left: 40%;">

*/s/ Alfred J. Bennington, Jr.*
**ALFRED J. BENNINGTON, JR., ESQ.**
Florida Bar No. 0404985
bbennington@shutts.com
**GLENNYS ORTEGA RUBIN, ESQ.**
Florida Bar No. 556361
grubin@shutts.com
**SHUTTS & BOWEN LLP**
300 South Orange Avenue, Suite 1600
Orlando, Florida 32801
Telephone: (407) 835-6755
Facsimile:  (407) 849-7255

and

**DANIEL J. BARSKY, ESQ.**
Florida Bar No. 25713
dbarsky@shutts.com
**SHUTTS & BOWEN LLP**
200 South Biscayne Boulevard, Suite 4100
Miami, Florida 33131
Telephone: (561) 650-8518
Facsimile:  (561) 822-5527

*Attorneys for Plaintiffs*

</div>

WPBDOCS 9871662 3

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC., WYNDHAM DEVELOPMENT CORPORATION, SHELL VACATIONS, LLC, SVC-WEST, LLC, et al.

**DEFENDANTS**
CHARLES E. GALLAGHER, ESQ., WILLIAM P. STEWART JR, A/K/A PAUL STEWART A/K/A BILL STEWART, GALLAGHER-CLIFTON, LLC A/K/A THE GALLAGHER FIRM, et al.

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Alfred J. Bennington, Jr., Esq., Glennys Ortega Rubin, Esq., Daniel J. Barsky, Esq., Shutts & Bowen LLP, 300 S. Orange Avenue, Suite 1600, Orlando, Florida 32801, (407) 835-6755

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☒ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Lanham Act 15 U.S.C. 1125(a)(1)
Brief description of cause:
False advertising, tortious interference, Florida Deceptive and Unfair Trade Practice

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
DEMAND $ 15,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE
March 11, 2019

SIGNATURE OF ATTORNEY OF RECORD
/s/ Alfred J. Bennington, Jr.

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**    **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   **(b)**    **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   **(c)**    **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**    **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked**.** (See Section III below**; NOTE: federal question actions take precedence over diversity cases.**)

**III.**    **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**    **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.**    **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket. **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**    **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.**    **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**    **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

|  |  |
|---|---|
| WYNDHAM VACATION OWNERSHIP, INC., a Delaware corporation; WYNDHAM VACATION RESORTS, INC.; a Delaware corporation, WYNDHAM RESORT DEVELOPMENT CORPORATION, an Oregon Corporation; SHELL VACATIONS, LLC, an Arizona limited liability company; SVC-WEST, LLC, a California limited liability company; SVC-AMERICANA, LLC, an Arizona limited liability company; and SVC-HAWAII, LLC, a Hawaii limited liability company, | CASE NO.: |
|       Plaintiffs, |  |
| v. |  |
| CHARLES E. GALLAGHER, ESQ., an individual; WILLIAM P. STEWART JR/ a/k/a PAUL STEWART a/k/a BILL STEWART, an individual; GALLAGHER-CLIFTON, LLC a/k/a The Gallagher Firm, a Florida limited liability company; TIMESHARE OWNERS RELIEF, LLC, f/k/a Timeshare Solutions, LLC a Florida limited liability company; and RESORT LEGAL TEAM, INC., a Nevada corporation, |  |
|       Defendants. |  |

## EXHIBIT 1



## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| WYNDHAM VACATION OWNERSHIP, INC., a Delaware corporation; WYNDHAM VACATION RESORTS, INC.; a Delaware corporation, WYNDHAM RESORT DEVELOPMENT CORPORATION, an Oregon Corporation; SHELL VACATIONS, LLC, an Arizona limited liability company; SVC-WEST, LLC, a California limited liability company; SVC-AMERICANA, LLC, an Arizona limited liability company; and SVC-HAWAII, LLC, a Hawaii limited liability company, | CASE NO.: |
|       Plaintiffs, | |
| v. | |
| CHARLES E. GALLAGHER, ESQ., an individual; WILLIAM P. STEWART JR/ a/k/a PAUL STEWART a/k/a BILL STEWART, an individual; GALLAGHER-CLIFTON, LLC a/k/a The Gallagher Firm, a Florida limited liability company; TIMESHARE OWNERS RELIEF, LLC, f/k/a Timeshare Solutions, LLC a Florida limited liability company; and RESORT LEGAL TEAM, INC., a Nevada corporation, | |
|       Defendants. | |

## **EXHIBIT 2**

| | |
|---|---|
| Document title: | Timeshare Owners Relief |
| Capture URL: | http://web.archive.org/web/20180107205623/http://www.timeshareownersrelief.com/ |
| Captured site IP: | 207.241.233.214 |
| Page loaded at (UTC): | Mon, 18 Feb 2019 13:01:23 GMT |
| Capture timestamp (UTC): | Mon, 18 Feb 2019 13:01:43 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 2ef73b1e-a08e-4aa1-9f1e-b11bea5c65f8 |
| User: | sb-mwilson |



Call : 1-800-971-8081
Email : info@timeshareownersrelief.com

# Timeshare Owners Relief, LLC

**GET OUT OF YOUR TIMESHARE NOW GUARANTEED!**



Click For CONSULTATION

| HOME | SERVICES | FAQ'S | OUR GUARANTEE | TESTIMONIALS | CONTACT US |

## Welcome to
### Timeshare Owners Relief, LLC



We are a timeshare relief company that specializes in complete timeshare cancellations. We are not a listing company, nor a deed transfer company. We are not going to sell your timeshare; we are going to cancel it, removing you entirely from the deed, so you will never have to pay another maintenance fee, mortgage payment or special assessment ever again!

Our service not only cancels all future payments and maintenance fees, but also cancels all existing payments and fees. Whether you still owe thousands of dollars on a mortgage, or you just got hit with another increase in maintenance fees, we will cancel those debts and relieve you and your family of any future financial obligations.

Our system will provide you with a cancellation letter directly from your timeshare company confirming that you are no longer responsible for the contractual obligations.

Our system is the easiest and most affordable way to get rid of your timeshare. We have created a risk-free solution to all of your timeshare troubles,



maintenance fee, mortgage payment or special assessment ever again!

Our service not only cancels all future payments and maintenance fees, but also cancels all existing payments and fees. Whether you still owe thousands of dollars on a mortgage, or you just got hit with another increase in maintenance fees, we will cancel those debts and relieve you and your family of any future financial obligations.

Our system will provide you with a cancellation letter directly from your timeshare company confirming that you are no longer responsible for the contractual obligations.

Our system is the easiest and most affordable way to get rid of your timeshare. We have created a risk-free solution to all of your timeshare troubles, backed by our 100% money-back guarantee. Cancelling your timeshare shouldn't be difficult, it shouldn't be expensive, and it shouldn't be risky.

We know what you are going through and we are here to provide you with a guaranteed solution to your timeshare problem. Let us assist you with the cancellation of your timeshare and we will show you why we are the best in the industry.









## Services

» Timeshare Contract Cancellation

» Mortgage Relief

» Past Fee Recovery

» Maintenance Fee Projections

## FAQ's

» Who does Timeshare Owners Relief, LLC provide Timeshare Relief for?

» What does Timeshare Owners Relief, LLC do?

## Testimonials

"Your service was prompt, effective and got the job done – thanks very much!"

- R. Livingston, Nashville, TN

## Contact Us

Timeshare Owners Relief, LLC
122 Seascape Drive , Suite 1607
Destin, FL 32550
Toll Free:1-800-971-8081
Email :
info@timeshareownersrelief.com

Home | Services | FAQ's | Our Guarantee | Testimonials | Contact Us
Copyright © 2015 Timeshare Owners Relief, LLC All Rights Reserved | Sitemap | Website Design By Triad Web Design

## MENU

- Home
- Services
- FAQ's
- Our Guarantee
- Testimonials
- Contact Us

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| WYNDHAM VACATION OWNERSHIP, INC., a Delaware corporation; WYNDHAM VACATION RESORTS, INC.; a Delaware corporation, WYNDHAM RESORT DEVELOPMENT CORPORATION, an Oregon Corporation; SHELL VACATIONS, LLC, an Arizona limited liability company; SVC-WEST, LLC, a California limited liability company; SVC-AMERICANA, LLC, an Arizona limited liability company; and SVC-HAWAII, LLC, a Hawaii limited liability company, | CASE NO.: |

     Plaintiffs,

v.

CHARLES E. GALLAGHER, ESQ., an individual; WILLIAM P. STEWART JR/ a/k/a PAUL STEWART a/k/a BILL STEWART, an individual; GALLAGHER-CLIFTON, LLC a/k/a The Gallagher Firm, a Florida limited liability company; TIMESHARE OWNERS RELIEF, LLC, f/k/a Timeshare Solutions, LLC a Florida limited liability company; and RESORT LEGAL TEAM, INC., a Nevada corporation,

     Defendants.

## EXHIBIT 3

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Our Guarantee : Timeshare Owners Relief |
| Capture URL: | http://web.archive.org/web/20180109095346/http:// www.timeshareownersrelief.com/our-guarantee/ |
| Captured site IP: | 207.241.233.214 |
| Page loaded at (UTC): | Thu, 21 Feb 2019 20:10:05 GMT |
| Capture timestamp (UTC): | Thu, 21 Feb 2019 20:10:51 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 693e4a4b-9f98-4ec4-8bbe-c0112871dc7a |
| User: | sb-dgeary |



## Our Guarantee

Providing transparency in our services is something we take great pride in. When you become our client, you will be assigned a dedicated case manager who will keep you updated throughout every step of the process.

### Payment For Our Services:

Here at Timeshare Owners Relief, LLC we only accept payment from our clients **AFTER** our transfer agreement has been reviewed and signed by both parties. Never allow any company to charge you money prior to you having a written and endorsed agreement in your possession that you clearly understand and you can verify their verbal promises are in writing. As an extra layer of security, we recommend always paying for any type of service-type product with a major credit card as you may have additional protections from your credit card if the company does not perform as promised in writing. Timeshare Owners Relief, LLC only accepts payment by credit card – giving you the peace of mind that you may have extra layers of protection on top of our **100% Money Back Guarantee**.

### We offer a 100% Money Back Guarantee on all our timeshare ownership transfers:

100% Money Back Guarantee

Document title: Our Guarantee : Timeshare Owners Relief
Capture URL: http://web.archive.org/web/20180109095346/http://www.timeshareownersrelief.com/our-guarantee/
Capture timestamp (UTC): Thu, 21 Feb 2019 20:10:51 GMT

Page 1 of 2

## Payment for Our Services:

Here at Timeshare Owners Relief, LLC we only accept payment from our clients **AFTER** our transfer agreement has been reviewed and signed by both parties. Never allow any company to charge you money prior to you having a written and endorsed agreement in your possession that you clearly understand and you can verify their verbal promises are in writing. As an extra layer of security, we recommend always paying for any type of service-type product with a major credit card as you may have additional protections from your credit card if the company does not perform as promised in writing. Timeshare Owners Relief, LLC only accepts payment by credit card – giving you the peace of mind that you may have extra layers of protection on top of our **100% Money Back Guarantee.**

## We offer a 100% Money Back Guarantee on all our timeshare ownership transfers:

100% Money Back Guarantee

## Legal and Permanent Transfer of Ownership:

We guarantee that your timeshare property will be legally and permanently recorded from your name of ownership. If for any reason your legal obligations to the property are not terminated by our office within the timeframe outlined in our Transfer Agreement – you are entitled to 100% of your money back. You will receive a full refund within 10 business days..

100% Money Back Guarantee

## No Future Fees:

We guarantee that once our transfer service has been completed, you will be obligated for no future fees on your previous timeshare ownership. If for any reason you receive an invoice for fees associated with your formerly held property that you are financially obligated for – you are entitled to 100% of your money back. You will receive a full refund.

Our dual-layered guarantee provides a complete protection that very few companies provide. Our clients enjoy the comforts of knowing that their investment in our office is protected by the industry's strongest timeshare transfer guarantee.

## Full Details of These Guarantees are Available in Writing Prior to Any Agreements for Service

## Services

» Timeshare Contract Cancellation

---

» Mortgage Relief

---

» Past Fee Recovery

---

» Maintenance Fee Projections

## FAQ's

» Who does Timeshare Owners Relief, LLC provide Timeshare Relief for?

---

» What does Timeshare Owners Relief, LLC do?

## Testimonials

"Your service was prompt, effective and got the job done – thanks very much!"

- R. Livingston, Nashville, TN

## Contact Us

Timeshare Owners Relief, LLC
122 Seascape Drive , Suite 1607
Destin, FL 32550
Toll Free:1-800-971-8081
Email :
info@timeshareownersrelief.com

Home | Services | FAQ's | Our Guarantee | Testimonials | Contact Us
Copyright © 2015 Timeshare Owners Relief, LLC All Rights Reserved | Sitemap | Website Design By Triad Web Design

MENU

- Home
- Services
- FAQ's
- Our Guarantee
- Testimonials
- Contact Us

---

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

| | |
|---|---|
| WYNDHAM VACATION OWNERSHIP, INC., a Delaware corporation; WYNDHAM VACATION RESORTS, INC.; a Delaware corporation, WYNDHAM RESORT DEVELOPMENT CORPORATION, an Oregon Corporation; SHELL VACATIONS, LLC, an Arizona limited liability company; SVC-WEST, LLC, a California limited liability company; SVC-AMERICANA, LLC, an Arizona limited liability company; and SVC-HAWAII, LLC, a Hawaii limited liability company, | CASE NO.: |
| Plaintiffs, | |
| v. | |
| CHARLES E. GALLAGHER, ESQ., an individual; WILLIAM P. STEWART JR/ a/k/a PAUL STEWART a/k/a BILL STEWART, an individual; GALLAGHER-CLIFTON, LLC a/k/a The Gallagher Firm, a Florida limited liability company; TIMESHARE OWNERS RELIEF, LLC, f/k/a Timeshare Solutions, LLC a Florida limited liability company; and RESORT LEGAL TEAM, INC., a Nevada corporation, | |
| Defendants. | |

## EXHIBIT 4

# 440001846096

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP     ☐ WAIT     ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____     Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



700267501107

12/30/14--01002--008   **25.00

FILED
14 DEC 30 AM 9:39
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

JAN 14 2015
J. BRUCE

EFFECTIVE DATE 01/01/15

# COVER LETTER

TO:     **Registration Section**
        **Division of Corporations**

SUBJECT:   _TIMESHARE SOLUTIONS, LLC_
        <span>Name of Limited Liability Company</span>

The enclosed Articles of Amendment and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

_William P. Stewart_
<span>Name of Person</span>

_Timeshare Owners Relief_
<span>Firm/Company</span>

_122 Seascape Dr. Unit 1607_
<span>Address</span>

_Miramar Beach FL 32550_
<span>City/State and Zip Code</span>

_PAULSTEWARTDESTIN @ gmail.com_
<span>E-mail address: (to be used for future annual report notification)</span>

For further information concerning this matter, please call:

_PAUL STEWART_ at (_850_) _974-1312_
<span>Name of Person            Area Code       Daytime Telephone Number</span>

**FILED**
DEC 30 AM 9:39

Enclosed is a check for the following amount:

☒ $25.00 Filing Fee     ☐ $30.00 Filing Fee &     ☐ $55.00 Filing Fee &     ☐ $60.00 Filing Fee,
                          Certificate of Status       Certified Copy             Certificate of Status &
                                                      (additional copy is enclosed)    Certified Copy
                                                                                  (additional copy is enclosed)

**MAILING ADDRESS:**                          **STREET/COURIER ADDRESS:**
Registration Section                          Registration Section
Division of Corporations                      Division of Corporations
P.O. Box 6327                                 Clifton Building
Tallahassee, FL 32314                         2661 Executive Center Circle
                                              Tallahassee, FL 32301

# ARTICLES OF AMENDMENT
## TO
## ARTICLES OF ORGANIZATION
## OF

_Timeshare Solutions, LLC_

(Name of the Limited Liability Company as it now appears on our records.)

(A Florida Limited Liability Company)

The Articles of Organization for this Limited Liability Company were filed on _12/8/14_ and assigned Florida document number _L14000186696_

This amendment is submitted to amend the following:

**A. If amending name, enter the new name of the limited liability company here:**

_Timeshare Owners Relief, LLC_

The new name must be distinguishable and end with the words "Limited Liability Company," the designation "LLC" or the abbreviation "L.L.C."

**Enter new principal offices address, if applicable:**

_(Principal office address MUST BE A STREET ADDRESS)_

**Enter new mailing address, if applicable:**

_(Mailing address MAY BE A POST OFFICE BOX)_

FILED '14 DEC 30 AM 9:39

**B. If amending the registered agent and/or registered office address on our records, enter the name of the new registered agent and/or the new registered office address here:**

Name of New Registered Agent: _____

New Registered Office Address: _____

Enter Florida street address

_____, Florida _____

City                                                    Zip Code

**New Registered Agent's Signature, if changing Registered Agent:**

_I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 605, F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change._

_____

If Changing Registered Agent, Signature of New Registered Agent

**Page 1 of 3**

EFFECTIVE DATE _01/01/15_

If amending the Managers or Authorized Member on our records, <u>enter the title, name, and address of each Manager or Authorized Member being added or removed from our records</u>:

MGR = **Manager**
AMBR = **Authorized Member**

| <u>Title</u> | <u>Name</u> | <u>Address</u> | <u>Type of Action</u> |
|---|---|---|---|
| _____ | _____ | _____ | ☐ Add |
| | | _____ | ☐ Remove |
| | | _____ | |
| _____ | _____ | _____ | ☐ Add |
| | | _____ | ☐ Remove |
| | | _____ | |
| _____ | _____ | _____ | ☐ Add |
| | | _____ | ☐ Remove |
| | | _____ | |
| _____ | _____ | _____ | ☐ Add |
| | | _____ | ☐ Remove |
| | | _____ | |
| _____ | _____ | _____ | ☐ Add |
| | | _____ | ☐ Remove |
| | | _____ | |
| _____ | _____ | _____ | ☐ Add |
| | | _____ | ☐ Remove |
| | | _____ | |

FILED
2018 DEC 30 AM 8:39

D. **If amending any other information, enter change(s) here:** *(Attach additional sheets, if necessary.)*

_____

_____

_____

_____

E. **Effective date, if other than the date of filing:** _____ 1 / 1 / 15 _____ **(optional)**
   (The effective date must be specific, cannot be prior to date of receipt or filed date and cannot be more than 90 days after
   the date this document is filed by the Florida Department of State)

Dated ___ DECEMBER 19 , 2014 .

_____
            Signature of a member or authorized representative of a member

_____ William P. Stewart _____
            Typed or printed name of signee

Page 3 of 3

Filing Fee: $25.00



## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| WYNDHAM VACATION OWNERSHIP, INC., a Delaware corporation; WYNDHAM VACATION RESORTS, INC.; a Delaware corporation, WYNDHAM RESORT DEVELOPMENT CORPORATION, an Oregon Corporation; SHELL VACATIONS, LLC, an Arizona limited liability company; SVC-WEST, LLC, a California limited liability company; SVC-AMERICANA, LLC, an Arizona limited liability company; and SVC-HAWAII, LLC, a Hawaii limited liability company,<br><br>      Plaintiffs,<br><br>v.<br><br>CHARLES E. GALLAGHER, ESQ., an individual; WILLIAM P. STEWART JR/ a/k/a PAUL STEWART a/k/a BILL STEWART, an individual; GALLAGHER-CLIFTON, LLC a/k/a The Gallagher Firm, a Florida limited liability company; TIMESHARE OWNERS RELIEF, LLC, f/k/a Timeshare Solutions, LLC a Florida limited liability company; and RESORT LEGAL TEAM, INC., a Nevada corporation,<br><br>      Defendants. | CASE NO.: |

## <u>EXHIBIT 5</u>

**OwnerNames**

# REDACTED

REDACTED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

|  |  |
|---|---|
| WYNDHAM VACATION OWNERSHIP, INC., a Delaware corporation; WYNDHAM VACATION RESORTS, INC.; a Delaware corporation, WYNDHAM RESORT DEVELOPMENT CORPORATION, an Oregon Corporation; SHELL VACATIONS, LLC, an Arizona limited liability company; SVC-WEST, LLC, a California limited liability company; SVC-AMERICANA, LLC, an Arizona limited liability company; and SVC-HAWAII, LLC, a Hawaii limited liability company, | CASE NO.: |
|      Plaintiffs, |  |
| v. |  |
| CHARLES E. GALLAGHER, ESQ., an individual; WILLIAM P. STEWART JR/ a/k/a PAUL STEWART a/k/a BILL STEWART, an individual; GALLAGHER-CLIFTON, LLC a/k/a The Gallagher Firm, a Florida limited liability company; TIMESHARE OWNERS RELIEF, LLC, f/k/a Timeshare Solutions, LLC a Florida limited liability company; and RESORT LEGAL TEAM, INC., a Nevada corporation, |  |
|      Defendants. |  |

## EXHIBIT 6

# THE GALLAGHER FIRM

*Attorneys at Law*
**4641 Gulfstarr Drive, Suite 102**
**Destin, Florida 32541**
Telephone 800.356.8211                    charles@gallagher-clifton.com                    Facsimile 954.337.3242

December 3, 2018

Wyndham Vacation Resorts
6277 Sea Harbor Drive
Orlando, Florida 32821

**RE: Owner:** REDACTED
    **Member**
    **Contrac**

Dear Owner Services:

This firm represents Ms. REDACTED with respect to her Wyndham Vacation ownership and her interest in being relieved of further obligation thereunder. In addition, we are respectfully seeking a refund of all monies associated with Ms. REDACTED most recent purchase, which closed on or about December 12, 2017.

Having attended a number of "mandatory owner updates," Ms. REDACTED file repeatedly was evaluated by Wyndham in-house personnel, whereupon purported issues were identified and addressed by issuing additional points. For example, Ms. REDACTED was led to believe that the company would rent any newly acquired points, so as to offset expenses. She also was told that additional points would qualify her to sell all or part of her points back to Wyndham. Similarly, Ms. REDACTED was convinced that additional points could be converted to Wyndham Rewards Points, which then could be used to purchase goods and services from third-party vendors. Unfortunately, the conversion rate was not disclosed. Although she wished to cancel her most recent contract, Ms. REDACTED was not aware of a rescission period.

As a result of such evaluations, Ms. REDACTED, a widow, who currently is putting two sons through college, now owns 1,475,000 points. Her monthly payments are $2443.00, in addition to $715.00 in monthly maintenance fees. Such situation obviously is untenable and certainly not sustainable. Thus, we respectfully request that Ms. REDACTED be released from all active contracts and that you refund her entire investment in her most recent contract. **In the interim, please direct all communications, whether by telephone, mail or otherwise, to this office.** Thank you for your courtesy and consideration with respect to this matter.

Sincerely,

Charles E. Gallagher

## THE GALLAGHER FIRM

*Attorneys at Law*
**4641 Gulfstarr Drive, Suite 102**
**Destin, Florida 32541**
**charles@gallagher-clifton.com**

Telephone 800.356.8211                                            Facsimile 954.337.3242

December 3, 2018

Wyndham Vacation Resorts
6277 Sea Harbor Drive
Orlando, Florida 32821

**RE:  Owner:** REDACTED
      **Contract Number:** REDACTED

Dear Owner Services:

This firm represents Ms. REDACTED with respect to her Wyndham Vacation ownership and her interest in being relieved of further obligation thereunder.  In addition, we are respectfully seeking a refund of all monies associated with Ms. REDACTED most recent purchase, which closed on or about December 24, 2017.

Ms REDACTED was persuaded to visit the Wyndham in-house office in Las Vegas, whereupon the sales representative quickly and effectively convinced her that it made financial sense to purchase an additional 245,000 points as an investment. The representative promised that Wyndham actually would rent the points for her, garnering enough revenue to fully cover the mortgage and maintenance fees.  Alex, another representative, actually entered the name and phone number for an Extra Holidays representative into Ms. REDACTED cell phone.  As you can imagine, our client ultimately discovered that the rental of her points would not generate nearly the revenue that she was led to expect.  Therefore, as her only motive in purchasing the points was based on a misrepresentation or, at best, a mutual mistake of fact, Ms. REDACTED would like to be released from her contract.

Thank you for your courtesy and professionalism in considering this matter.  We greatly look forward to your kind response.  In the interim, we respectfully request that you direct all communications to this office.

Sincerely,

Charles E. Gallagher

# THE GALLAGHER FIRM

*Attorneys at Law*
**4641 Gulfstarr Drive, Suite 102**
**Destin, Florida 32541**

Telephone 800.356.8211                     charles@gallagher-clifton.com                     Facsimile 954.337.3242

December 11, 2018

Wyndham Vacation Resorts
6277 Sea Harbor Drive
Orlando, Florida 32821

RE:  **Owner:**  REDACTED
     **Member**
     **Contract**

Dear Owner Services:

This firm represents Ms. REDACTED with respect to her Wyndham Vacation ownership and her interest in being relieved of further obligation thereunder.  In addition, we respectfully are requesting that Ms. REDACTED receive a full refund of monies expended in relation to her Wyndham ownership.

Quite frankly, Ms. REDACTED a sixty-four year old woman with serious health issues, never should have been pressured to acquire such points.  During her previous purchase, Ms. REDACTED attempted to rescind the contract, but had not properly been advised of her statutory right to do so.  In fact, she called the sales representative, Ms. Jill Carter Smith, on her cell phone, in order to seek cancellation. In response, Ms. Smith sternly advised, "You bought it, and it belongs to you," whereupon she hung up.

During a subsequent visit to Fort Lauderdale, Ms. REDACTED was advised that her points were "useless," as she didn't own enough to enjoy a nice vacation.  Of course, the solution was to sell her more points, despite the fact that she could not afford such purchase and should not have qualified for financing.  Apparently feeling that finances should not stand in the way of a sale, Dario A. De Dios Romero, the sales representative, apparently misrepresented Ms. REDACTED income to be $300,000.00 per year. *As a result, Ms. Lowe's recurring Wyndham expenses, including mortgage payments, down-payment servicing, and maintenance fees, actually exceed her monthly income!* (See attached).  It is our understanding that her Wyndham expenses total approximately $2695.72 (Wyndham $831.76; Barclay $1212.97; Discover $381.48; maintenance $1863.96), while her monthly net income is only $2513.16.  Needless to say, as a simple matter of mathematics, Ms. REDACTED simply cannot maintain her ownership.

Unfortunately, Ms. REDACTED is not in a position to increase her income, nor should she be.  As noted, she is sixty-four years of age, and she suffers from, among other things, herniated discs and a torn rotator cuff, all of which will require various surgeries. (See attached).  Similarly, her

husband suffers from a severe heart condition.  Therefore, we respectfully request your assistance in resolving this matter.

   As always, we sincerely appreciate your courtesy and attention in addressing this matter, and we look forward to working with you toward resolution.  In the interim, please direct all communications to this office.  Thank you so much.

                         Happy Holidays,

                         Charles E. Gallagher

INCOME

REDACTED

)

REDACTED

REDACTED

REDACTED

REDACTED

**THE GALLAGHER FIRM**

*Attorneys at Law*
**4641 Gulfstarr Drive, Suite 102
Destin, Florida 32541**
charles@gallagher-clifton.com

Telephone 800.356.8211                                              Facsimile 954.337.3242

December 3, 2018

Wyndham Vacation Resorts
6277 Sea Harbor Drive
Orlando, Florida 32821

**RE: Owner:**
     **Member** REDACTED
     **Contract**

Dear Owner Services:

　　This firm represents REDACTED                    with respect to their Wyndham
Vacation ownership and their interest in being relieved of further obligation thereunder.  In
addition, we respectfully are requesting that Mr. REDACTED                receive a refund of
monies expended in relation at least to their most recent contracts, the latest of which closed on
or about March 19, 2018.

　　Simply stated, our elderly clients never intended to undertake the amount of debt that is
associated with their Wyndham account.  Furthermore, Mr. REDACTED who is seventy-two years
old and suffers from a military related disability, and Ms. REDACTED, who is sixty-nine, simply
can not make use of the extreme number of points that they have been sold.  Nevertheless, after a
nearly ten hour marathon session, our clients apparently broke down and succumbed to the
pressure, whereupon they unwittingly increased their ownership.  Without even touching upon
the various misrepresentations that were made, we respectfully suggest that exposing an elderly
couple to such high-pressure tactics is blatantly unconscionable, leaving Mr. REDACTED and Ms.
REDACTED is an untenable position.

　　In any event, our clients are attempting respectfully and responsibly to address this issue by
requesting that Wyndham release them immediately, and we look forward to working with you
in reaching such result.  **In the interim, please direct all communications, whether by
telephone, mail or otherwise, to this office.**  Thank you for your courtesy and consideration
with respect to this matter.

                                        Sincerely,

                                        Charles E. Gallagher

# GALLAGHER-CLIFTON

Charles E. Gallagher
4641 Gulfstarr Drive, Suite 102
Destin, FL 32541

Office:   (800) 509-9141
Fax:      (954) 337-3242

May 16, 2018

Wyndham Vacation Resorts
6277 Sea Harbor Drive
Orlando, FL 32821

**RE: Nathan and Susan Kolb**          **ACCOUNT: #** REDACTED

Dear Sir/Madame:

This letter is to reiterate our client's desire to terminate the above referenced obligation with your timeshare company. This includes the mortgage and promissory note, if applicable.

We are willing to entertain a small transfer fee, and respectfully ask (on the client's behalf) that you consider their request.

We would request that you have your loss mitigation department or sales office contact our office at your earliest convenience. Or, provide us with the appropriate contact information so that we may initiate additional contact to resolve this matter, and avoid unnecessary time and expense.

Please call my office if you have any questions or comments. We look forward to hearing from you within the next 10 days regarding settlement of this matter.

Sincerely yours,

Charles E. Gallagher

**American Bar Association Center for Professional Responsibility Rule 2.4:** Lawyer Serving as Third-Party Neutral; (a) A lawyer serves as a third-party neutral when the lawyer assists two or more persons who are not clients of the lawyer to reach a resolution of a dispute or other matter that has arisen between them. Service as a third-party neutral may include service as an arbitrator, a mediator or in such other capacity as will enable the lawyer to assist the parties to resolve the matter; **(b) A lawyer serving as a third-party neutral shall inform unrepresented parties that the lawyer is not representing them.** When the lawyer knows or reasonably should know that a party does not understand the lawyer's role in the matter, the lawyer shall explain the difference between the lawyer's role as a third-party neutral and a lawyer's role as one who represents a client.

# GALLAGHER-CLIFTON

Charles E. Gallagher
4641 Gulfstarr Drive, Suite 102
Destin, FL 32541

Office: (800) 509-9141
Fax: (954) 337-3242

November 17, 2017

Wyndham Vacation Resorts
6277 Sea Harbor Drive
Orlando, FL 32821

RE: REDACTED                           ACCOUNT: # REDACTED

Dear Sir/Madame:

We are writing about the above referenced "Timeshare Vacation Points" in order to *amicably* negotiate a settlement that results in the cancellation, termination, or transfer of the above referenced owner(s) interest. Essentially, REDACTED is seeking to end his obligation associated with his ownership interest for the following reason:

In February 2015, REDACTED attended a "party weekend" in Las Vegas, where he was informed that Wyndham no longer offered or even honored "alternating year" timeshares and he would have to purchase another 105,000 points for an "every year" package. He has since learned that Wyndham is still selling "alternating year" packages and he did not have to purchase an every year package like he was told. He has been diagnosed with Polymyalgia Rheumatica (Reactive Arthritis) and was forced into early retirement. His income has been cut by more than 50%. His medical expenses continue to increase, and he is finding it almost impossible to keep up with his payments for his timeshare.

REDACTED understands and acknowledge that lawyer is acting solely to negotiate a settlement. Going forward, please do not contact REDACTED after this date, but direct all further correspondence, phone communications, or emails to this office so we can work this matter out in a mutually agreeable manner that benefits all parties concerned.

We would request that you have your loss mitigation department or sales office contact our office at your earliest convenience. Or, provide us with the appropriate contact information so that we may initiate additional contact to resolve this matter, and avoid unnecessary time and expense.

Please call my office if you have any questions or comments. We look forward to hearing from you within the next 10 days regarding settlement of this matter.

Sincerely yours,

Charles E. Gallagher

American Bar Association Center for Professional Responsibility Rule 2.4: Lawyer Serving as Third-Party Neutral; (a) A lawyer serves as a third-party neutral when the lawyer assists two or more persons who are not clients of the lawyer to reach a resolution of a dispute or other matter that has arisen between them. Service as a third-party neutral may include service as an arbitrator, a mediator or in such other capacity as will enable the lawyer to assist the parties to resolve the matter; (b) A lawyer serving as a third-party neutral shall inform unrepresented parties that the lawyer is not representing them. When the lawyer knows or reasonably should know that a party does not understand the lawyer's role in the matter, the lawyer shall explain the difference between the lawyer's role as a third-party neutral and a lawyer's role as one who represents a client.

# GALLAGHER-CLIFTON

Charles E. Gallagher
4641 Gulfstarr Drive, Suite 102
Destin, FL 32541

Office: (800) 509-9141
Fax: (954) 337-3242

April 17, 2018

Wyndham Vacation Resorts
6277 Sea Harbor Drive
Orlando, FL 32821

RE:REDACTED                    ACCOUNT: # REDACTED

Dear Sir/Madame:

We are writing about the above referenced "Timeshare Vacation Points" in order to amicably negotiate a settlement that results in the cancellation, termination, or transfer of the above referenced owner(s) interest. Essentially, REDACTED REDACTED are seeking to end their obligation associated with their ownership interest for the following reason:

Please see enclosed letter of explanation provided by REDACTED . Included is a letter they received from Diana Perez, New Purchase Review Specialist, Owner Care.

Mr. and Mrs. I REDACTED understand and acknowledge that a lawyer is acting solely to negotiate a settlement. Going forward, please do not contact REDACTED                after this date, but direct all further correspondence, phone communications, or emails to this office so we can work this matter out in a mutually agreeable manner that benefits all parties concerned.

We would request that you have your loss mitigation department or sales office contact our office at your earliest convenience. Or, provide us with the appropriate contact information so that we may initiate additional contact to resolve this matter, and avoid unnecessary time and expense.

Please call my office if you have any questions or comments. We look forward to hearing from you within the next 10 days regarding settlement of this matter.

Sincerely yours,

Charles E. Gallagher

**American Bar Association Center for Professional Responsibility Rule 2.4:** Lawyer Serving as Third-Party Neutral; (a) A lawyer serves as a third-party neutral when the lawyer assists two or more persons who are not clients of the lawyer to reach a resolution of a dispute or other matter that has arisen between them. Service as a third-party neutral may include service as an arbitrator, a mediator or in such other capacity as will enable the lawyer to assist the parties to resolve the matter; **(b) A lawyer serving as a third-party neutral shall inform unrepresented parties that the lawyer is not representing them.** When the lawyer knows or reasonably should know that a party does not understand the lawyer's role in the matter, the lawyer shall explain the difference between the lawyer's role as a third-party neutral and a lawyer's role as one who represents a client.

## Review of Wyndham Timeshares

We own three timeshares with Wyndham dating back to 7/28/93 when the first two where with Fairfield Resorts which were subsequently bought out by Wyndham. (Contracts inclosed) We were perfectly satisfied being Gold level members having paid off the initial cost and keeping up with the annual maintenance fees.

March of 2017 we were staying for our week at Grand Sierra Resort in Las Vegas and were talked into attending what was supposed to be just a 40 minute update on Wyndham Properties. We told the Sales Representative that we were Gold Level and just wanted an update. She pulled up our record and proceeded to tell us that we really were not Gold Level and some of the points credited were no longer active and we should have been informed that there was a six month limit on upgrading but she would consult with her supervisor to see if the six month limit could be waved. The Supervisor came over and went into a long explanation of how he and he alone could wave that and presented a plan to make us solid Gold Level members. After some 4 hours I agreed on a upgrade that I thought total cost was $12,362.39. This was put on a new Wyndham Rewards and in June 2017 I made an initial payment of $2,000 and continued to make $1,000 payments monthly.

02/11/18 I get a PayPal Credit bill in my wife's name for $19,752 mortgage bill. She was not aware she had a active PayPal account. There was no payment due until 07/11/18.

I contacted the Wyndham Sales Representative at Lake Tahoe with whom I had purchased the South Lake Tahoe property and had trust in and set up an appointment. He stated that there was no way of getting out of the contract made in March of 2017 but he may be able to modify the contract so the maintenance fees would be less. That is the second Contract that is inclosed.

At our ages of 80 & 76 there is no way we could afford nor be able to avail ourselves of the travel opportunities gained by investing some $32,114.00 plus monthly maintenance fees of some $600.00

We were totally mislead by the sales tactics of the Sales people at the Grand Sierra. Not only did the time of upgrade run hours over estimate but double sales representatives and confusing tactics resulted in our agreeing to something totally out of reality.

Recognizing we do have a paid up investment in Wyndham Properties at this point in time, because of the tactics used on us, wish to **Totally sever any and all relationships with Wyndham.**

REDACTED

M. HARTMAN



M. HARTMAN
Notary Public, State of Nevada
Appointment No. 06-103948-2
My Appt. Expires Dec 26, 2021



## WYNDHAM
### VACATION OWNERSHIP

18 January 2018

# REDACTED

RE: **Wyndham Vacation Resorts Purchase Review**
Contract # REDACTED

Dear REDACTED

Our records reflect that you recently purchased the above referenced contract at our WYNDHAM SOUTH SHORE.

Your contract has been chosen for a review of our sales quality assurance standards. We have a few short questions related to your purchase experience to ensure our sales compliance processes worked effectively. Additionally, I will be happy to answer any other questions you may have regarding this purchase or your CLUB WYNDHAM Plus membership.

Please call or email me at your earliest convenience at 1.800.446.1466, ext 578922 or Diana.Perez@wyn.com. My usual office hours are Monday through Friday 9:00am to 5:15pm EST.

I look forward to hearing from you and appreciate the opportunity to be of service.

Sincerely,

Diana Perez
New Purchase Review Specialist
Owner Care
Wyndham Vacation Resorts, Inc.

# GALLAGHER-CLIFTON

Charles E. Gallagher
4641 Gulfstarr Drive, Suite 102
Destin, FL 32541

Office:   (800) 509-9141
Fax:      (954) 337-3242

November 17, 2017

RECEIVED

JAN 0 2

CONSUMER AFFAIRS

Wyndham Vacation Resorts
6277 Sea Harbor Drive
Orlando, FL 32821

**RE:** REDACTED                              **ACCOUNT: #** REDACTED

Dear Sir/Madame:

We are writing about the above referenced "Timeshare Vacation Points" in order to *amicably* negotiate a settlement that results in the cancellation, termination, or transfer of the above referenced owner(s) interest. Essentially, REDACTED REDACTED are seeking to end their obligation associated with their ownership interest for the following reason:

Mr. & Mrs. REDACTED were told by their sales representative they would be able to rent their points out to pay off their timeshare. They were specifically told to reserve 1-bedroom units in the Bonnet Creek Resort between December 25th and January 1st of each year. They were told they would be able to reserve twice as many rooms because they would be getting them at a 50% discount. When they did try to reserve these rooms, there were none available. Also, they learned they would only receive a discount if booked within 90 days of arrival. They feel the sales representative outright lied to them and misled them regarding how easy it would be to rent out rooms for enough money to pay off their timeshare.

Mr. and Mrs. REDACTED understand and acknowledge that lawyer is acting solely to negotiate a settlement. Going forward, please do not contact REDACTED after this date, but direct all further correspondence, phone communications, or emails to this office so we can work this matter out in a mutually agreeable manner that benefits all parties concerned.

We would request that you have your loss mitigation department or sales office contact our office at your earliest convenience. Or, provide us with the appropriate contact information so that we may initiate additional contact to resolve this matter, and avoid unnecessary time and expense.

Please call my office if you have any questions or comments. We look forward to hearing from you within the next 10 days regarding settlement of this matter.

Sincerely yours,

Charles E. Gallagher

American Bar Association Center for Professional Responsibility Rule 2.4: Lawyer Serving as Third-Party Neutral; (a) A lawyer serves as a third-party neutral when the lawyer assists two or more persons who are not clients of the lawyer to reach a resolution of a dispute or other matter that has arisen between them. Service as a third-party neutral may include service as an arbitrator, a mediator or in such other capacity as will enable the lawyer to assist the parties to resolve the matter; (b) A lawyer serving as a third-party neutral shall inform unrepresented parties that the lawyer is not representing them. When the lawyer knows or reasonably should know that a party does not understand the lawyer's role in the matter, the lawyer shall explain the difference between the lawyer's role as a third-party neutral and a lawyer's role as one who represents a client.

# GALLAGHER-CLIFTON

Charles E. Gallagher
4641 Gulfstarr Drive, Suite 102
Destin, FL 32541

<u>Office:</u>   (800) 509-9141
<u>Fax:</u>      (954) 337-3242

2/23/2018

Wyndham Vacation Resorts
6277 Sea Harbor Drive
Orlando , FL 32821

**RE:** REDACTED          **ACCOUNT:** REDACTED

Dear Sir/Madame:

We are writing about the above referenced "Timeshare Vacation Points" in order to *amicably* negotiate a settlement that results in the cancellation, termination, or transfer of the above referenced owner(s) interest. Essentially, REDACTED are seeking to end their obligation associated with their ownership interest for the following reason:

Ms. REDACTED is suffering from financial hardship relating to her Wyndham ownership. She alleges fraudulent charges by Wyndham along with aggressive sales practices. Please see the enclosed letter of explanation provided by Ms. REDACTED outlining, in detail, her experience as a Wyndham owner.

Ms. REDACTED understand and acknowledge that a lawyer is acting solely to negotiate a settlement. Going forward, please do not contact REDACTED after this date, but direct all further correspondance, phone communications, or emails to this office so we can work this matter out in a mutually agreeable manner that benefits all parties concerned.

We would request that you have your loss mitigation department or sales office contact our office at your earliest convenience. Or, provide us with the appropriate contact information so that we may initiate additional contact to resolve this matter, and avoid unnecessary time and expense.

Please call my office if you have any questions or comments. We look forward to hearing from you within the next 10 days regarding settlement of this matter.

Sincerely yours,

Charles E. Gallagher

**American Bar Association Center for Professional Responsibility Rule 2.4:** Lawyer Serving as Third-Party Neutral; (a) A lawyer serves as a third-party neutral when the lawyer assists two or more persons who are not clients of the lawyer to reach a resolution of a dispute or other matter that has arisen between them. Service as a third-party neutral may include service as an arbitrator, a mediator or in such other capacity as will enable the lawyer to assist the parties to resolve the matter; (b) A lawyer serving as a third-party neutral shall inform unrepresented parties that the lawyer is not representing them. When the lawyer knows or reasonably should know that a party does not understand the lawyer's role in the matter, the lawyer shall explain the difference between the lawyer's role as a third-party neutral and a lawyer's role as one who represents a client.

# GALLAGHER-CLIFTON

**LETTER OF EXPLANATION**

OWNER NAME(S):   REDACTED

RESORT NAME(S):   Wyndham Vacation Resorts

RESORT CONTRACT/ACCOUNT NUMBER(S):   REDACTED

PLEASE PROVIDE A DESCRIPTION OF YOUR SITUATION: REDACTED

REDACTED

*PLEASE USE A SEPARATE PIECE OF PAPER AND ATTACH TO THIS FORM IF NECESSARY.*
I DECLARE THAT, TO THE BEST OF MY KNOWLEDGE AND BELIEF, THAT THE INFORMATION
HEREIN IS TRUE, CORRECT AND COMPLETE.

REDACTED

_____          _____
PRINTED NAME OF OWNER                      OWNER SIGNATURE

SUBSCRIBED AND SWORN TO BEFORE ME, ON THE 14th DAY OF Feb 2018.
SIGNATURE_____ SEAL
NOTARY PUBLIC
MY COMMISSION EXPIRES: 3-15-2020

OFFICIAL SEAL
SHERRI M. REEDY
Notary Public - State of Illinois
My Commission Expires 03/15/2020

(2)

Subject: Timeshare Exit/Wyndham Vacation Resort

I REDACTED    A Timeshare Owner with Wyndham Vacation Resorts since Feb/2017, I am providing this letter of explanation geared toward cancelling my timeshare contract. Due to the following reasons; (1) continuous Wyndham Vacation Resorts ownership subjects me to Financial Hardship(2) I have been victimized by fraudulent upgrades and associated charges, (3) subjected to aggressive and excessive high pressure sales tactics during my one-year ownership and few resort stays and (4) subjected to Poor Customer Service.

*Financial Hardship:* Since undertaking this "trial membership" with Wyndham Vacation Resorts, I've taken on providing financial support for my 82 year old (widowed) mother, essentially providing the support of two households from a single salary. This additional financial burden demands that I streamline my debt and limit my luxuries, in order to make my and my mother's ends meet.

*Poor Quality and Customer Service Experience:* In September 2017, my companion, Mr. Freddie Sherman, and I used some of the vacation points and booked a vacation with in the La Belle Maison, New Orleans, LA. When I made reservation, I specifically requested a one-bedroom with a King size bed. When we arrived, I confirmed and was assured by the Desk Clerk that we would be placed in a room with a king sized bed. Much to our disappointment, when we arrived to the room, we immediately noticed there was not a king-size but a full-size bed, clearly not what was booked, nor confirmed at check-in. So I phoned the Front Desk and requested the Customers Service Rep to be relocated to the room with a king sized bed as booked. The Customers Service Rep informed us that there were no rooms wiking sized beds available. Additionally,    was burdened with the task of placing such "change request" with the booking office online or by phone. I protested the notion of this being a change request, given that I had clearly booked a room of a certain size, but was placed in another room type in error. The error hardly constituted a change request on my part. When I placed the call to booking office to request the room change,  to a one bedroom w/ a king sized bed, I was then informed that online booking "lack the visibility" of the type of bedrooms/bed sizes at various properties. The Online Booking phone the rep advised me that it would be very difficult to make that determination, because they do not have detail description of the rooms at various properties. I consider this a "bait & switch" practice, where I clearly made my reservation on the basis of what was offered online, where it appeared accommodations were matched against my desired requests, only to be "trapped" into conditions that were known, or should been known, by the resort operators and their reservation apparatus.

*Aggressive/High pressure sales tactics:* Before we could get settled in at the La Belle Maison, New Orleans, there was a message requesting we attend a 90 minute sales session the next morning with a Complementary Breakfast, we agreed to attend. However, the following day, when we received a reminder call, we decided to cancel the session. The high pressure tactics began with a Sales Rep calling back to negotiate different session time slots, finally after three different phone calls from three Sales Reps, we decided to attend just to stop the phone from ringing non-stop. Additionally, we had already concluded that we were NOT going to purchase or upgrade to any services. My decision not purchase anything else or upgrade was based on my known financial situation, but reinforced from recent experiences, reservation snafu coupled with the aggressive sales tactics and phone calls.
During our third trip (January 2018) to Wyndam Dessert Resort, Las Vegas, NV, upon my check-in, I was accosted by a very pushy Sale Rep to attend a Sales Presentation, I declined his offer several times. This Sales Rep followed me out  follow me to my car to and aggressively solicited  my companion, to attend the Sales Presentation through offer of free tickets or $100 spending cash at the Harrah's Casino. The Sale Rep held by Resort Parking pass in abeyance until we verbally committed to attending the Presentation. The aggressiveness and pushy sales tactics is yet another reason I'd like to sever my relationship with Wyndham Vacation Resorts. For me there are no offers or incentives that will compel me to sit through another sales presentations again.

*Victimized by fraudulent upgrades and charges:* During our stay the La Belle Maison, New Orleans, (September 2017) we were hosted a Sales Presentation by Ms. Boudreaux, a native of New Orleans and

graduate of University of Mississippi (Ole Miss).  I immediately informed Ms. Boudreaux, while we would sit through the presentation, I had no intentions for making additional purchases, nor upgrading. Upon conclusion of the 90-minute presentation, once again, and for a second time, I informed Ms. Boudreaux I had no intentions of making any additional purchases, nor upgrading.   Hearing my restated position, Ms Boudreaux left the presentation areas for a few short minutes only to return with her assigned Manager (cannot recall the Manager's name).  Once again, subjected to more aggressive sales tactics, this Manager restated the advantages of upgrading and the "one-time" opportunity to seize this upgrade offer and price as detailed by Ms. Boudreaux. For a third time, I clearly declined verbally, and did not sign anything related to new purchases or upgrades.   The Manager preceded to present several variations of the offer, in an effort to make the offer more affordable, and after four hours, I stated my forth and my final refusal, and we were released.  Prior to leaving the area, I neither signed no written contract, nor gave any verbal consent to purchase or upgrade.

On November 9, 2017, I received email from my PayPal credit card, stating a balance of $6,500, at this time "No Payment Due", and that I had a six-month deferred payment – until April 2018.  I immediately phoned PayPal to investigate and determine the origin of those $6500 charges. The PayPal representative informed me that the charges were applied September 22, 2017 by Wyndham Resorts (La Belle Maison, New Orleans, LA).   I contest these charges as fraudulent and unauthorized.

<span style="color:red; font-size:2em">REDACTED</span>

(4)

# GALLAGHER-CLIFTON

Charles E. Gallagher
4641 Gulfstarr Drive, Suite 102
Destin, FL 32541

Office:  (800) 509-9141
Fax:     (954) 337-3242

1/12/2018

Wyndahm Vacation Resorts
6277 Sea Harbor Drive
Orlando, FL  32821

**RE:** REDACTED                              **ACCOUNT:** REDACTED

Dear Sir/Madame;

We are writing about the above referenced "Timeshare Vacation Points" in order to *amicably* negotiate a settlement that results in the cancellation, termination, or transfer of the above referenced owner(s) interest. Essentially, REDACTED REDACTED are seeking to end their obligation associated with their ownership interest for the following reason:

Mr. & Mrs. REDACTED purchased the membership under the condition Wyndham would buy it back from them in the event their financial situation changed. Please see enclosed letter of explanation provided by Mr. & Mrs. REDACTED outlining, in detail, their experience.

Mr. and Mrs. REDACTED understand and acknowledge that a lawyer is acting solely to negotiate a settlement. Going forward, please do not contact REDACTED after this date, but direct all further correspondence, phone communications, or emails to this office so we can work this matter out in a mutually agreeable manner that benefits all parties concerned.

We would request that you have your loss mitigation department or sales office contact our office at your earliest convenience. Or, provide us with the appropriate contact information so that we may initiate additional contact to resolve this matter, and avoid unnecessary time and expense.

Please call my office if you have any questions or comments. We look forward to hearing from you within the next 10 days regarding settlement of this matter.

Sincerely yours,

Charles E. Gallagher

**American Bar Association Center for Professional Responsibility Rule 2.4:** Lawyer Serving as Third-Party Neutral; (a) A lawyer serves as a third-party neutral when the lawyer assists two or more persons who are not clients of the lawyer to reach a resolution of a dispute or other matter that has arisen between them. Service as a third-party neutral may include service as an arbitrator, a mediator or in such other capacity as will enable the lawyer to assist the parties to resolve the matter; (b) A lawyer serving as a third-party neutral shall inform unrepresented parties that the lawyer is not representing them. When the lawyer knows or reasonably should know that a party does not understand the lawyer's role in the matter, the lawyer shall explain the difference between the lawyer's role as a third-party neutral and a lawyer's role as one who represents a client.

# GALLAGHER-CLIFTON

Charles E. Gallagher
4641 Gulfstarr Drive, Suite 102
Destin, FL 32541

Office:   (800) 509-9141
Fax:      (954) 337-3242

3/27/18

Wyndham Vacation Resorts
6277 Sea Harbor Drive
Orlando , FL  32821

RE: REDACTED                                    ACCOUNT: REDACTED

Dear Sir/Madame:

This letter is to reiterate our client's desire to terminate the above referenced obligation with your timeshare company. This includes the mortgage and promissory note, if applicable.

We are willing to entertain a small transfer fee, and respectfully ask (on the client's behalf) that you consider their request.

We would request that you have your loss mitigation department or sales office contact our office at your earliest convenience. Or, provide us with the appropriate contact information so that we may initiate additional contact to resolve this matter, and avoid unnecessary time and expense.

Please call my office if you have any questions or comments. We look forward to hearing from you within the next 10 days regarding settlement of this matter.

Sincerely yours,

Charles E. Gallagher

American Bar Association Center for Professional Responsibility Rule 2.4: Lawyer Serving as Third-Party Neutral; (a) A lawyer serves as a third-party neutral when the lawyer assists two or more persons who are not clients of the lawyer to reach a resolution of a dispute or other matter that has arisen between them. Service as a third-party neutral may include service as an arbitrator, a mediator or in such other capacity as will enable the lawyer to assist the parties to resolve the matter; (b) A lawyer serving as a third-party neutral shall inform unrepresented parties that the lawyer is not representing them. When the lawyer knows or reasonably should know that a party does not understand the lawyer's role in the matter, the lawyer shall explain the difference between the lawyer's role as a third-party neutral and a lawyer's role as one who represents a client.

# GALLAGHER-CLIFTON

Charles E. Gallagher
4641 Gulfstarr Drive, Suite 102
Destin, FL 32541

Office:  (800) 509-9141
Fax:     (954) 337-3242

11/17/2017

Wyndham Vacation Services
6277 Sea Harbor Drive
Orlando, FL 32821

RE: REDACTED                                    ACCOUNT: REDACTED

Dear Sir/Madame:

We are writing about the above referenced "Timeshare Vacation Points" in order to *amicably* negotiate a settlement that results in the cancellation, termination, or transfer of the above referenced owner(s) interest. Essentially, REDACTED REDACTED are seeking to end their obligation associated with their ownership interest for the following reason:

Mr REDACTED are experiencing financial hardship and living solely on disability income due to medical conditions.

Mr. REDACTED, understand and acknowledge that lawyer is acting solely to negotiate a settlement. Going forward, please do not contact REDACTED after this date, but direct all further correspondence, phone communications, or emails to this office so we can work this matter out in a mutually agreeable manner that benefits all parties concerned.

We would request that you have your loss mitigation department or sales office contact our office at your earliest convenience. Or, provide us with the appropriate contact information so that we may initiate additional contact to resolve this matter, and avoid unnecessary time and expense.

Please call my office if you have any questions or comments. We look forward to hearing from you within the next 10 days regarding settlement of this matter.

Sincerely yours,

Charles E. Gallagher

American Bar Association Center for Professional Responsibility Rule 2.4: Lawyer Serving as Third-Party Neutral; (a) A lawyer serves as a third-party neutral when the lawyer assists two or more persons who are not clients of the lawyer to reach a resolution of a dispute or other matter that has arisen between them. Service as a third-party neutral may include service as an arbitrator, a mediator or in such other capacity as will enable the lawyer to assist the parties to resolve the matter; (b) A lawyer serving as a third-party neutral shall inform unrepresented parties that the lawyer is not representing them. When the lawyer knows or reasonably should know that a party does not understand the lawyer's role in the matter, the lawyer shall explain the difference between the lawyer's role as a third-party neutral and a lawyer's role as one who represents a client.

# GALLAGHER-CLIFTON

Charles E. Gallagher
4641 Gulfstarr Drive, Suite 102
Destin, FL 32541

Office: (800) 509-9141
Fax: (954) 337-3242

November 27, 2017

Wyndham Vacation Resorts
6277 Sea Harbor Drive
Orlando, FL 32821

**RE:** REDACTED          **ACCOUNT: #**REDACTED

Dear Sir/Madame:

We are writing about the above referenced "Timeshare Vacation Points" in order to *amicably* negotiate a settlement that results in the cancellation, termination, or transfer of the above referenced owner(s) interest. Essentially, Ms. REDACTED is seeking to end her obligation associated with her ownership interest for the following reason:

Ms. REDACTED has had to borrow on credit cards, maxing them out, just to keep up with her payments to HGVC. She has now had to take out a loan consolidation to pay back those same cards and no longer can afford to travel. She was told she could book anywhere in the world 12 months in advance with a guaranteed reservation. She was also told she could rent out her points or sell the ownership back to HGVC.

Ms. REDACTED understands and acknowledge that lawyer is acting solely to negotiate a settlement. Going forward, please do not contact REDACTED after this date, but direct all further correspondence, phone communications, or emails to this office so we can work this matter out in a mutually agreeable manner that benefits all parties concerned.

We would request that you have your loss mitigation department or sales office contact our office at your earliest convenience. Or, provide us with the appropriate contact information so that we may initiate additional contact to resolve this matter, and avoid unnecessary time and expense.

Please call my office if you have any questions or comments. We look forward to hearing from you within the next 10 days regarding settlement of this matter.

Sincerely yours,

Charles E. Gallagher

American Bar Association Center for Professional Responsibility Rule 2.4: Lawyer Serving as Third-Party Neutral; (a) A lawyer serves as a third-party neutral when the lawyer assists two or more persons who are not clients of the lawyer to reach a resolution of a dispute or other matter that has arisen between them. Service as a third-party neutral may include service as an arbitrator, a mediator or in such other capacity as will enable the lawyer to assist the parties to resolve the matter; (b) A lawyer serving as a third-party neutral shall inform unrepresented parties that the lawyer is not representing them. When the lawyer knows or reasonably should know that a party does not understand the lawyer's role in the matter, the lawyer shall explain the difference between the lawyer's role as a third-party neutral and a lawyer's role as one who represents a client.

# GALLAGHER-CLIFTON

Charles E. Gallagher
4641 Gulfstarr Drive, Suite 102
Destin, FL 32541

Office:  (800) 509-9141
Fax:    (954) 337-3242

11/14/2017

Wyndham Vacation Resorts
6277 Sea Harbor Drive
Orlando, FL 32821

**RE:** REDACTED              **ACCOUNT:** REDACTED

Dear Sir/Madame:

We are writing about the above referenced "Timeshare Vacation Points" in order to *amicably* negotiate a settlement that results in the cancellation, termination, or transfer of the above referenced owner(s) interest. Essentially, Mr. REDACTED is seeking to end their obligation associated with their ownership interest for the following reason:

Mr. REDACTED was told by his sales representative that purchasing his membership would help to increase and repair his credit score. His credit score has actually dropped because of the purchase and his membership has become a financial burden for him. When he contacted the sales representative who sold him his membership he was told to rent out his points for a profit to offset the cost of ownership.

Mr. JREDACTED understands and acknowledge that lawyer is acting solely to negotiate a settlement. Going forward, please do not contact REDACTED n after this date, but direct all further correspondence, phone communications, or emails to this office so we can work this matter out in a mutually agreeable manner that benefits all parties concerned.

We would request that you have your loss mitigation department or sales office contact our office at your earliest convenience. Or, provide us with the appropriate contact information so that we may initiate additional contact to resolve this matter, and avoid unnecessary time and expense.

Please call my office if you have any questions or comments. We look forward to hearing from you within the next 10 days regarding settlement of this matter.

Sincerely yours,

Charles E. Gallagher

American Bar Association Center for Professional Responsibility Rule 2.4: Lawyer Serving as Third-Party Neutral; (a) A lawyer serves as a third-party neutral when the lawyer assists two or more persons who are not clients of the lawyer to reach a resolution of a dispute or other matter that has arisen between them. Service as a third-party neutral may include service as an arbitrator, a mediator or in such other capacity as will enable the lawyer to assist the parties to resolve the matter; (b) A lawyer serving as a third-party neutral shall inform unrepresented parties that the lawyer is not representing them. When the lawyer knows or reasonably should know that a party does not understand the lawyer's role in the matter, the lawyer shall explain the difference between the lawyer's role as a third-party neutral and a lawyer's role as one who represents a client.

# GALLAGHER-CLIFTON

Charles E. Gallagher
4641 Gulfstarr Drive, Suite 102
Destin, FL 32541

Office: (800) 509-9141
Fax:   (954) 337-3242

2/5/2018

Wyndham Vacation Resorts
6277 Sea Harbor Drive
Orlando, FL 32821

RE: REDACTED                    ACCOUNT: REDACTED

Dear Sir/Madame:

We are writing about the above referenced "Timeshare Vacation Points" in order to *amicably* negotiate a settlement that results in the cancellation, termination, or transfer of the above referenced owner(s) interest. Essentially, REDACTED is seeking to end his obligation associated with his ownership interest for the following reason:

Mr. REDACTED has gone through a divorce since his purchase and is now living on a single income. He can no longer afford his membership. He purchased this membership based upon statements made by the salesperson representing Wyndham Vacation Resorts assuring Mr. REDACTED this was a real estate investment that would appreciate in value.

Mr. REDACTED understands and acknowledges that a lawyer is acting solely to negotiate a settlement. Going forward, please do not contact REDACTED after this date, but direct all further correspondence, phone communications, or emails to this office so we can work this matter out in a mutually agreeable manner that benefits all parties concerned.

We would request that you have your loss mitigation department or sales office contact our office at your earliest convenience. Or, provide us with the appropriate contact information so that we may initiate additional contact to resolve this matter, and avoid unnecessary time and expense.

Please call my office if you have any questions or comments. We look forward to hearing from you within the next 10 days regarding settlement of this matter.

Sincerely yours,

Charles E. Gallagher

American Bar Association Center for Professional Responsibility Rule 2.4: Lawyer Serving as Third-Party Neutral; (a) A lawyer serves as a third-party neutral when the lawyer assists two or more persons who are not clients of the lawyer to reach a resolution of a dispute or other matter that has arisen between them. Service as a third-party neutral may include service as an arbitrator, a mediator or in such other capacity as will enable the lawyer to assist the parties to resolve the matter; (b) A lawyer serving as a third-party neutral shall inform unrepresented parties that the lawyer is not representing them. When the lawyer knows or reasonably should know that a party does not understand the lawyer's role in the matter, the lawyer shall explain the difference between the lawyer's role as a third-party neutral and a lawyer's role as one who represents a client.

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

|  |  |
|---|---|
| WYNDHAM VACATION OWNERSHIP, INC., a Delaware corporation; WYNDHAM VACATION RESORTS, INC.; a Delaware corporation, WYNDHAM RESORT DEVELOPMENT CORPORATION, an Oregon Corporation; SHELL VACATIONS, LLC, an Arizona limited liability company; SVC-WEST, LLC, a California limited liability company; SVC-AMERICANA, LLC, an Arizona limited liability company; and SVC-HAWAII, LLC, a Hawaii limited liability company, | CASE NO.: |
| Plaintiffs, | |
| v. | |
| CHARLES E. GALLAGHER, ESQ., an individual; WILLIAM P. STEWART JR/ a/k/a PAUL STEWART a/k/a BILL STEWART, an individual; GALLAGHER-CLIFTON, LLC a/k/a The Gallagher Firm, a Florida limited liability company; TIMESHARE OWNERS RELIEF, LLC, f/k/a Timeshare Solutions, LLC a Florida limited liability company; and RESORT LEGAL TEAM, INC., a Nevada corporation, | |
| Defendants. | |

## EXHIBIT 7

| | |
|---|---|
| Document title: | Resort Legal Team |
| Capture URL: | http://www.resortlegalteam.com/ |
| Captured site IP: | 132.148.22.15 |
| Page loaded at (UTC): | Mon, 11 Feb 2019 22:22:38 GMT |
| Capture timestamp (UTC): | Mon, 11 Feb 2019 22:23:11 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 6 |
| Capture ID: | 35fdbe4c-16e9-4347-81f5-79ffb4fb3598 |
| User: | sb-dgeary |

PDF REFERENCE #:     3Tu1Msk76vQnAniV6v4JZw



# RESORT LEGAL TEAM
### CANCELLATION EXPERTS

Home   About Us   Videos   FAQ   Contact Us

Free Consultation



Timeshare Fraud Specialists
With Access to a
Network of Attorneys







**BBB Rating: A**

100% Risk Free

Timeshare Cancellation or your Money Back!

Protect AND Fix Your Credit!

Call us for a FREE CONSULTATION

GET A FREE CONSULTATION



Please leave us a message



Case 6:19-cv-00476-GAP-EJK Document 21-8 Filed 03/11/19 Page 2 of 20 PageID 83

Home   About Us   Videos   FAQ   Contact Us

**Free Consultation**

☑  Was your presentation longer than the time promised?

☑  Were you told that you must buy today because the price will be more tomorrow?

☑  Were you not given the time to review the timeshare contract before signing?

☑  Were you not told the full extent of the debt you were incurring with interest charges?

☑  Were you told your timeshare is a great investment and would increase in value and could be sold for profit?

☑  Do you feel trapped in your timeshare because the resort will not take it back or you can't sell it?

*If you answered* **yes** *to* **ANY** *of the above questions, you may be a victim of fraud and deceptive sales practices.*



## Timeline of Timeshare Fraud



### BEFORE PRESENTATION

Win a vacation, a sports car, season tickets and even a cruise!  Sound familiar?

You pretty much have a 0% chance of winning anything.  These deceptive methods are to get your information and or presence at their presentation.

Sit through a "short" presentation for the "free" getaway or tickets to a major show or event.

Gifts, trips, tickets, cruises and even gift cards are all tactics used by timeshare developers to get you to a table so they can sell you.



### DURING PRESENTATION

The presentation was longer than the promised time.

Please leave us a message





## DURING PRESENTATION

The presentation was longer than the promised time.

No breaks for research, rest or private discussion to make a good decision.

They said:
- it was going to be a great investment
- sell it for profit later
- pass it down to your kids
- travel anywhere and anytime
- be a tax write-off
- a once in a lifetime deal that had to be done right now or else it's gone forever.



## AFTER PRESENTATION

- Maintenance fees keep going up.
- High interest on mortgage payments.
- Not able to use the timeshare as promised.
- Your purchased unit isn't the same from presentation.
- You feel trapped
- You find you cannot sell it – resellers try to scam you. You can't even sell on eBay for $1!
- No one wants to take it and be stuck with the maintenance fees.
- You realize you need to take legal action.



Please leave us a message



Home **About Us** **Videos** **FAQ** **Contact Us**

**Free Consultation**

## *Timeline to Freedom*



### 1. The Experts

- No Risk/Free Consultation with Specialist
- You retain an Attorney with years of experience specializing in Timeshare Law
- 100% Success or your Money Back by Resort Legal Team



### 2. The Case

- Details about your experience with the timeshare are gathered.
- Documents, notices & contracts are collected.
- Your attorney builds your case and is there for any questions along the way.



### 3. The Process

- Cease and Desist is sent to the Timeshare Developer.
- Timeshare developer can NO LONGER contact you!
- Demand letters sent for cancellation & any possible money back.



### 4. Freedom

- Contract is cancelled!
- Full Release from ANY OBLIGATION to the Timeshare developer.
- No more maintenance fees or debt.

Please leave us a message



## RESORT LEGAL TEAM INC
### CANCELLATION EXPERTS

Home  **About Us**  **Videos**  **FAQ**  **Contact Us**

**Free Consultation**

• Demand letters sent for cancellation & any possible money back.

## 4. Freedom
• Contract is cancelled!
• Full Release from ANY OBLIGATION to the Timeshare developer.
• No more maintenance fees or debt.



*Contact us for a FREE consultation*

Name

Email Address

Contact Number

Best Day & Time to Call (Please in

Tell us about your situation

Submit

ACCREDITED BUSINESS
BBB
BBB Rating: A

© The Resort Legal Team. 2016

Please leave us a message

---

Document title: Resort Legal Team
Capture URL: http://www.resortlegalteam.com/
Capture timestamp (UTC): Mon, 11 Feb 2019 22:23:11 GMT

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | About Us \| Resort Legal Team |
| Capture URL: | http://www.resortlegalteam.com/about/ |
| Captured site IP: | 132.148.22.15 |
| Page loaded at (UTC): | Mon, 11 Feb 2019 22:23:28 GMT |
| Capture timestamp (UTC): | Mon, 11 Feb 2019 22:23:41 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | b7f43979-6e85-4f9a-97c3-4bca435ca8ca |
| User: | sb-dgeary |

PDF REFERENCE #:        u3t3WkG5K1HjSu6fW7sp33



(702) 505-9151  office@resortlegalteam.com

**RESORT LEGAL TEAM**
CANCELLATION EXPERTS

Home   About Us   Videos   FAQ   Contact Us

Free Consultation

## WHO WE ARE

Our specialists are well informed in all aspects of the industry and are legally bound to give you honest information about your particular situation and to show you what your best options are, including matching you with an attorney who will be retained on your behalf.

The attorneys specialize in timeshare law and have successfully released thousands of timeshare owners from unwanted timeshare contracts.

Our specialists ascertain exactly the best approach for you to build the case, collecting information about your own personal experience with the timeshare purchase, starting from when you first were sold the timeshare, through how often they tried to upgrade you, to the actual availability and quality of the timeshare itself and whether or not you felt lied to in any part of the process.

## WHAT WE DO

The attorneys work hard to not only attain a legal binding agreement signed by the timeshare developer, but also to get any money back paid toward the timeshare when possible.  ALL of our cases end with a FULL and TOTAL REMOVAL of the timeshare from your records ~ with a settlement agreement that  releases you from any tax obligations regarding the timeshare via proper tax treatment!

## WHY IT MATTERS

With all of the scams in the industry, ranging from companies that promise to resell your timeshare for you, the timeshare developers themselves trying to upgrade your timeshare to "help" you fix your attitude about the timeshare, the hidden fees and processes and constantly increasing maintenance costs, the fact that travel today is the cheapest it has ever been and there are ways to rent a week anywhere in the world for pennies compared to the cost of the timeshare, to companies offering to "get you out of your timeshare" without any legal representation or GUA

VERY necessary to go with a TEAM you co   Please leave us a message



**RESORT LEGAL TEAM** INC
CANCELLATION EXPERTS

Home    About Us    Videos    FAQ    Contact Us

Free Consultation

MATTERS

constantly increasing maintenance costs, the fact that travel today is the cheapest it has ever been and there are ways to rent a week anywhere in the world for pennies compared to the cost of the timeshare, to companies offering to "get you out of your timeshare" without any legal representation or GUARANTEED success rate, it is VERY necessary to go with a TEAM you could trust who offers a 100% RISK FREE MONEY BACK GUARANTEE!

Everyone has fallen for some lie or scam at one point in their life. Don't add insult to injury by falling for one again. Let us help you to stop the timeshare madness and free you from the contract. Call or fill out the contact form below and have a FREE CONSULTATION with us TODAY.



*Contact us for a FREE consultation*

Name

Email Address

Contact Number

Best Day & Time to Call (Please in

Tell us about your situation

Submit

BBB ACCREDITED BUSINESS
BBB Rating: A

© The Resort Legal Team. 2016

Please leave us a message

Document title: About Us | Resort Legal Team
Capture URL: http://www.resortlegalteam.com/about/
Capture timestamp (UTC): Mon, 11 Feb 2019 22:23:41 GMT                    Page 2 of 2

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Videos \| Resort Legal Team |
| Capture URL: | http://www.resortlegalteam.com/videos/ |
| Captured site IP: | 132.148.22.15 |
| Page loaded at (UTC): | Mon, 11 Feb 2019 22:23:52 GMT |
| Capture timestamp (UTC): | Mon, 11 Feb 2019 22:24:23 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 6 |
| Capture ID: | 8beee937-3c6a-4f6d-a797-13b1e3b5d3b3 |
| User: | sb-dgeary |

PDF REFERENCE #:          jnnME287GLFwhJjCpeMnyf



# RESORT LEGAL TEAM
## CANCELLATION EXPERTS

**Home**  **About Us**  **Videos**  **FAQ**  **Contact Us**

**Free Consultation**



## *Videos of Timeshare Reseller Fraud*



The BBB issues warnings about timeshare scams - Resort Legal Team

▶ **Subscribe to our channel**

1 / 7   Next »



The BBB issues warnings about timeshare
scams - Resort Legal Team



Timeshare fraud reported in Wisconsin - Resort
Legal Team



Natio  Please leave us a message







**RESORT LEGAL TEAM** INC
**CANCELLATION EXPERTS**

Home   About Us   Videos   FAQ   Contact Us

Free Consultation

The BBB issues warnings about timeshare scams - Resort Legal Team

Timeshare fraud reported in Wisconsin - Resort Legal Team

Nationwide timeshare reseller scam - Resort Legal Team







Orange County timeshare reseller fraud arrest - Resort Legal Team

Timeshare fraud ring preying on elderly - Resort Legal Team

Timeshare reseller scam - watch out - Resort Legal Team

1 / 7   Next »

## Videos of Timeshare Fraud





Subscribe to our channel

1 / 4   Next »

Please leave us a message

Document title: Videos | Resort Legal Team
Capture URL: http://www.resortlegalteam.com/videos/
Capture timestamp (UTC): Mon, 11 Feb 2019 22:24:23 GMT

Page 2 of 5

# RESORT LEGAL TEAM INC
## CANCELLATION EXPERTS

Home   About Us   Videos   FAQ   Contact Us

**Free Consultation**

1 / 4   Next »



Free vacation offer - timeshare fraud - Resort Legal Team



Attorney General Multi-million dollar settlement with Festiva Timeshare Scam - Resort Legal Team



Alleged ringleader in timeshare scam arrested - Resort Legal Team



Wall Street Journal - Timeshare Prices Plummet to $1 - Resort Legal Team



CBS News - Couple Recounts Their Timeshare Nightmare As A Warning To Vacationers - Resort Legal Team



Dave Ramsey on Timeshares - Resort Legal Team

1 / 4   Next »





Vacation Club Scam – How To Spot Them and Protect Yourself

Watch later   Share

Please leave us a message

Document title: Videos | Resort Legal Team
Capture URL: http://www.resortlegalteam.com/videos/
Capture timestamp (UTC): Mon, 11 Feb 2019 22:24:23 GMT

Page 3 of 5



**RESORT LEGAL TEAM** INC
CANCELLATION EXPERTS

Home   About Us   Videos   FAQ   Contact Us

Free Consultation

▶ Subscribe to our channel



Vacation Club Scam -- How To Spot Them and Protect Yourself



Free Plane Tickets From Travel Club Scam Exposed - Resort Legal Team



Travel Clubs Are Not The Way To Go - Resort Legal Team



Postcard free cruise scam for travel club - Resort Legal Team



Scam Promising To Take On Timeshare Fees If They Buy Another Travel Package - Resort Legal Team



20/20 Investigates Royal Holiday Vacation Club Fraud - Resort Legal Team



*Contact us for a FREE consultation*



Name

Email Address

Contact Number

Best Day & Time to Call (Please in

Tell us about your situation

Please leave us a message



# RESORT LEGAL TEAM INC
## CANCELLATION EXPERTS

Home    About Us    Videos    FAQ    Contact Us

**Free Consultation**







Postcard free cruise scam for travel club - Resort Legal Team

Scam Promising To Take On Timeshare Fees If They Buy Another Travel Package - Resort Legal Team

20/20 Investigates Royal Holiday Vacation Club Fraud - Resort Legal Team



*Contact us for a FREE consultation*

Name

Email Address

Contact Number

Best Day & Time to Call (Please in

Tell us about your situation

Submit



ACCREDITED BUSINESS
BBB
**BBB Rating: A**

© The Resort Legal Team. 2016

Please leave us a message

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | FAQ | Resort Legal Team |
| Capture URL: | http://www.resortlegalteam.com/faq/ |
| Captured site IP: | 132.148.22.15 |
| Page loaded at (UTC): | Mon, 11 Feb 2019 22:24:30 GMT |
| Capture timestamp (UTC): | Mon, 11 Feb 2019 22:27:24 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 18 |
| Capture ID: | 5825563d-8640-402a-b910-372ffd97a550 |
| User: | sb-dgeary |

PDF REFERENCE #:          wqtWRD9rpnFNMxcNd54aTc