

📞 (702) 505-9151  ✉ office@resortlegalteam.com  f

**Home**   **About Us**   **Videos**   **FAQ**   **Contact Us**



Free Consultation



F A Q

## The Free Consultation

### How long is a consultation?                                    ⊖

30-60 minutes depending on how many questions you might have,
whether or not you are prepared with the contract ready to review,
and whether or not you hire our legal team to represent you.

### Do I have to meet with you in person?                          ⊖

No.  We realize that all information can be conveyed over the phone
or skype and at a greater convenience to you.

### What if I want to meet you in person?                          ⊖

If you live in Las Vegas, we can shedule an in-home or an in-office
appointment. If you live *outside of the area*, and feel to drive in, we can
schedule an in-office appointment and we will give you a $100
voucher toward gas if you are coming from Arizona or California or
any of the other surrounding states should you hire our attorneys.  If
you want come to Vegas via plane, we will give you a $250 voucher
toward your flight should you hire our attorneys.  (Please bring proof
of travel to get this discount.)  All appointments need to be made in
advance.  We do not have appointments on a walk-in basis.

### Can we use Skype or Facetime?                                  ⊖

Yes!  We love using Skype especially because several people can be
sitting in front of the camera speaking into the microphone at the
same time, so that all who are on the contrac   Please leave us a message



**Free Consultation**

sitting in front of the camera speaking into the microphone at the same time, so that all who are on the contract can get together for this consultation.  However, It is important to state this preference when making the appointment for the consultation so that the Skype ID or Facetime information can be exchanged in advance.

## Does everyone who is on the contract have to be available for the phone or in-person consultation or can it just be me? If so, why?



All parties should be available so that all questions can be answered clearly and to avoid any possible miscommunication or misinformation passed along to the other parties later.  In addition, one party may have valuable insight, experience, opinions, or information that could help build the case that another might not have and thereby assisting all parties to come to a clear decision about what step to take.

## What kind of information will you need from me?



Your contract will contain much of the needed information and we will ask you questions regarding your experience in purchasing and using your timeshare and why you want to get out of it.  So all you need is your contract and a time slot when you won't be distracted and can focus.

## What if I don't know where my contract is?



You can contact the timeshare developer and get all the following pertinent information necessary for the consultation: payoff (if hasn't already been paid off), maintenance fees, date of purchase, maturity date of active mortgage (if you have one), interest rate of mortgage, points (if you have them,) type of contract (annual, biennial, or triennial).  This would help us in the consultation, however you will need the contract for the attorneys, so it would be best to call the timeshare developer and ask them to mail you another copy.  (Of course, we suggest not saying that you need this information because you are considering hiring an attorney.)

Please leave us a message

**RESORT LEGAL TEAM** INC
CANCELLATION EXPERTS

Home    About Us    Videos    FAQ    Contact Us

**Free Consultation**

you are considering hiring an attorney.)

### I have researched and read through your website. Do I need a consultation to just go ahead and hire your attorneys? Or could I just do this though email? 

We do need to still have a consultation with you. This way we could answer any questions that might still come up and also gather information from you as well. This process would generally take only 15-30 minutes.

## The Qualification

### What qualifies for fraud or deceptive sales practices? 

□ Was your presentation longer than the time promised?
□ Were you told that you must buy today because the price will be more tomorrow?
□ Were you not given the time to review the timeshare contract before signing?
□ Were you not told the full extent of the debt you were incurring with interest charges?
□ Were you told your timeshare is a great investment and would increase in value and could be sold for profit?
□ Do you feel trapped in your timeshare because the resort will not take it back or you can't sell it?

If you answered yes to ANY of the above questions, you may be a victim of fraud and deceptive sales practices.

### What if I have never used the timeshare? 

If you have never used the timeshare, you not only have the 100% guarantee that we will obtain full cancellation of your contract, but you also have a better chance of getting some money back.

### What if I got the timeshare a lor    Please leave us a message

Home   About Us   Videos   FAQ   Contact Us

Free Consultation

## What if I got the timeshare a long time ago? 

It doesn't matter when you bought the timeshare, whether it was this year or years ago.

## What if I have upgraded my timeshare since it was originally purchased? 

Of course. It doesn't matter if the timeshare has been upgraded. Please have the most recent active contract available for the consultation.

## What if I have more than one timeshare? Would that "prove" that it was not fraud because I bought several?

No, having more than one timeshare doesn't suggest that you weren't lied to or otherwise deceived.

## What if I have more than one timeshare and I want to get out of all of them at the same time. Would I be able to get a discount? 

Yes. We can take care of all of the timeshares at the same time and depending on certain factors such as how many different timeshare developers are involved, we might be able to give you a discount for putting them all together in the same package.

## What if I have more than one timeshare and I only want to cancel one of them at this time? 

We are able to cancel one timeshare contract and keep the others active if you wanted to just work on one.

## What if I have used my timeshare a lot? Can I still qualify to get out of it?

Of course. How much or little a timeshare was used doesn't affect our ability to get the contract canceled.       Please leave us a message

Of course. How much or little a timeshare was used doesn't affect our ability to get the contract canceled.

### What if the only reason I want out of my timeshare is because I am too disabled or busy or otherwise incapable of using it? 

We have been able to cancel contracts for many clients who found themselves incapable of using the timeshare. You will find there are common experiences of high pressure sales tactics and other promises made when you purchased it that helps your case as well.

### What if I am broke, have horrible credit, and am behind on payments and the timeshare developer is threatening foreclosure? 

If you are so far behind on payments that the timeshare developer is threatening foreclosure, the only way we can help (if it hasn't gone INTO foreclosure,) is if you contact the developer and make an arrangement to give them something that they will accept to postpone any foreclosure action and then hire us to cancel the contract. If you have good or great credit, but no money, we can offer you a payment plan with no money down. However, if your credit is not that good, we would need some money upfront to start the legal process with and the rest can be spread out over several months. If you feel you don't have any money to even put down, you will likely have to accept the foreclosure on your credit. Keep in mind that the foreclosure will negatively affect your credit. We can protect your credit if you hire us, from having the timeshare negatively affect it, but you would need to act fast and have enough money to put toward the case.

### What if I inherited a timeshare or it was given to me as a gift? 

While you might not have experienced directly the fraud or deceptive sales practices, the person who bought it may have and transferred it to you without you knowing that you might be "stuck with" maintenance fees and a timeshare that is difficult to resell if not give away yourself.

Please leave us a message

**RESORT LEGAL TEAM** INC
CANCELLATION EXPERTS

Home    About Us    Videos    FAQ    Contact Us

Free Consultation

away yourself.

## What if I am not the original owner? 

Whether you bought it on eBay for $1 or were talked into buying it off of someone else for more than $1, we can help.  You do not need to be the original owner to experience 100% successful cancellation of your timeshare contract.

## What if I switched to the points system?

Whether you have a weeks based timeshare or points based timeshare purchase, we can definitely cancel the contract. There actually is no difference in the process.

## What if my timeshare has been or is being taken over by another company or timeshare developer? 

Not only can we help no matter who your timeshare developer is, but this happens to be the scariest time for timeshare owners.  Changes are made.  Maintenance fees may go up.  Quality of timeshares can change.  Many of our clients found this was the last straw for them and decided they wanted out.

## Can you cancel travel club memberships? 

Yes we can. Along with timeshares and campground memberships we can definitely cancel your travel club membership.

## Are there any timeshare contracts with any timeshare developers that you cannot help me cancel? 

No.  There are no timeshare contracts with any timeshare developers we can't 100% guarantee release from.  As long as your contract hasn't gone into foreclosure, we can help!

Please leave us a message

RESORT LEGAL TEAM INC
CANCELLATION EXPERTS

Home    About Us    Videos    FAQ    Contact Us

Free Consultation

## The Contract

### What if the other person on the contract is my soon-to-be ex-husband or ex-wife or a relative who I have had a falling out with? What if we are not on good speaking terms and so they would not likely be cooperative?



Unfortunately, if you cannot communicate and agree to hire our legal team, we cannot help you.  Everyone who is on the contract needs to be able to sign the contract with us to work on your case and get you out of your timeshare contract.  If the situation is a pending divorce, you may have to put what you want to do with regard to the timeshare in the settlement, so that one of you could act on behalf of the timeshare contract instead of both of you.  We could give you the paperwork to take to the divorce proceeding so you could both sign it there as well.  But, there has to be both signatures or something in writing stating why only one is needed.

### What if I have been married, divorced or for another reason changed my name legally and now it is different than the one on the contract?



We would need a copy of the marriage, divorce or name change certificate to prove that you are the person on the contract.

### What if the other person whose name is on the timeshare contract has passed away?



We are sorry for your loss.  We would need a copy of the death certificate.

### What if I already hired another lawyer to help me get out of this timeshare? Can I still hire you as well?

Please leave us a message

We cannot simultaneously work on any case t...

hire you as well?

We cannot simultaneously work on any case that is already being actively worked on by another attorney. You would have to stop working with that lawyer to hire us.

## What if I want to stop working with another lawyer to help get me out of this timeshare? 

We would need a written statement showing that they are no longer actively working on your case. It is the only legal way our attorneys can work on your case.

## What if I am not on the contract but I am concerned about my mother or other person who is? 

You can call us and set up an appointment for a free consultation, but your mother or other person NEEDS to be present for the call. Everyone who is on the contract must be. If they need you on the call for assistance or support, that is totally acceptable to us. But we cannot discuss their situation or contract without them present.

## The Location

## What if I don't live in the same state or country as your office is located? 

We are available to work with you no matter where you live and can meet with you virtually using cell, skype, facetime, or our free conference call application. All paperwork can be handled through regular mail, if you prefer, but can also very effectively done through email or fax. Even if you do live in our area, but are out of the country when you book your phone consultation, no worries. You will need access to the information on your contract however for the call and the case, but you can easily obtain that information by contacting the timeshare developer. For what information y    Please leave us a message

the case, but you can easily obtain that information by contacting the timeshare developer.  For what information you need, please see the question above called "What if I don't know where my contract is?"

## What if I don't live in the same state or country that the timeshare is located within? 

Most people don't live in the same state and sometimes country that the timeshare is located within.

## What if I do live in the same state or country that the timeshare is located within? Shouldn't I just hire a local attorney?

An attorney or firm being local to where the timeshare resides doesn't necessarily mean that they are experienced enough with that timeshare specifically and timeshare law.  They tend also to need much more in terms of payment and time to accomplish what our lawyers have become experts in and have created a process that allows for no error.  They also cannot guarantee results.  Unless you know for sure that they know what they are doing, can protect your credit in the process and can make sure that the timeshare developer reports to the IRS that no taxes are owed and is reported as a loss, and you are sure that they will also be able to do all of this within a reasonable time period and for a reasonable amount of money, then it is not recommended to hire someone so inexperienced with the cancellation of your timeshare contract.

## What if I live in the United States but my timeshare is located outside of the US? 

It doesn't matter where your timeshare is located.  The fact that you reside in the United States makes you eligible for our services.

## What if I live in another country and my timeshare is located in the United States? 

As long as you OR your timeshare resides within the United States, our attorneys can take your case.

Please leave us a message

**RESORT LEGAL TEAM** INC
CANCELLATION EXPERTS

Home   About Us   Videos   FAQ   Contact Us

Free Consultation

As long as you or your timeshare resides within the United States, our attorneys can take your case.

# The Legal Process

### How soon would the attorneys start to work on the case? 

After submitting your attorney engagement agreement, an appointment will be set for the processing department to contact you so that they can gather facts about your case including requesting a copy of your timeshare contract for review.  After all the necessary documents are received it, it will be sent over to the legal department.  A paralegal and lead attorney will be assigned to immediately work on your case.

### Will I have to meet with the lawyers in person? 

No.  There isn't necessary to meet with your lawyer in person.  You can contact your attorney and paralegal as the case is under process at any time to ask any pertinent questions specifically regarding your case.  They will give you updates via email monthly about any changes in your case as well.

### Can you stop the timeshare company from harassing me? They are constantly calling me! 

Yes!  The very first thing the attorney does is send out a cease and desist letter, letting the timeshare developer know you now have legal representation and that all correspondence needs to now go through the law office.  They are not allowed by law to contact you after that.

### Will I have to go to court? 

No.  It is rare that any case goes to litigation a          Please leave us a message

## Will I have to go to court?

No. It is rare that any case goes to litigation and if it does you will not be required to appear in court.

## Am I going to have to spend a lot of time and energy on this, going back and forth with the lawyer?

Absolutely not! We have so fine tuned this process that we will only need certain information from you, mainly upfront and then periodically connect for updates. That is it. EASY and 100% successful – guaranteed!

## I have pictures of the timeshare in disarray or with non or poorly working appliances, would that help my case?

Absolutely! When the processing department is gathering facts about your case, please have all of those available in a way that can be sent digitally. (Attached to an email would be fine.) The more facts the better.

## Why Our Legal Team

## Why not just hire a real estate lawyer or a local lawyer? Why hire you? Why can't I just use my own family attorney?

A real estate lawyer doesn't specialize in timeshare law unless specifically stated by that attorney. And an attorney or firm being local to you or even one your family or business has used for years for general matters doesn't necessarily mean that they are experienced enough with your timeshare specifically and timeshare law either. They all tend to need much more in terms of payment and a considerable amount of time to accomplish what our lawyers have become experts in and have created a proces
error. They also cannot guarantee results. U...

Please leave us a message



Free Consultation

considerable amount of time to accomplish what our lawyers have become experts in and have created a process that allows for no error. They also cannot guarantee results. Unless you know for sure that they know what they are doing, can protect your credit in the process and can make sure that the timeshare developer reports to the IRS that no taxes are owed and is reported as a loss, and you are sure that they will also be able to do all of this within a reasonable time period and for a reasonable amount of money, then it is not recommended to hire someone so inexperienced with the cancellation of your timeshare contract.

## What if you don't succeed? 

Written into our contract is a 100% Money Back Guarantee. This means that in the event your assigned attorneys were unable to successfully get an offer of cancellation from the resort in 18 months, you will receive a full refund for the cost of the services. Using our assigned attorneys that specialize in timeshare contracts law, you can be assured that they will accomplish a successful cancellation for your case.

## Financial Questions

### I want to stop making payments on the timeshare. How do I do that? Do I contact my bank or credit card? 

We are not legally allowed to suggest stopping making payments. It is in entirely your choice. During the consultation, we will discuss in details about that. If you are set up on automatic payments, we suggest trying to contact the timeshare developer first to cancel those auto payments. Do not mention you are hiring a law firm to cancel the contract, just let them know you want to pay manually. If they do not cooperate, then contact your bank or credit card company to have stop payments placed for future transactions from that timeshare developer. They typically work with their customers and at least let you know the protocol to accomplish it. If the     Please leave us a message



**Free Consultation**

developer. They typically work with their customers and at least let you know the protocol to accomplish it. If the bank or credit card company can't stop it, we suggest writing a certified letter to the timeshare developer that you are no longer authorizing payment be drawn from listed specific account effective immediately. Keep a copy of the letter and receipt acknowledging they received it and signed for it. Give a copy to your bank or credit card company to ensure no more transactions take place.

.

## How much does this cost? 

Every case has too many factors to have a one set attorney fee for all clients. Once we have the consultation you will be given the total cost and options in place to get the process started with details about our written 100% money back guarantee.

## I am concerned about my credit. What can you guys do about that? 

We have credit protection for each one of our clients.  We will be able to block any derogatory remarks on your credit from the timeshare developer and any third party financial institution or companies associated with this purchase of the timeshare.  If you have existing derogatory remarks on your credit, we will be able to get those removed as well.  After the cancellation process is completed and if any remarks show up on your credit relating to this timeshare contract, we will get those removed as well.  You will be in good hands knowing we have a unique process in place to completely protect your credit.

## What if I haven't paid several times? What if I am in default?

You will have to confirm that you still have an active contract with your timeshare developer before we could take your case. Timeshare developers will foreclose on your timeshare for several months of non-payment and it could directly affect the credit of everyone listed on that contract. It will appear on your credit

Please leave us a message

foreclosure, drop your credit score approxim:



non-payment and it could directly affect the credit of everyone listed on that contract. It will appear on your credit report like a home foreclosure, drop your credit score approximately 300 points immediately and be there for 7 to 10 years. If you get to close to that point or at that point, we cannot help you. We have to catch this before this happens.

## What if it has been paid off? 

We can cancel your contract whether you have a loan balance or not. The overall attorney fees will be lower if you have your timeshare contract paid off.

## What if I paid it off with a loan from a bank or with my credit card? And now, I am just paying the bank or credit company? 

We can only take legal action against the timeshare developer and not a third party finance company like a bank or credit card. Those financial institutions did nothing wrong therefore we cannot cancel that debt owed to them.

## What if I am behind on maintenance fees, but I am paid up on the timeshare itself? 

Chances are that if you are behind on maintenance fees, you couldn't get access to the resort to use it if you wanted to. You can be behind on maintenance fees or the financed loan from the timeshare developer. This does not affect your case as long as you are not going into foreclosure.

## Can I refinance the timeshare through a bank or credit union? Isn't it like owning property like a house? It is called a "deed" after all. 

You actually own a deeded interest not an actual deed to a property. Banks do not loan money for timeshares at all. If you were to default on a loan from a bank, they could not repossess anything. A car or house they could take back and resell to recoup cost if you defaulted. Seeing how there is no value to timeshares or    Please leave us a message



Home    About Us    Videos    FAQ    Contact Us

Free Consultation

house they could take back and resell to recoup cost if you defaulted.
Seeing how there is no value to timeshares on the resale market
whatsoever also adds to the list of reasons they banks will not
refinance this purchase.

## What if I just want to give it back to (return it to) the timeshare developer? 

Most timeshare developers will not take back a timeshare even if you
want to cut your losses and give it back to them. You signed a lifetime
contract and most of the time they will tell you to sell it to get out of it.
Which has absolutely no resale value whatsoever and therefore may
end up sitting on the resale market for a lifetime as well.  Your best
choice to legally cancel this contract is to use our attorneys to
represent you.

## What if I just want to give it or leave it to my children? 

Most timeshare contracts come with an "in perpetuity" clause. What
this means is that once you pass, the executor of your estate (typically
your children) will inherit the timeshare contract by default anyways.
If your children do not want to pay the constant rising cost of the
maintenance fees or if there is still debt owed, then it will affect their
credit as a foreclosure. I would be sure this is what they want before
deciding to hold on to is and pass it down to them.

## What if I want to leave it in my will? 

You have that option, but keep in mind that there is cost associated
with keeping this contract and whomever you will it to will have to pay
those costs forever. Also written into the majority of these contracts is
a timeshare first right of refusal. Which means that the timeshare
developer can refuse the contract to be willed to a specific
organization, person, etc without full permission from the timeshare
developer. If it was a specific family member, most likely it will be
approved but if it was to be will be back to the timeshare developer,
most likely it will not be approved. It will then default to the executor
of your estate which is usually one of your children.

Please leave us a message

RESORT LEGAL TEAM INC
CANCELLATION EXPERTS

Home   About Us   Videos   FAQ   Contact Us

Free Consultation

of your estate which is usually one of your children.

## Can I just sell it on eBay?

You will find a flooded market of timeshare owners who are unable to successfully sell their timeshares. Even listed as low as $.01 (one penny) to try to give it away with no luck. Only through it being foreclosed on for non-payment of all associated dues and fees to the contract or through our legal representation are you able to truly cancel this contract.



*Contact us for a FREE consultation*

Name

Email Address

Contact Number

Best Day & Time to Call (Please in

Tell us about your situation

Submit

BBB ACCREDITED BUSINESS
BBB Rating: A

Please leave us a message

**RESORT LEGAL TEAM** INC
CANCELLATION EXPERTS

Home    About Us    Videos    FAQ    Contact Us

Free Consultation

### Can I just sell it on eBay?

You will find a flooded market of timeshare owners who are unable to successfully sell their timeshares. Even listed as low as $.01 (one penny) to try to give it away with no luck. Only through it being foreclosed on for non-payment of all associated dues and fees to the contract or through our legal representation are you able to truly cancel this contract.



*Contact us for a FREE consultation*

Name

Email Address

Contact Number

Best Day & Time to Call (Please in

Tell us about your situation

Submit

BBB ACCREDITED BUSINESS
BBB Rating: A

© The Resort Legal Team. 2016

Please leave us a message

Document title: FAQ | Resort Legal Team
Capture URL: http://www.resortlegalteam.com/faq/
Capture timestamp (UTC): Mon, 11 Feb 2019 22:27:24 GMT

| Document title: | Contact Us \| Resort Legal Team |
| --- | --- |
| Capture URL: | http://www.resortlegalteam.com/contact-us/ |
| Captured site IP: | 132.148.22.15 |
| Page loaded at (UTC): | Mon, 11 Feb 2019 22:28:10 GMT |
| Capture timestamp (UTC): | Mon, 11 Feb 2019 22:28:26 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 8667d05f-356e-407d-9995-c84796747ce4 |
| User: | sb-dgeary |

PDF REFERENCE #:          oTUPgnnvhvCSLS3isMqVdh



**RESORT LEGAL TEAM**
CANCELLATION EXPERTS

Home   About Us   Videos   FAQ   Contact Us

Free Consultation

# We are here to help

*There is absolutely **NO obligation** to contacting us in any method listed below. We are here to answer your questions regarding your timeshare or vacation ownership contracts and to assist you in knowing what your legal rights are and what choices you have at your disposal. We CARE about the victims of Timeshare fraud and deceptive sales practices and have worked for years, helping people just like you find TRUE FREEDOM. Contact us today to set up a **FREE CONSULTATION** and take your first steps toward a real SOLUTION.*









702.505.9151
*(text or call)*

office@resortlegalte
am.com

9340 West Martin
Ave, *Suite 201* Las
Vegas, NV 89148
*(walk-in hours 9-5
pm m-f)*

Live Chat



*Contact us for a FREE consultation*

Please leave us a message



**RESORT LEGAL TEAM** INC
**CANCELLATION EXPERTS**

Home   About Us   Videos   FAQ   Contact Us

Free Consultation

*here to answer your questions regarding your timeshare or vacation ownership contracts and to assist you in knowing what your legal rights are and what choices you have at your disposal. We CARE about the victims of Timeshare fraud and deceptive sales practices and have worked for years, helping people just like you find TRUE FREEDOM. Contact us today to set up a* **FREE CONSULTATION** *and take your first steps toward a real SOLUTION.*









702.505.9151
*(text or call)*

office@resortlegalteam.com

9340 West Martin Ave, *Suite 201* Las Vegas, NV 89148
*(walk-in hours 9-5 pm m-f)*

Live Chat



*Contact us for a FREE consultation*

**Name**

**Email Address**

**Contact Number**

**Best Day & Time to Call (Ple:**

**Tell us about your situation**

Submit

© The Resort Legal Team. 2016

Please leave us a message

PAGE**V**AULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Contact Us \| Resort Legal Team |
| Capture URL: | http://www.resortlegalteam.com/contact-us/ |
| Captured site IP: | 132.148.22.15 |
| Page loaded at (UTC): | Mon, 11 Feb 2019 22:28:33 GMT |
| Capture timestamp (UTC): | Mon, 11 Feb 2019 22:28:47 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 812937d6-b6cf-4086-a1c4-7f21b57b3788 |
| User: | sb-dgeary |

PDF REFERENCE #:          9fhpPbkgQRnbBk6Tz2gxoV



☎ (702) 505-9151   ✉ office@resortlegalteam.com

# RESORT LEGAL TEAM
## CANCELLATION EXPERTS

**Home**   **About Us**   **Videos**   **FAQ**   **Contact Us**

Free Consultation

# We are here to help

*There is absolutely **NO obligation** to contacting us in any method listed below. We are here to answer your questions regarding your timeshare or vacation ownership contracts and to assist you in knowing what your legal rights are and what choices you have at your disposal. We CARE about the victims of Timeshare fraud and deceptive sales practices and have worked for years, helping people just like you find TRUE FREEDOM. Contact us today to set up a **FREE CONSULTATION** and take your first steps toward a real SOLUTION.*









702.505.9151
*(text or call)*

office@resortlegalte
am.com

9340 West Martin
Ave, *Suite 201* Las
Vegas, NV 89148
*(walk-in hours 9-5
pm m-f)*

Live Chat



*Contact us for a FREE consultation*

Please leave us a message



Home   **About Us**   Videos   FAQ   **Contact Us**

Free Consultation

*here to answer your questions regarding your timeshare or vacation ownership contracts and to assist you in knowing what your legal rights are and what choices you have at your disposal. We CARE about the victims of Timeshare fraud and deceptive sales practices and have worked for years, helping people just like you find TRUE FREEDOM. Contact us today to set up a **FREE CONSULTATION** and take your first steps toward a real SOLUTION.*









702.505.9151
*(text or call)*

office@resortlegalte am.com

9340 West Martin Ave, *Suite 201* Las Vegas, NV 89148
*(walk-in hours 9-5 pm m-f)*

Live Chat



*Contact us for a FREE consultation*

Name

Email Address

Contact Number

Best Day & Time to Call (Ple:

Tell us about your situation

Submit

© The Resort Legal Team. 2016

Please leave us a message

Document title: Contact Us | Resort Legal Team
Capture URL: http://www.resortlegalteam.com/contact-us/
Capture timestamp (UTC): Mon, 11 Feb 2019 22:28:47 GMT

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

WYNDHAM VACATION OWNERSHIP,
INC., a Delaware corporation; WYNDHAM
VACATION RESORTS, INC.; a Delaware
corporation, WYNDHAM RESORT
DEVELOPMENT CORPORATION, an
Oregon Corporation; SHELL VACATIONS,
LLC, an Arizona limited liability company;
SVC-WEST, LLC, a California limited
liability company; SVC-AMERICANA, LLC,
an Arizona limited liability company; and
SVC-HAWAII, LLC, a Hawaii limited liability
company,

      Plaintiffs,

v.

CHARLES E. GALLAGHER, ESQ., an
individual; WILLIAM P. STEWART JR/ a/k/a
PAUL STEWART a/k/a BILL STEWART, an
individual; GALLAGHER-CLIFTON, LLC
a/k/a The Gallagher Firm, a Florida limited
liability company; TIMESHARE OWNERS
RELIEF, LLC, f/k/a Timeshare Solutions, LLC
a Florida limited liability company; and
RESORT LEGAL TEAM, INC., a Nevada
corporation,

      Defendants.

CASE NO.:

## EXHIBIT 8



9340 W. Martin Ave, Ste 201
Las Vegas, Nevada 89148



**RESORT LEGAL TEAM** INC
CANCELLATION EXPERTS

Mon-Fri 5am – 5pm PST
Account # 505809292

## REDACTED

### _Do you need out of your timeshare contract?_

✓ Do You Believe You Were A Victim Of Fraud or Deceptive Sales Practices When You Purchased It?
✓ Can't Afford The Cost of Ownership or Travel Anymore?
✓ Do You Have Any Health or Medical Reasons Prohibiting You From Traveling or Using Your Timeshare?
✓ Do Not Want to Pass Down the Financial Burden to Your Children?
✓ Are You Feeling Trapped or Even Pressured Into Keeping the Contract?
✓ Was the Timeshare _Not Exactly_ What Was Promised When You Purchased It?
✓ Have the Developers Threatened To or Already Foreclosed and Ruined Your Credit?
✓ Were You Told It Would Increase in Value & That You Could Resell It - Only To Fall Victim To Fraudulent "Resell" Companies?

### _We Can Help!_

Don't fall for scams with companies who say that they can resell or get you out of your timeshare without the help of an attorney! With our expert staff and services, we have been able to assist timeshare owners gain a better understanding of what they own and discuss their options for cancellation using attorneys assigned to their case. Immediately, we will protect your credit from _ANY_ negative remarks and even fix existing issues related to the timeshare!

- **Protect AND Fix Your Credit!**

- **No More Increasing Maintenance Fees!**

- **Cancel Your Timeshare Contract!**

- **100% Success or Your Money Back!**



_Take the first step to timeshare freedom by
speaking to a Resort Legal Team Cancellation Specialist._

## CALL NOW FOR A FREE CONSULTATION (702) 505-9151

Visit us at www.ResortLegalTeam.com
9340 W. Martin Avenue, Suite 201, Las Vegas, NV 89148   Main: 702.505.9151

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

|  |  |
|---|---|
| WYNDHAM VACATION OWNERSHIP, INC., a Delaware corporation; WYNDHAM VACATION RESORTS, INC.; a Delaware corporation, WYNDHAM RESORT DEVELOPMENT CORPORATION, an Oregon Corporation; SHELL VACATIONS, LLC, an Arizona limited liability company; SVC-WEST, LLC, a California limited liability company; SVC-AMERICANA, LLC, an Arizona limited liability company; and SVC-HAWAII, LLC, a Hawaii limited liability company, | CASE NO.: |
|      Plaintiffs, | |
| v. | |
| CHARLES E. GALLAGHER, ESQ., an individual; WILLIAM P. STEWART JR/ a/k/a PAUL STEWART a/k/a BILL STEWART, an individual; GALLAGHER-CLIFTON, LLC a/k/a The Gallagher Firm, a Florida limited liability company; TIMESHARE OWNERS RELIEF, LLC, f/k/a Timeshare Solutions, LLC a Florida limited liability company; and RESORT LEGAL TEAM, INC., a Nevada corporation, | |
|      Defendants. | |

## **EXHIBIT 9**

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Timeshare Owners Relief \| Better Business Bureau® Profile |
| Capture URL: | https://www.bbb.org/us/fl/miramar-beach/profile/timeshare-advocates/timeshare-owners-relief-0683-90031720 |
| Captured site IP: | 216.52.119.101 |
| Page loaded at (UTC): | Mon, 18 Feb 2019 13:02:36 GMT |
| Capture timestamp (UTC): | Mon, 18 Feb 2019 13:02:58 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 5 |
| Capture ID: | 521c6587-2bca-433e-a8eb-89a0fcc12930 |
| User: | sb-mwilson |



Better Business Bureau

Events   Login   USA   ☰

| Find | What are you looking for? ✕ | Near | Chicago, IL | USA ✕ | Search |

Home › Florida › Miramar Beach › Timeshare Advocates › Timeshare Owners Relief

## Timeshare Owners Relief
Timeshare Advocates

📍 122 Seascape Dr Unit 1607
Miramar Beach, FL 32550-8658

🌐 http://www.timeshareownersrelief.com/

📞 (800) 971-8081

🔗 🖨



### Accredited
**This business is not BBB Accredited**

Years in Business: 4

### BBB Rating
**F**

- 9 complaints filed against business

More Reasons for BBB Rating

### Customer Reviews
★★★★☆

Average of 4 Customer Reviews

**Leave a Review**

### Customer Complaints
9 complaints closed in last 3 years

4 complaints closed in last 12 months

View Complaints Summary

**File a Complaint**



Are you the business owner of Timeshare Owners Relief? Claim your listing.

## Products & Services
This company offers timeshare relief that specializes in complete timeshare cancellations

## Customer Complaints
9 Customer Complaints

Need to file a complaint?
BBB is here to help. We'll

---

Document title: Timeshare Owners Relief | Better Business Bureau® Profile
Capture URL: https://www.bbb.org/us/fl/miramar-beach/profile/timeshare-advocates/timeshare-owners-relief-0683-90031720
Capture timestamp (UTC): Mon, 18 Feb 2019 13:02:58 GMT

Page 1 of 4

Better Business Bureau • USA

Events    Login    USA

**Find** What are you looking for? ✕    **Near** Chicago, IL    USA ✕    **Search**

## Business Details

| | |
|---|---|
| **BBB File Opened:** | 10/16/2015 |
| **Years in Business:** | 4 |
| **Business Started:** | 1/1/2015 |
| **Business Started Locally:** | 1/1/2015 |
| **Business Incorporated:** | 1/1/2015 in FL |
| **Type of Entity:** | Limited Liability Company (LLC) |

**Alternate Business Name**
Timeshare Owners Relief, LLC

**Business Management**
Mr. William Paul Stewart, Managing Member
**Additional Contact Information**
Fax Numbers
(954) 337-3242

Addresses
✉ Email this Business

**Products and Services**
This company offers timeshare relief that specializes in complete timeshare cancellations

**Business Categories**
Timeshare Advocates

Need to file a complaint? BBB is here to help. We'll guide you through the process. How BBB Processes Complaints and Reviews

**File a Complaint**

**Most Recent Customer Complaint**

**Complaint Type:** Problems with Product/Service

**Status:** Unanswered ⍰



05/23/2018

They guaranteed that I would be out of my timeshare in a year or my money back. It has been 2 years and I still have my timeshare. I was contacted by an individual that stated that he was representing a company called Timeshare Owners Relief and that they were able to get me out of my timeshare that I own. The guy stated that the company would get me out of the timeshare in less than a year or pay me back my money. This is also stated on the contract that if they were unable to get my out of my contract that all monies would be refunded in 10 busi... Read More

Read 8 More Complaints

## Customer Reviews

4 Customer Reviews

What do you think? Share your review. How BBB Processes Complaints and Reviews

**Leave a Review**

**Most Recent Customer Review**



Daniel Lane
★★★☆☆    12/28/2018

We paid Timeshsre Owners Relief $3700 to relieve our timeshare May 4, 2016. We have been given the run around by the owner Paul *******. By phone in December he told me not to pay the maintenance fee of $700.00. I did not pay it trusting that ******* was honest and would solve the matter on our behalf as he promised in the contract. At the end of 2017 the time share dent us a bill for $2100.00 to cover the fee for two years

Document title: Timeshare Owners Relief | Better Business Bureau® Profile
Capture URL: https://www.bbb.org/us/fl/miramar-beach/profile/timeshare-advocates/timeshare-owners-relief-0683-90031720
Capture timestamp (UTC): Mon, 18 Feb 2019 13:02:58 GMT

Better Business Bureau

the matter on our behalf as he promised in the
contract. At the end of 2017 the time share dent us
a bill for $2100.00 to cover the fee for two years
including a late fee. We paid it. Now for the year
2019 we have bill due on. January 1, 2019 for
$1100.00 plus. We have been unsble... Read More

Read 3 More Customer Reviews

## Business Categories

Timeshare Advocates

## Local BBB

**BBB of Northwest Florida**

More Info on Local BBB

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. Information in this BBB Business Profile is believed reliable, but not guaranteed as to accuracy.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.

As a matter of policy, BBB does not endorse any product, service or business.



**For Consumers**

File a Complaint
BBB Scam Tracker
File an Auto Warranty Complaint
BBB Ad Truth

**For Businesses**

Become Accredited
BBB EU Privacy Shield

**About BBB**

BBB Directory
Give.org
BBB Institute for Marketplace
Trust
BBB Programs
Council of Better Business
Bureaus
Contact
BBB Business Partner Code
Mission & Vision

   

Terms of Use | Privacy Policy | Your Ad Choices |
Trademarks

© 2019, Council of Better Business Bureaus, Inc., separately
incorporated Better Business Bureau organizations in the US, Canada
and Mexico, and BBB Institute for Marketplace Trust. All Rights
Reserved.



Better Business Bureau

| | Events | Login | USA | |

**Find** What are you looking for?

**Near** Chicago, IL    USA

**Search**

...contract. At the end of 2017 the time share dent us a bill for $2100.00 to cover the fee for two years including a late fee. We paid it. Now for the year 2019 we have bill due on. January 1, 2019 for $1100.00 plus. We have been unsble... Read More

Read 3 More Customer Reviews

## Business Categories

Timeshare Advocates

## Local BBB

BBB of Northwest Florida

More Info on Local BBB

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. Information in this BBB Business Profile is believed reliable, but not guaranteed as to accuracy.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.

As a matter of policy, BBB does not endorse any product, service or business.



**For Consumers**

File a Complaint
BBB Scam Tracker
File an Auto Warranty Complaint
BBB Ad Truth

**For Businesses**

Become Accredited
BBB EU Privacy Shield

**About BBB**

BBB Directory
Give.org
BBB Institute for Marketplace Trust
BBB Programs
Council of Better Business Bureaus
Contact
BBB Business Partner Code
Mission & Vision

   

Terms of Use | Privacy Policy | Your Ad Choices | Trademarks

© 2019, Council of Better Business Bureaus, Inc., separately incorporated Better Business Bureau organizations in the US, Canada and Mexico, and BBB Institute for Marketplace Trust. All Rights Reserved.

Document title: Timeshare Owners Relief | Better Business Bureau® Profile
Capture URL: https://www.bbb.org/us/fl/miramar-beach/profile/timeshare-advocates/timeshare-owners-relief-0683-90031720
Capture timestamp (UTC): Mon, 18 Feb 2019 13:02:58 GMT

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| WYNDHAM VACATION OWNERSHIP, INC., a Delaware corporation; WYNDHAM VACATION RESORTS, INC.; a Delaware corporation, WYNDHAM RESORT DEVELOPMENT CORPORATION, an Oregon Corporation; SHELL VACATIONS, LLC, an Arizona limited liability company; SVC-WEST, LLC, a California limited liability company; SVC-AMERICANA, LLC, an Arizona limited liability company; and SVC-HAWAII, LLC, a Hawaii limited liability company, | CASE NO.: |

   Plaintiffs,

v.

CHARLES E. GALLAGHER, ESQ., an individual; WILLIAM P. STEWART JR/ a/k/a PAUL STEWART a/k/a BILL STEWART, an individual; GALLAGHER-CLIFTON, LLC a/k/a The Gallagher Firm, a Florida limited liability company; TIMESHARE OWNERS RELIEF, LLC, f/k/a Timeshare Solutions, LLC a Florida limited liability company; and RESORT LEGAL TEAM, INC., a Nevada corporation,

   Defendants.

## EXHIBIT 10

## DECLARATION OF NATHAN JAY KOLB

1.      My name is Nathan Jay Kolb.  I am over eighteen (18) years of age and I am authorized and competent to make the statements contained in this declaration, which I am making based upon my own personal knowledge.

2.      My wife, Susan Kolb, and I have happily owned a Wyndham timeshare for several years.

3.      We have enjoyed our Wyndham timeshare over the years, and overall we have been happy with using it.

4.      Since our Wyndham timeshare ownership began, we have received various letters or "mailers" advertising timeshare services, including mailers from companies offering to get timeshare owners out of their existing timeshare contracts.

5.      My wife and I experienced an unexpected decrease in our income in 2017 which made it financially difficult to continue our Wyndham timeshare ownership.

6.      We initially contacted Wyndham Customer Service to inquire if we could cancel our timeshare contract, but we were told we could not at that time, which I believe was due to the fact that we still had a balance on our timeshare mortgage.

7.      Due to our financial issue, we began researching some of these companies offering to get us out of our timeshare contract, including RESORT LEGAL TEAM, a company that says they are based out of Las Vegas, who had sent us a mailer advertising timeshare exit services. A true and accurate copy of this mailer is attached as Exhibit "1," and is referenced hereafter as the "Mailer."

8.      The Mailer contained several things that made me believe that an attorney would be involved with RESORT LEGAL TEAM's services, including the name ("RESORT <u>LEGAL</u>

TEAM"), the scales of justice at the top left of the mailer, the warning to not "fall for scams" of companies who say they can get you out of your timeshare "without the help of an attorney!" and the representation in the next sentence that "attorneys" would be "assigned to [our] case." *See Exhibit "1."*

9.      The Mailer also advertised RESORT LEGAL TEAM's services as being "100% RISK FREE" and offering "100% Success or Your Money Back" in both cancelling our timeshare contract and would "Protect AND Fix [our] Credit!" *See Exhibit "1."*

10.      Based on RESORT LEGAL TEAM's representations in the Mailer, we believed it would be prudent to have an attorney assist us with trying to cancel our Wyndham timeshare ownership.

11.      I attempted to further research this entity and found that it had no complaints on the Better Business Bureau and had a good rating. When I looked at their website (www. resortlegalteam.com/about/), I saw that RESORT LEGAL TEAM advertised working with a network of attorneys to "not only attain a legal binding agreement signed by the timeshare developer, but also to get any money back paid toward the timeshare when possible." A true and accurate copy of this website is attached hereto as Exhibit "2."

12.      Based on the representations in the Mailer and on RESORT LEGAL TEAM's website, I believed that RESORT LEGAL TEAM was offering a legal service whereby attorneys would assist me in cancelling my timeshare ownership with Wyndham which was 100% guaranteed or we would receive a refund. Because of this, I called RESORT LEGAL TEAM at (702) 505-9151 a few days before February 28, 2018, and spoke with Adam Brown who identified himself as a representative of RESORT LEGAL TEAM.

- 2 -

13.     Adam Brown convinced us that it was necessary to take legal action against Wyndham in order to cancel our Wyndham timeshare ownership, which cost $6,000, payable to RESORT LEGAL TEAM.

14.     I believed this $6,000 was to be paid to RESORT LEGAL TEAM in order to retain an attorney on our behalf, based upon the Mailer, RESORT LEGAL TEAM's website, and Adam Brown's representations.

15.     Adam Brown sent us a **SERVICE AGREEMENT** for RESORT LEGAL TEAM, which my wife and I executed on February 26, 2018. A true and accurate copy of this agreement is attached hereto as Exhibit "3" and is referred to hereafter as the "Agreement."

16.     On the same day, we also arranged for payment of the $6,000 to RESORT LEGAL TEAM with our debit card.

17.     Shortly after executing the Agreement we spoke with Adam Brown about whether we needed to continue paying the mortgage and maintenance fees during this process, and Adam Brown told us that "We can't tell you *not* to pay Wyndham but not paying them will help move your cancellation along faster."

18.     Adam Brown also instructed us to discontinue speaking with Wyndham altogether.

19.     Adam Brown advised us that a small portion of the $6,000 fee would go to a credit repair company called Trade Bloc which would monitor our credit and let us know if any negative reporting occurred, at which point Trade Bloc would help us remove such negative information.

- 3 -

20.     Several weeks after signing the Agreement, we received a phone call from Paul Stewart who identified himself as a representative of the "Gallagher-Clifton" law firm. Paul Stewart indicated that he would be representing us in our legal action against Wyndham.

21.     We assumed that Paul Stewart was an attorney with Gallagher-Clifton, and that Gallagher-Clifton was a law firm in Florida based upon our discussion with Paul Stewart.

22.     Based upon the Mailer, RESORT LEGAL TEAM's website, our conversation with Adam Brown, and our conversation with Paul Stewart of Gallagher-Clifton, we naturally assumed that we were being represented by an attorney named Paul Stewart who worked at a Florida law firm called Gallagher-Clifton.

23.     We never received any letters from Gallagher-Clifton, nor were we copied on any letters from Gallagher-Clifton to Wyndham.  We were never even informed that Gallagher-Clifton was sending letters to Wyndham, on our behalf or otherwise.

24.     I called both Adam Brown with RESORT LEGAL TEAM and Paul Stewart with Gallagher-Clifton several times over the ensuing months and while we talked at length about what was going on and what may be causing the delays with cancelling our timeshare ownership, nothing either of them said ever seemed to make complete sense or explain the delays.

25.     I have since been made aware of a letter dated May 16, 2018, purporting to be from Charles E. Gallagher with letterhead bearing "Gallagher-Clifton" and indicating an address of 4641 Gulfstarr Drive, Ste 102, Destin, FL 32541, which purported to "reiterate our client's [my wife and I] desire to terminate" our Wyndham timeshare ownership for a "small transfer fee." A true and accurate representation of what I understand to be this letter is attached hereto as Exhibit "D" and is referenced hereafter as the "Representation Letter."

- 4 -

26.     Neither Adam Brown nor Paul Stewart ever spoke to me about nor warned me of any additional fees such as the "small transfer fee" offered in the Representation Letter.

27.     In early 2019, my wife and I found out that Wyndham had instituted legal action against us regarding our timeshare ownership. I called Adam Brown upon finding out about this, and he said "They're not supposed to do that when you're represented."

28.     I contacted the credit monitoring firm, Trade Bloc, to find out if any negative information had been reported to the credit bureaus. I spoke to a woman named "Dee," who indicated they would check into it. I never heard back from Trade Bloc.

29.     Next I called Gallagher-Clifton, but I had to leave a voicemail (which I did).

30.     I received a phone call back from a man named Charles Gallagher identifying himself as a representative of Gallagher-Clifton, who told me "I can't represent you because I'm not licensed in Nevada so I can only give you advice."

31.     Charles Gallagher spoke to me at length, but ultimately offered no useful advice, nor was he able to explain how this process starting with RESORT LEGAL TEAM and culminating with Gallagher-Clifton resulted in a lawsuit being filed against my wife and I.

32.     Ultimately, after my fourth or fifth conversation with Charles Gallagher and Paul Stewart of Gallagher-Clifton, my wife and I began to realize we had probably been scammed and deceived by RESORT LEGAL TEAM and Gallagher-Clifton.

33.     Frustrated with these events, I contacted the attorney representing Wyndham in the legal action regarding my timeshare ownership, Christopher Connelly, Esq. of Fort Smith, AR.

34.     Once Mr. Connelly understood we were not represented, he was very nice, and took the time to listen to our story described above. He indicated he would speak with Wyndham to help us resolve our financial and legal issues.

35.     Both Mr. Connelly and Wyndham have been very understanding and helpful throughout this process.

36.     I should have known better than to throw away $6,000 that I cannot afford to lose, but the representations by RESORT LEGAL TEAM within its Mailer, website, and my conversations with Adam Brown made me believe it was the only way to get out of my timeshare contract.

37.     I have not received my money back from RESORT LEGAL TEAM as guaranteed on their Mailer and website, and I am most certainly not 100% satisfied with their services which appear to have amounted to nothing more than several telephone calls with me and a letter being sent on my behalf (without my knowledge) in exchange for my $6,000.

38.     I believe RESORT LEGAL TEAM is a scam, and I was deceived by their misleading representations and advertisements into throwing away $6,000 for what amounted to nothing.

{REMAINDER OF PAGE LEFT INTENTIONALLY BLANK}

- 6 -

PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

FURTHER DECLARANT SAYETH NAUGHT.

Executed: ___2-20___, 2019.

NATHAN JAY KOLB

- 7 -



9340 W. Martin Ave, Ste 201
Las Vegas, Nevada 89148



**RESORT LEGAL TEAM** INC
CANCELLATION EXPERTS

Mon-Fri  5am – 5pm PST
Account # 488474777

Nathan Jay Kolb
Susan Kay Kolb
20 Ruckle Ln
Benton, PA 17814-7951

### *Do you need out of your timeshare contract?*

✓ Do You Believe You Were A Victim Of Fraud or Deceptive Sales Practices When You Purchased It?
✓ Can't Afford The Cost of Ownership or Travel Anymore?
✓ Do You Have Any Health or Medical Reasons Prohibiting You From Traveling or Using Your Timeshare?
✓ Do Not Want to Pass Down the Financial Burden to Your Children?
✓ Are You Feeling Trapped or Even Pressured Into Keeping the Contract?
✓ Was the Timeshare *Not Exactly* What Was Promised When You Purchased It?
✓ Have the Developers Threatened To or Already Foreclosed and Ruined Your Credit?
✓ Were You Told It Would Increase in Value & That You Could Resell It - Only To Fall Victim To Fraudulent "Resell" Companies?

### *We Can Help!*

Don't fall for scams with companies who say that they can resell or get you out of your timeshare without the help of an attorney!  With our expert staff and services, we have been able to assist timeshare owners gain a better understanding of what they own and discuss their options for cancellation using attorneys assigned to their case.  Immediately, we will protect your credit from *ANY* negative remarks and even fix existing issues related to the timeshare!

- **Protect AND Fix Your Credit!**

- **No More  Increasing Maintenance Fees!**

- **Cancel Your Timeshare Contract!**

- **100% Success or Your Money Back!**



*Take the first step to timeshare freedom by
speaking to a Resort Legal Team Cancellation Specialist.*

## CALL NOW FOR A FREE CONSULTATION (702) 505-9151

Visit us at www.ResortLegalTeam.com
9340 W. Martin Avenue, Suite 201, Las Vegas, NV 89148   Main: 702.505.9151

## EXHIBIT 1

Case 6:19-cv-00476-CAP-EJK   Document 3-2   Filed 03/13/19   Page 41 of 50 PageID 204
Case 6:19-cv-00476-CAP-TBS   Document 1-13   Filed 03/11/19   Page 10 of 19 PageID 137

📞 (702) 505-9151    ✉ office@resortlegalteam.com    f





**EXHIBIT 2**

Case 6:19-cv-00476-GAP-EJK   Document 3-2   Filed 03/13/19   Page 42 of 50 PageID 295



**Our specialists are well informed in all aspects of the industry and are legally bound to give you honest information about your particular situation and to show you what your best options are, including matching you with an attorney who will be retained on your behalf.**

**The attorneys specialize in timeshare law and have successfully released thousands of timeshare owners from unwanted timeshare contracts.**

**Our specialists ascertain exactly the best approach for you to build the case, collecting information about your own personal experience with the timeshare purchase, starting from when you first were sold the timeshare, through how often they tried to upgrade you, to the actual availability and quality of the timeshare itself and whether or not you felt lied to in any part of the process.**

**The attorneys work hard to not only attain a legal binding agreement signed by the timeshare developer, but also to get any money back paid toward the timeshare when possible.  ALL of our cases end with a FULL and TOTAL REMOVAL of the timeshare from your records ~ with a settlement agreement that  releases you from any tax obligations regarding the timeshare via proper tax treatment!**

Case 6:19-cv-00476-CAP-EJK   Document 3-2   Filed 03/13/19   Page 43 of 50 PageID 296
Case 6:19-cv-00476-CAP-TBS   Document 1-13   Filed 03/11/19   Page 12 of 19 PageID 159



With all of the scams in the industry, ranging from companies that promise to resell your timeshare for you, the timeshare developers themselves trying to upgrade your timeshare to "help" you fix your attitude about the timeshare, the hidden fees and processes and constantly increasing maintenance costs, the fact that travel today is the cheapest it has ever been and there are ways to rent a week anywhere in the world for pennies compared to the cost of the timeshare, to companies offering to "get you out of your timeshare" without any legal representation or GUARANTEED success rate, it is VERY necessary to go with a TEAM you could trust who offers a 100% RISK FREE MONEY BACK GUARANTEE!

Everyone has fallen for some lie or scam at one point in their life.  Don't add insult to injury by falling for one again.  Let us help you to stop the

Case 6:19-cv-00476-GAP-EJK   Document 3-2   Filed 03/13/19   Page 44 of 50 PageID 297
Case 6:19-cv-00476-GAP-TBS   Document 1-13   Filed 03/11/19   Page 13 of 19 PageID 140

timeshare madness and free you from the contract.  Call or fill out the contact form below and have a FREE CONSULTATION with us TODAY.

## WHO WE ARE

Our specialists are well informed in all aspects of the industry and are legally bound to give you honest information about your particular situation and to show you what your best options are, including matching you with an attorney who will be retained on your behalf.

The attorneys specialize in timeshare law and have successfully released thousands of timeshare owners from unwanted timeshare contracts.

12 of 18

## WHAT WE DO

**Our specialists ascertain exactly the best approach for you to build the case, collecting information about your own personal experience with the timeshare purchase, starting from when you first were sold the timeshare, through how often they tried to upgrade you, to the actual availability and quality of the timeshare itself and whether or not you felt lied to in any part of the process.**

**The attorneys work hard to not only attain a legal binding agreement signed by the timeshare developer, but also to get any money back paid toward the timeshare when possible.  ALL of our cases end with a FULL and TOTAL REMOVAL of the timeshare from your records ~ with a settlement agreement that  releases you from any tax obligations regarding the timeshare via proper tax treatment!**

## WHY IT MATTERS

**With all of the scams in the industry, ranging from companies that promise to resell your timeshare for you, the timeshare developers themselves trying to upgrade your timeshare to "help" you fix your attitude about the timeshare, the hidden fees and processes and constantly increasing maintenance costs, the fact that travel today is the cheapest it has ever been and there are ways to rent a week anywhere in the world for pennies compared to the cost of the timeshare, to companies offering to "get you out of your timeshare" without any legal representation or GUARANTEED success rate, it is VERY necessary to go with a TEAM you could trust who offers a 100% RISK FREE MONEY BACK GUARANTEE!**

**Everyone has fallen for some lie or scam at one point in their life.  Don't add insult to injury by falling for one again.  Let us help you to stop the**

13 of 18

**timeshare madness and free you from the contract.  Call or fill out the contact form below and have a FREE CONSULTATION with us TODAY.**

## *Contact us for a FREE consultation*

**Name**

**Email Address**

**Contact Number**

**Best Day & Time to Call (Please inclu**

**Tell us about your situation**

Submit

About Us | Resort Legal Team



© The Resort Legal Team. 2016



# RESORT LEGAL TEAM INC
## CANCELLATION EXPERTS

### SERVICE AGREEMENT

**THIS SERVICE AGREEMENT** ("the "Agreement") is entered into on  02/26/2018  , between Resort Legal Team, Inc whose address is 9340 W Martin Ave, Suite 201, Las Vegas, Nevada 89148 (the "Company"), and
<u>Susan Kay Kolb & Nathan Jay Kolb</u>
(individually and collectively referred to as "Client") whose address is

<u>20 Ruckle Ln, Benton, PA 17814-7951</u>.


**Whereas,** Client has entered into one or more agreements (the "Timeshare Agreement") to purchase a timeshare, vacation ownership and/or vacation club membership with <u>Wyndham Vacation Resorts</u> (the "Developer"), and Client now desires to cancel or otherwise terminate the Timeshare Agreement.

**Whereas,** Client desires to hire the Company to facilitate the cancellation of the Timeshare Agreement.

**NOW, THEREFORE**, in consideration of the mutual promises set forth herein, the parties agree as follows:

1.      **TERM:**  This Agreement shall commence on the date the Company receives the Fee (as defined below) and will terminate at such point Client receives a bona fide offer to terminate the Timeshare Agreement(s), or in the event that the Client does not uphold their obligations to the Company as outlined in this Service Agreement.

2.      **FEE:** Client agrees to pay a fee equal to $6000.  Client understands that no services will be performed and this Agreement will not be valid until the Fee has been paid in full, unless otherwise stated and agreed to in a financial agreement addendum.

3.      **GUARANTEE:**  Company guarantees that in the event that the following conditions have not occurred: 1) Client's Timeshare Agreement(s) are cancelled or otherwise terminated, or  2) Client has received an offer from the Developer to terminate the Timeshare Agreement(s), and the Client has not failed to perform their obligations to the process as outlined in this service agreement, at the end of the 18 months from the date this agreement was signed, Client can request, in writing to Company, within five business days, either a refund of fees paid to Company or an extension to the Agreement. If no written request is received, the Agreement will automatically extend for an additional six months.

4.      **CLIENT RESPONSIBILITIES:**

a) Client agrees that all information provided to Company is true, accurate, and complete.
b) Client agrees to deliver upon request any and all copies of all documents that are in client's control or reasonably available to them, correspondence, notes, and memos that in any way relate to the Timeshare Agreement (s) and/or Developer, which must be submitted in full before Company can begin work on behalf of Client.
c) Client agrees not to engage in any activity, communication, or interaction with Developer or any person associated with Developer without first obtaining Company's approval.

16 of 18

### EXHIBIT 3

DocuSign Envelope ID: 7DAD65D2-98E9-4205-A459-A1872DAC3573

Case 8:19-cv-00476-CAP-TBS Document 1-13 Filed 08/11/19 Page 18 of 19 PageID 145
Case 6:19-cv-00476-CAP-TBS Document 1-2 Filed 03/13/19 Page 49 of 50 PageID 302

d) Client agrees not to engage in any activity, communication, or interaction for the purpose of terminating or amending the Timeshare Agreement(s).

e) Client warrants and represents that Client is not presently, and was not ever in the past, an employee, agent, or representative of any person or entity associated with the timeshare industry.

f) Client understands that the services rendered by Company do not cover or release Client from financial obligations or monies transferred to any third party financial institutions as a result of Client's timeshare purchase. All third party financial transfers or amounts transferred to a credit card or other method of payment are the liability of the Client and must be disputed directly with the financial institution.

g) Client understands that there may be a small document processing fee to complete the transfer of ownership out of client's name through the negotiations for cancellation. This is not covered by the fee paid to the Company as described in number 2 above.

h) Client agrees that Company has in no way directed Client to stop making payments to the timeshare developer. The decision to make or to not make payments is the sole choice of the Client.

5. **POWER OF ATTORNEY:** Client, being of legal age, with residence and postal address as stated herein above, do/does hereby APPOINT Company as my/our true and legal representative to act for and in my/our name and stead with full power of attorney to take any and all actions necessary to affect the full and irrevocable cancellation of my/our Timeshare Agreement(s) with the Developer. This power of attorney hereby grants unto our representative the full power and authority to execute and perform every act necessary to render the Contracts null and void, as though I/we have so personally performed it, and HEREBY APPROVING ALL that the Company may do by virtue hereof.

**CLIENT:**

Name  Susan Kay Kolb                                          Name  Nathan Jay Kolb

Signature  *Susan Kay Kolb*                          Signature  *Nathan Jay Kolb*
567A9B5B457A433...                                              567A9B5B457A433...

Date  02/26/2018                                              Date  02/26/2018

**COMPANY:**

Name  Adam Brown

Signature  *Adam Brown*                                 Date  02/26/2018
121C34215F15460...

# GALLAGHER-CLIFTON

Charles E. Gallagher
4641 Gulfstarr Drive, Suite 102
Destin, FL 32541

Office: (800) 509-9141
Fax:   (954) 337-3242

May 16, 2018

Wyndham Vacation Resorts
6277 Sea Harbor Drive
Orlando, FL 32821

**RE: Nathan and Susan Kolb**        **ACCOUNT: # 000411622202**

Dear Sir/Madame:

This letter is to reiterate our client's desire to terminate the above referenced obligation with your timeshare company. This includes the mortgage and promissory note, if applicable.

We are willing to entertain a small transfer fee, and respectfully ask (on the client's behalf) that you consider their request.

We would request that you have your loss mitigation department or sales office contact our office at your earliest convenience. Or, provide us with the appropriate contact information so that we may initiate additional contact to resolve this matter, and avoid unnecessary time and expense.

Please call my office if you have any questions or comments. We look forward to hearing from you within the next 10 days regarding settlement of this matter.

Sincerely yours,

Charles E. Gallagher

**American Bar Association Center for Professional Responsibility Rule 2.4:** Lawyer Serving as Third-Party Neutral; (a) A lawyer serves as a third-party neutral when the lawyer assists two or more persons who are not clients of the lawyer to reach a resolution of a dispute or other matter that has arisen between them. Service as a third-party neutral may include service as an arbitrator, a mediator or in such other capacity as will enable the lawyer to assist the parties to resolve the matter; **(b) A lawyer serving as a third-party neutral shall inform unrepresented parties that the lawyer is not representing them.** When the lawyer knows or reasonably should know that a party does not understand the lawyer's role in the matter, the lawyer shall explain the difference between the lawyer's role as a third-party neutral and a lawyer's role as one who represents a client.

**EXHIBIT D**