FILED
2019 APR -8 PM 1:21

U.S. DISTRICT OUCRT
MIDDLE DISTRICT OF FLORIDA (ORLANDO)

Wyndham Vacation Ownership, Inc.;
Wyndham Vacation Resorts, Inc.;
Wyndham Resort Development
Corporation; Shell Vacations, LLC;
SVC-West, LLC; SVC-Americana, LLC;
SVC-Hawaii, LLC,

Case No.: 6:19-cv-00476-GAP-TBS

v.

Magistrate Judge: Smith

Charles E. Gallagher;
William P. Stewart, Jr.;
Gallagher-Clifton, LLC; Timeshare
Owners Relief, LLC; Resort
Legal Team, Inc.

---

## NOTICE OF APPEARANCE

COMES NOW Joseph L. Hammons, of The Hammons Law Firm, P.A., 17 W. Cervantes Street, Pensacola, FL 32501, and makes this his notice of appearance as attorney of record on behalf of the Defendant s in the above-referenced matter.

JOSEPH L. HAMMONS
FBN: 218979
The Hammons Law Firm, P.A.
17 W. Cervantes Street
Pensacola, FL 32501
(850) 434-1068
Attorney for Defendants Charles E. Gallagher; William P. Stewart, Jr.; Gallagher-Clifton, LLC; Timeshare Owners Relief, LLC

\* \* \*

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing has been furnished to Plaintiffs' attorneys by U.S. Mail on 5th April, 2019.

*[signature]*

JOSEPH L. HAMMONS
FBN: 218979
The Hammons Law Firm, P.A.
17 W. Cervantes Street
Pensacola, FL 32501
(850) 434-1068
Attorney for Defendants Charles E. Gallagher; William P. Stewart, Jr.; Gallagher-Clifton, LLC; Timeshare Owners Relief, LLC