## U.S. DISTRICT OUCRT
## MIDDLE DISTRICT OF FLORIDA (ORLANDO)

**Wyndham Vacation Ownership, Inc.;**
**Wyndham Vacation Resorts, Inc.;**
**Wyndham Resort Development**
**Corporation; Shell Vacations, LLC;**
**SVC-West, LLC; SVC-Americana, LLC;**
**SVC-Hawaii, LLC,**

                              **Case No.: 6:19-cv-00476-GAP-TBS**

v.

                              **Magistrate Judge: Smith**

**Charles E. Gallagher;**
**William P. Stewart, Jr.;**
**Gallagher-Clifton, LLC; Timeshare**
**Owners Relief, LLC; Resort**
**Legal Team, Inc.**

---

## UNOPPOSED MOTION TO WITHDRAW

Undersigned counsel, The Hammons Law Firm, moves to withdraw from representation of the named Defendant Charles E. Gallagher, Esquire and in support thereof shows the following:

1. The Hammons Law Firm has concluded the existence of a potential or actual conflict of interest of Defendant Charles E. Gallagher and the remaining Florida Defendants.

2. The potential conflict of interest has no adverse relationship to the pleadings to date and the Motion to Dismiss filed on behalf of all

Florida Defendants.

3. Charles E. Gallagher, Esquire, has agreed to undersigned counsel withdrawing from further representation and, upon the granting of this motion, will file a Notice of Appearance on his own behalf or appear through counsel.

4. In accordance with Rule 3.01(g), Local Rules for the United States District Court for the Middle District of Florida, counsel for the Florida Defendants has conferred with counsel for the Defendant Resort Legal Team, Inc., and Defendant Resort Legal Team, Inc., has no objection to the Court granting this motion. Counsel for the Florida Defendants has conferred with counsel fo the Plaintiffs and counsel for the Plaintiffs does not object to the Court granting this motion.

5. This motion is not for purposes of delay and it is not anticipated the granting of the motion will delay responses by Florida Defendants to pending discovery.

WHEREFORE, undersigned counsel, and The Hammons Law Firm move to

withdraw as counsel of record for Charles E. Gallagher, Esquire.

/s/ Joseph L. Hammons
JOSEPH L. HAMMONS
FBN:  218979
The Hammons Law Firm, P.A.
17 W. Cervantes Street
Pensacola, FL 32501
(850) 434-1068
Attorney for Defendants Charles E. Gallagher; William P. Stewart, Jr.; Gallagher-Clifton, LLC; Timeshare Owners Relief, LLC

\*   \*   \*

**CERTIFICATE OF SERVICE**

I CERTIFY that a copy of the foregoing has been furnished to Plaintiffs' attorneys and Defendant Resort Legal Team, Inc.'s attorney by electronic filing and Charles E. Gallagher by email on 13th June, 2019.

/s/ Joseph L. Hammons
JOSEPH L. HAMMONS
FBN:  218979
The Hammons Law Firm, P.A.
17 W. Cervantes Street
Pensacola, FL 32501
(850) 434-1068
Attorney for Defendants Charles E. Gallagher; William P. Stewart, Jr.; Gallagher-Clifton, LLC; Timeshare Owners Relief, LLC