UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| WYNDHAM VACATION OWNERSHIP, INC.; WHYDHAM VACATION RESORTS, INC.; WYNDHAM RESORT DEVELOPMENT CORPORATION; SHELL VACATIONS, LLC; SVC-WEST, LLC; SVC-AMERICANA, LLG; and SVC-HAWAII, LLC | Civil Action No.: 6:19-cv-00476-GAP-TBS |
|---|---|
| Plaintiffs, v. CHARLES E. GALLAGHER; WILLIAM P. STEWART, JR.; GALLAGHER-CLIFTON, LLC; TIMESHARE OWNERS RELIEF, LLC; and RESORT LEGAL TEAM, INC., Defendants. | **JORGE L. ALVAREZ'S RESPONSE TO COURT ORDER TO SHOW CAUSE** |

## **RESPONSE TO COURT ORDER TO SHOW CAUSE**

This cause comes before the Court *sua sponte*. On July 31, 2019, the magistrate judge entered an Order granting the undersigned permission to appear *pro hac vice* in the instant case (Doc. 55). The motion was granted provided the undersigned register for a CM/ECF login and password. The undersigned promptly and diligently proceeded to register for the electronic service system. At the same time, G. Mark Albright, the senior partner at the undersigned's law firm, was also in the process of registering for a CM/ECF login and password.

The undersigned and Mr. Albright delegated this task to their respective paralegals. Mr. Albright's registration was processed immediately thereafter. In doing so, Mr. Albright's paralegal also added the undersigned's email address to the service list. Thus, the undersigned started receiving all the pleadings and motions directly from the electronic service system, which caused the undersigned to erroneously assume that his paralegal had completed the registration process

on his behalf. Likewise, since the undersigned's paralegal noted that the undersigned was being electronically served with the pleadings, she assumed that the undersigned had taken the lead and completed the process.

Simply stated, it was an internal miscommunication between the undersigned and his paralegal that caused the undersigned to fail to comply with this Court's order. On March 1, 2020, the undersigned completed the registration process and thus hereby files the instant response with his own username and password. Accordingly, the undersigned respectfully asks this Court's indulgence in allowing him to maintain his *pro hac vice* status in order to continue to represent his client, Resort Legal Team, Inc. before this Court until the resolution or conclusion of this case.

DATED this 5ᵗʰ day of March, 2020.

                                        **ALBRIGHT, STODDARD, WARNICK**
                                        **& ALBRIGHT**


                                        G. MARK ALBRIGHT, ESQ. (NV No. 1394)
                                        JORGE L. ALVAREZ, ESQ. (NV No. 14466)
                                        801 S. Rancho Drive, Suite D-4
                                        Las Vegas, Nevada 89106
                                        Tel: (702) 384-7111 / Fax: (702) 384-0605
                                        gma@albrightstoddard.com
                                        jalvarez@albrightstoddard.com
                                        *Admitted Pro Hac Vice*

                                        C. GENE SHIPLEY, ESQ. (FL No. 130028)
                                        **FISHER RUSHMER, P.A.**
                                        390 N. Orange Avenue, Suite 2200
                                        Orlando, Florida 32801
                                        Tel: (407) 843-2111 / Fax: (407) 422-1080
                                        jfisher@fisherlawfirm.com
                                        gshipley@fisherlawfirm.com
                                        *Counsel for Defendant Resort Legal Team, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of March, 2020, I electronically filed the

foregoing **DEFENDANT RESORT LEGAL TEAM, INC.'S RESPONSE TO COURT**

**ORDER TO SHOW CAUSE** with the Clerk of the Court by using the CM/ECF system, which

will send electronic notification to all counsel of record.

Joseph L. Hammons, Esq.
THE HAMMONS LAW FIRM, P.A.
17 W. Cervantes Street
Pensacola, FL 32501
Telephone: (850) 434-1068
jlhlaw1@bellsouth.net
*Attorney for Defendants, Charles E. Gallagher,*
*William P. Stewart, Jr., Gallagher-Clifton,*
*LLC and Timeshare Owners Relief, LLC*

Richard W. Smith, Esq.
civilservice@nejamelaw.com
NEJAME LAW, P.A.
189 S. Orange Ave., Suite 1800
Orlando, FL 32801
Telephone: (407) 500-000
*Attorney for Defendants, Alleviate Consulting*
*and Clayton Gonzalez*

Charles E. Gallagher
239 Serina Cove
Destin, FL 32541
gallagherclosings@gmail.com
Telephone: (850) 666-0074
*Pro Se Defendant*

Alfred J. Bennington, Jr., Esq.
Glennys Ortega Rubin, Esq.
Daniel J. Barsky, Esq.
SHUTTS & BOWEN, LLP
300 S. Orange Ave., Suite 1600
Orlando, FL 32801
Telephone: (407) 835-6755
bbennington@shutts.com
grubin@shutts.com
dbarsky@shutts.com
*Attorneys for Plaintiffs*

An Employee of Albright, Stoddard, Warnick & Albright

-3-