UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC.; WYNDHAM RESORT DEVELOPMENT CORPORATION; SHELL VACATIONS, LLC; SVC-AMERICANA, LLC; and SVC-HAWAII, LLC,

    Plaintiffs,

v.      CASE NO.: 6:19-cv-476-GAP-EJK

CHARLES E. GALLAGHER, ESQ.; WILLIAM P. STEWART JR/ a/k/a PAUL STEWART a/k/a BILL STEWART; GALLAGHER-CLIFTON, LLC a/k/a The Gallagher Firm; TIMESHARE OWNERS RELIEF, LLC, f/k/a Timeshare Solutions, LLC; RESORT LEGAL TEAM, INC.; ALLEVIATE CONSULTING LLC f/k/a Timeshare Liquidation Solutions LLC; CLAYTON ANTHONY GONZALEZ; TRADEBLOC INC.; LISA TREVINO; and ALBERT TREVINO.

    Defendants.
_____/

## SUGGESTION OF BANKRUPTCY

    Defendant, Resort Legal Team, Inc., by and through undersigned counsel, notifies this Court and the parties that on June 16, 2020, Resort Legal Team, Inc. filed bankruptcy under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court District of Nevada, Case No. 20-12881-abl.

    Dated this 17th day of June, 2020.

*s/ Jeffrey M. Partlow*
JEFFREY M. PARTLOW
Florida Bar No.:  110627
Emails:  jeffrey.partlow@csklegal.com
natasha.acevedo@csklegal.com
COLE, SCOTT & KISSANE, P.A.
Tower Place, Suite 400
1900 Summit Tower Boulevard
Orlando, Florida 32810
Telephone (321) 972-0025
Facsimile (321) 972-0099
*Counsel for Defendant, Resort Legal Team, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of June, 2020, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

*/s/ Jeffrey M. Partlow*
Jeffrey M. Partlow, Esq.