UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WYNDHAM VACATION
OWNERSHIP, INC., WYNDHAM
VACATION RESORTS, INC.,
WYNDHAM RESORT
DEVELOPMENT CORPORATION,
SHELL VACATIONS, LLC, SVC-
WEST, LLC, SVC-AMERICANA,
LLC and SVC-HAWAII, LLC,

        **Plaintiffs,**

v.                                              Case No: 6:19-cv-476-Orl-31EJK

CHARLES E. GALLAGHER,
WILLIAM P. STEWART, JR ,
GALLAGHER-CLIFTON, LLC,
TIMESHARE OWNERS RELIEF,
LLC, RESORT LEGAL TEAM, INC.,
ALLEVIATE CONSULTING LLC,
CLAYTON ANTHONY GONZALEZ,
TRADEBLOC INC, LISA TREVINO
and ALBERT TREVINO,

        **Defendants.**
_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **TRADEBLOC INC** in Orlando, Florida on the 17th day of July, 2020.

                                                  ELIZABETH M. WARREN, CLERK

                                                  s/RO, Deputy Clerk

Copies furnished to:

Counsel of Record