UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WYNDHAM VACATION OWNERSHIP, INC.; WYNDHAM VACATION RESORTS, INC.; WYNDHAM RESORT DEVELOPMENT CORPORATION; SHELL VACATIONS, LLC; SVC-WEST, LLC; SVC-AMERICANA, LLC; and SVC-HAWAII, LLC,

    Plaintiffs,

v.

CHARLES E. GALLAGHER; WILLIAM P. STEWART, JR.; GALLAGHER-CLIFTON, LLC; TIMESHARE OWNERS RELIEF, LLC; RESORT LEGAL TEAM, INC.; ALLEVIATE CONSULTING LLC; CLAYTON ANTHONY GONZALEZ; TRADEBLOC INC.; LISA TREVINO; and ALBERT TREVINO,

    Defendants.
_____/

CASE NO.: 6:19-cv-476-GAP-EJK

## NOTICE OF RESOLUTION

Plaintiffs, WYNDHAM VACATION OWNERSHIP, INC.; WYNDHAM VACATION RESORTS, INC.; WYNDHAM RESORT DEVELOPMENT CORPORATION; SHELL VACATIONS, LLC; SVC-WEST, LLC; SVC-AMERICANA, LLC; AND SVC-HAWAII, LLC, and Defendants, RESORT LEGAL TEAM, INC.; LISA TREVINO; and ALBERT TREVINO, by and through their

undersigned attorneys and pursuant to Local Rule 3.09, hereby file this Notice of Resolution and state as follows:

1. The parties have reached a settlement in the above-styled matter.

2. The settlement is subject to the approval of the United States Bankruptcy Court District of Nevada, Case No. 20-12881-abl (the "Bankruptcy Court").

3. The parties intend to file a joint motion for entry of stipulated final permanent injunction once approved by the Bankruptcy Court.

Dated this 12th day of February, 2021.

Respectfully Submitted,

| | |
|---|---|
| Shutts & Bowen LLP | Cole, Scott & Kissane, P.A. |
| 300 South Orange Avenue | Tower Place, Suite 400 |
| Suite 1600 | 1900 Summit Tower Boulevard |
| Orlando, Florida 32801 | Orlando, Florida 32810 |
| Telephone: (407) 835-6755 | Telephone: (321) 972-0005 |
| Facsimile: (407) 849-7255 | Facsimile: (321) 972-0099 |
| Email: bbennington@shutts.com | Email: jeffrey.partlow@csklegal.com |
| Email: grubin@shutts.com | Email: geraldine.pena@csklegal.com |
| Email: mquinn@shutts.com | ***Counsel for Defendants, Resort Legal Team, Inc., Lisa Trevino, and Albert Trevino*** |
| ***Counsel for Plaintiffs*** | |
| | |
| */s/ Christian M. Leger* | */s/ Geraldine P. Pena* |
| Alfred J. Bennington, Jr. | Jeffrey M. Partlow |
| Florida Bar No. 0404985 | Florida Bar No.: 110627 |
| Glennys Ortega Rubin | Geraldine P. Pena |
| Florida Bar No. 556361 | Florida Bar No.: 1003097 |
| Michael J. Quinn | |
| Florida Bar No. 084587 | |
| Christian M. Leger | |
| Florida Bar No. 0100562 | |

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed utilizing the CM ECF system this 12th day of February, 2021.

*/s/ Geraldine P. Pena*
Geraldine P. Pena
Florida Bar No.: 1003097