UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| WYNDHAM VACATION OWNERSHIP, INC., a Delaware corporation; WYNDHAM VACATION RESORTS, INC.; a Delaware corporation, WYNDHAM RESORT DEVELOPMENT CORPORATION, an Oregon Corporation; SHELL VACATIONS, LLC, an Arizona limited liability company; SVC-WEST, LLC, a California limited liability company; SVC-AMERICANA, LLC, an Arizona limited liability company; and SVC-HAWAII, LLC, a Hawaii limited liability company,<br><br>    Plaintiffs,<br><br>v.<br><br>CHARLES E. GALLAGHER, ESQ.; WILLIAM P. STEWART JR.; GALLAGHER-CLIFTON, LLC; TIMESHARE OWNERS RELIEF, LLC; RESORT LEGAL TEAM, INC.; ALLEVIATE CONSULTING LLC; CLAYTON ANTHONY GONZALEZ; TRADEBLOC INC.; LISA TREVINO; and ALBERT TREVINO,<br><br>    Defendants. | CASE NO.: 6:19-cv-00476-GAP-EJK |

**PLAINTIFFS' NOTICE OF UNRESOLVED ISSUES IMPEDING ENTRY OF DEFAULT JUDGMENT AS TO DEFENDANT <u>TRADEBLOC, INC.</u>**

Pursuant to Local Rule 1.10(c), and the revised Florida Middle District Local Rules, Plaintiffs hereby file this notice identifying the unresolved issues which are an impediment to entry of a default judgment against Defendant Tradebloc, Inc. ("Tradebloc"), at this juncture, and state:

1. The Clerk has entered a default against Tradebloc. *See* DE 148.

2. Due to the fact that there are still other defendants litigating and defending themselves in this action, there are unresolved issues which are an impediment to entry of a default judgment against Tradebloc.

Respectfully submitted,

   /s/ Glennys Ortega Rubin
**ALFRED J. BENNINGTON, JR., ESQ.**
Florida Bar No. 0404985
bbennington@shutts.com
**GLENNYS ORTEGA RUBIN, ESQ.**
Florida Bar No. 556361
grubin@shutts.com
**CHRISTIAN M. LEGER, ESQ.**
Florida Bar No. 0100562
cleger@shutts.com
**SHUTTS & BOWEN LLP**
300 South Orange Avenue, Suite 1600
Orlando, Florida 32801
Telephone: (407) 835-6755
Facsimile: (407) 849-7255

*Attorneys for Plaintiffs*

Dated: March 3, 2021

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of March, 2021, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using the Court's CM/ECF filing system, which will serve a copy via electronic mail upon the following CM/ECF Participants, and on the aforementioned date I caused a true and correct copy of the foregoing to be served via U.S. Mail, postage prepaid, upon the following non-CM/ECF Participants:

Joseph L. Hammons
Email: jhammons@bellsouth.net
Secondary Email:
jlhlaw1@bellsouth.net
The Hammons Law Firm, P.A.
17 W. Cervantes Street
Pensacola, FL 32501
Telephone: (850) 434-1068

*Attorney for Defendants, William P. Stewart, Jr., Gallagher-Clifton, LLC and Timeshare Owners Relief, LLC*

Adam C. Herman, Esq.
Email: acherman@mdwcg.com
Secondary Email:
SCStirling@MDWCG.com
Marshall, Dennehey, Warner, Coleman & Goggin, P.A.
Landmark Center One
315 E. Robinson Street, Suite 550
Orlando, FL  32801-2719

Jeffrey M. Partlow, Esq.
Email: Jeffrey.partlow@csklegal.com
Secondary Email:
Natasha.acevedo@csklegal.com
Geraldine P. Pena, Esq.
Email: Geraldine.pena@csklegal.com
Cole, Scott & Kissane, P.A.
Tower Place, Suite 400
1900 Summit Tower Blvd.
Orlando, Florida 32810
Telephone: (321) 972-0025
Facsimile (321) 972-0099

and

G. Mark Albright, Esq. *(Pro Hace Vice)*
Email: gma@albrightstoddard.com
Email: abrebbia@albrightstoddard.com
Email: bclark@albrightstoddard.com
Email:cgrey@albrightstoddard.com
Jorge L. Alvarez, Esq. *(Pro Hace Vice)*
Email: jalvarez@albrightstoddard.com

*Attorney for Alleviate Consulting LLC f/k/a Timeshare Liquidation Solutions, LLC and Clayton Anthony Gonzalez*

Jeffrey M. Partlow, Esq.
Email: Jeffrey.partlow@csklegal.com
Secondary Email:
Natasha.acevedo@csklegal.com
Geraldine P. Pena, Esq.
Email: Geraldine.pena@csklegal.com
Cole, Scott & Kissane, P.A.
Tower Place, Suite 400
1900 Summit Tower Blvd.
Orlando, Florida 32810
Telephone: (321) 972-0025
Facsimile (321) 972-0099

*Attorney for Albert and Lisa Trevino*

Email: cgrey@albrightstoddard.com
Albright Stoddard Warnick Albright, PC
801 So. Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
Telephone: (702) 384-7111
Facsimile: (702) 384-0605

*Attorneys for Defendant, Resort Legal Team, Inc*

## NON-ECF PARTICIPANTS

Charles E. Gallagher (PRO SE)
Email: gallagherclosings@gmail.com
329 Serina Cove
Destin, FL 32541
Telephone: 850-666-0074

                              */s/ Glennys Ortega Rubin*
                              **GLENNYS ORTEGA RUBIN, ESQ.**

ORLDOCS 18404928 2