UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WYNDHAM VACATION
OWNERSHIP, INC., WYNDHAM
VACATION RESORTS, INC.,
WYNDHAM RESORT
DEVELOPMENT
CORPORATION, SHELL
VACATIONS, LLC, SVC-WEST,
LLC, SVC-AMERICANA, LLC and
SVC-HAWAII, LLC,

                Plaintiffs,

v.                                   Case No: 6:19-cv-476-GAP-EJK

CHARLES E. GALLAGHER,
RESORT LEGAL TEAM, INC.,
ALLEVIATE CONSULTING LLC,
CLAYTON ANTHONY
GONZALEZ, TRADEBLOC INC,
LISA TREVINO and ALBERT
TREVINO,

                Defendants.

_____/

## ORDER

This cause comes before the Court on the following motions from Plaintiffs:

- Motion for Forensic Examination as to Attorney Defendant Charles E. Gallagher's Email Account(s) and Cell Phone(s) at Gallagher's Expense, and for Sanctions ("Motion for Forensic Examination") (Doc. 205); and

- Motion for an Order to Show Cause why Attorney Defendant Charles Gallagher Should not be Held in Contempt ("Motion for Show Cause Order") (Doc. 206).

Defendant Charles E. Gallagher ("Gallagher") responded in opposition (Doc. 207) and the Court heard oral argument on June 21, 2021 (Doc. 210). For the reasons stated on the record, it is hereby **ORDERED** as follows:

1. The Motion for Forensic Examination (Doc. 205) is **GRANTED IN PART and DENIED IN PART** as follows:

   a. The Motion is **GRANTED** to the extent that Gallagher is **DIRECTED** to:

      i. Review the CRM system and produce all documents that are responsive to Plaintiffs' requests for production **on or before July 1, 2021**. If a document contains communications subject to attorney-client privilege, the Court reminds Gallagher to review the undersigned's Standing Order re: Assertion of Privilege[1];

      ii. Produce all text messages between (1) himself and "Kevin," the individual who was in charge of the Las Vegas, Nevada, office, and (2) himself and the "former police officer" who assisted Wyndham

---

[1] The Standing Order re: Assertion of Privilege can be found on the undersigned's court website: https://www.flmd.uscourts.gov/judges/embry-kidd.

timeshare owners in exiting their timeshare contracts, **on or before June 25, 2021**[2];

iii.   Produce financial documents from Bank of America and Wells Fargo responsive to Plaintiffs' requests for production **on or before June 25, 2021**;

iv.   Contact Mr. Bond to receive his login information for the charles@timeshare.law email address and provide said login information to Plaintiffs **on or before June 25, 2021**; and

v.   Search his personal email account, gallagherclosings@gmail.com, for documents responsive to Plaintiffs' requests for production. If a document is responsive, Gallagher is to produce it to Plaintiffs **on or before June 25, 2021**;

b.   As a result of Gallagher's failure to comply with the Court's prior Order (Doc. 198), Plaintiffs are awarded their attorneys' fees pursuant to Federal Rule of Civil Procedure 37(b)(2)(C). Gallagher and Plaintiffs are **DIRECTED** to meet and confer as to a reasonable amount of expenses, including attorneys' fees, associated with bringing Plaintiffs' Motion for Forensic Examination. If the parties are unable to agree as to the amount, Plaintiffs may file a motion for attorneys' fees **on or before July 9, 2021**.

---

[2] "Kevin" and the "former police officer" were as specific as Gallagher could recall at the time of the hearing.

    c.  The Motion is **DENIED** in all other respects

2.  The Motion for Show Cause Order (Doc. 206) is **TAKEN UNDER ADVISEMENT**.

**DONE** and **ORDERED** in Orlando, Florida on June 22, 2021.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties