**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

WYNDHAM VACATION OWNERSHIP, INC., WYNDHAM VACATION RESORTS, INC., WYNDHAM RESORT DEVELOPMENT CORPORATION, SHELL VACATIONS, LLC, SVC-WEST, LLC, SVC-AMERICANA, LLC and SVC-HAWAII, LLC,

      Plaintiffs,

v.    Case No:   6:19-cv-476-GAP-EJK

TRADEBLOC INC,

      Defendant

## ORDER

This case is before the Court *sua sponte*. Default was entered as to Defendant Tradebloc, Inc. on July 17, 2020 (Doc. 148). Until April 8, 2022, other defendants remained pending in this case, thus, Plaintiffs were impeded from moving for default judgment against Tradebloc, Inc. within the time provided in Local Rule 1.10(c), M.D. Fla. *See* Docs. 187, 268. However, Plaintiffs still to date have not sought default judgment pursuant to Federal Rule of Civil Procedure

55(b)(2) after the resolution of their claims against all other defendants.

Therefore, it is

**ORDERED** that Plaintiffs shall show cause by May 18, 2022, why the claims against Defendant Tradebloc, Inc. should not be dismissed for failure to prosecute.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 4, 2022.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party