UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| WYNDHAM VACATION OWNERSHIP, INC., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>CHARLES E. GALLAGHER, ESQ., *et al.*,<br><br>    Defendants. | CASE NO.: 6:19-cv-00476-GAP-EJK |

## NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE

Plaintiffs ("Wyndham"), by and through their undersigned counsel, hereby give notice of the voluntary dismissal of their claims, with prejudice, against Defendant Tradebloc, Inc. ("Tradebloc"). Wyndham gives this notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) as Tradebloc has opted not to answer, move, plead, or otherwise respond to Wyndham's Second Amended Complaint and is a defaulted party.

Dated: May 18, 2022        Respectfully submitted,

*/s/ Glennys Ortega Rubin*
**ALFRED J. BENNINGTON, JR., ESQ.**
Florida Bar No. 0404985
bbennington@shutts.com
**GLENNYS ORTEGA RUBIN, ESQ.**
Florida Bar No. 556361

grubin@shutts.com
**MICHAEL J. QUINN, ESQ.**
Florida Bar No. 84587
Email: mquinn@shutts.com
**CHRISTIAN M. LEGER, ESQ.**
Florida Bar No. 0100562
cleger@shutts.com
**SHUTTS & BOWEN LLP**
300 South Orange Avenue, Suite 1600
Orlando, Florida 32801
Telephone: (407) 835-6755
Facsimile: (407) 849-7255

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of May, 2022, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using the Court's CM/ECF filing system, which will serve a copy via electronic mail upon the following CM/ECF Participants, and on the aforementioned date I caused a true and correct copy of the foregoing to be served via U.S. Mail, postage prepaid, upon the following non-CM/ECF Participants:

| | |
|---|---|
| Joseph L. Hammons<br>Email: jhammons@bellsouth.net<br>Email: jlhlaw1@bellsouth.net<br>The Hammons Law Firm, P.A.<br>17 W. Cervantes Street<br>Pensacola, FL 32501<br>Telephone: (850) 434-1068<br><br>*Attorney for Defendants, William P.* | Jeffrey M. Partlow, Esq.<br>Email: Jeffrey.partlow@csklegal.com<br>Email: Natasha.acevedo@csklegal.com<br>Cole, Scott & Kissane, P.A.<br>Tower Place, Suite 400<br>1900 Summit Tower Blvd.<br>Orlando, Florida 32810<br>Telephone: (321) 972-0025<br>Facsimile (321) 972-0099 |

| | |
|---|---|
| *Stewart, Jr., Gallagher-Clifton, LLC and Timeshare Owners Relief, LLC* | *Attorneys for Defendant, Resort Legal Team, Inc., Albert Trevino, and Lisa Trevino* |

## NON-ECF PARTICIPANTS

Charles E. Gallagher (PRO SE)
Email:gallagherclosings@gmail.com
Email: charles@gallagherclifton.com
Email:charles@nationaltimesharelaw.com
Email: charles@timeshare.law
329 Serina Cove
Destin, FL 32541
Telephone: 850-666-0074

*/s/ Glennys Ortega Rubin*
**GLENNYS ORTEGA RUBIN, ESQ.**